TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
E-mail: tvaldez@vsnlaw.com
Email: edoyle@vsnlaw.com

Attorneys for Plaintiff
Qpid.me, Inc.

THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. **'13CV0583 IEG  NLS** <br><br> **PLAINTIFF QPID.ME, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Local Rule 40.2 of the Southern District of California, the undersigned certifies that as of this date, the are no entities that qualify as parties with a financial interest in Plaintiff Qpid.me, Inc.

DATED: March 13, 2013               VALDEZ NOOR TODD & DOYLE LLP


                                    By:   */s/ Troy A. Valdez*
                                          Troy A. Valdez

                                    Attorneys for Plaintiff
                                    QPID.ME, INC.