| Attorney or Party without Attorney: <br> TROY A. VALDEZ, ESQ., Bar #191478 <br> VALDEZ NOOR TODD & DOYLE LLP <br> 116 NEW MONTGOMERY STREET <br> SUITE 210 <br> SAN FRANCISCO, CA 94105 <br> Telephone No: <br> Attorney for: Plaintiff | | | Ref No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Southern District Of California | | | | | |
| Plaintiff: QPID, ME, INC., <br> Defendant: JOHN SCHROM, AN INDIVIDUAL | | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS** | Hearing Date: | Time: | Dept/Div.: | Case Number: <br> 13CV0583 IEG NLS | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF QPIC,ME, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST

3. a. Party served:                          JOHN SCHROM, AN INDIVIDUAL
   b. Person served:                         party in item 3.a.
                                             SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:      3547 21ST AVENUE
                                             MINNEAPOLIS, MN  55407

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 27, 2013 (2) at: 11:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DANIEL K. STROMBERG                                d. *The Fee for Service was:*
   b. **FIRST LEGAL INVESTIGATIONS**                     e. I am: Not a Registered California Process Server
      2112 N. MAIN STREET, SUITE 220
      SANTA ANA, CA 92706
   c. (714) 550-1375

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 29, 2013

Judicial Council Form POS-010                    PROOF OF SERVICE                    (DANIEL K. STROMBERG)
Rule 2.150.(a)&(b) Rev January 1, 2007              SUMMONS                                                   339826    trova.519629