GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255 - 6310
Facsimile:  (408) 255 - 6350

Attorneys for Defendant
JOHN SCHROM

THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., | Case No.: 13CV0583 IEG NLS |
| Plaintiff, | JOINT MOTION FOR AN ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | |
| JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 7.2, plaintiff QPID.ME, Inc. ("QPID.ME"), and defendant John Schrom ("Schrom") respectfully request the Court grant an Order extending Schrom's deadline to respond to QPID.ME's complaint in this matter to May 15, 2013.

Good cause exists to extend Schrom's deadline to respond to QPID.ME's complaint. The complaint in this matter was filed on March 13, 2013. Schrom was served on March 27, 2013. He has since retained Grellas Shah LLP as counsel. In light of defendant's need for additional time to investigate this matter and respond to plaintiff QPID.ME's complaint, Shrom and QPID.ME submit that good cause exists to extend Schrom's deadline to respond to QPID.ME's complaint to May 15, 2003.

Respectfully submitted,

| VALDEZ NOOR TODD & DOYLE LLP | GRELLAS SHAH LLP |
|---|---|
| By:  s/ Troy A. Valdez<br>Troy A. Valdez, Esq.<br>Attorneys for Plaintiff<br>QPID.ME, INC. | By:  s/ Dhaivat H. Shah<br>Dhaivat H. Shah, Esq.<br>Attorneys for Defendant<br>JOHN SCHROM |

CERTIFICATION OF CONCURRENCE

I, Dhaivat H. Shah, attest that Troy A. Valdez has concurred in the filing of this document.

s/ Dhaivat H. Shah
Dhaivat H. Shah

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014