GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255 - 6310
Facsimile:  (408) 255 - 6350

Attorneys for Defendant
JOHN SCHROM

THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN SCHROM, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 13CV0583 IEG NLS<br><br>NOTICE OF MOTION AND MOTION TO DISMISS<br><br>Date:      July 8, 2013<br>Time:     10:30 a.m.<br>Courtroom: 4D<br>Judge:    Hon. Irma E. Gonzalez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 8, 2013, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4D of this court, located at 221 West Broadway, San Diego, California 92101, defendant John Schrom ("Schrom") will, and hereby does, move the Court: 1) to strike plaintiff Qpid.me ("Qpid.me")'s complaint in this matter in its entirety pursuant to section 425.15 of the California Code of Civil Procedure; 2) to dismiss Qpid.me's complaint in this matter in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and 3) to dismiss Qpid.me's Sixth Count, for fraud, for failure to plead the circumstances constituting fraud with sufficient particularity to satisfy Rule 9(b) of the Federal Rules of Civil Procedure.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, Declaration of John Schrom and Request for Judicial Notice in support thereof, all served and filed herewith, on the pleadings and papers on file herein, and such evidence as may be presented at the hearing of the Motion.

                        Respectfully submitted,

Dated: May 15, 2013         GRELLAS SHAH LLP

                    By: _____/s/_____
                         Dhaivat H. Shah, Esq.
                         Attorneys for Defendant
                         JOHN SCHROM