

ABC NEWS BLOGS (/BLOGS) > TECHNOLOGY (HTTP://ABCNEWS.GO.COM/BLOGS/TECHNOLOGY) > TECHNOLOGY REVIEW (HTTP://ABCNEWS.GO.COM/BLOGS/TECHNOLOGY/TECHNOLOGY-REVIEW)

## Technology Review

(http://abcnews.go.com/blogs/technology/technology-review/)

HEADLINES (/BLOGS/HEADLINES/)  POLITICS (/BLOGS/POLITICS/)  ENTERTAINMENT (/BLOGS/ENTERTAINMENT/)

# At SXSW, New Sex Apps Focus on that Other Type of Festival Networking

Like 29    56    5    0    Text



(http://2912a.v.fwmrm.net/ad/l/1?s=b131&n=168234%3B168269&t=1363313110411871010&adid=2159

Mar 10, 2013 6:00am

(http://abcnews.go.com/author/joanna_stern)
By Joanna Stern (http://abcnews.go.com/author/joanna_stern)
@joannastern (http://twitter.com/joannastern)



## Categories

Nature and Environment (http://abcnews.go.com/blogs/technology/nature-and-environment/)

Science (http://abcnews.go.com/bl

Technology Review (http://abcnews.go.com/blogs/technology/technology-review/)

## Top Posts

Samsung Galaxy S4 Event Live Blog (http://abcnews.go.com/blogs/technology/2013/03/samsung-galaxy-s4-event-live-blog/)

Google Puts the Kibosh on Google Reader RSS Service (http://abcnews.go.com/blogs/technology/2013/03/google-puts-the-kibosh-on-google-reader-rss-service/)

Live Coverage: Samsung Galaxy S4 to Be Announced Today (http://abcnews.go.com/blogs/technology/2013/03/live-coverage-samsung-galaxy-s4-to-be-announced-today/)

Seagull Perched on Sistine Chapel Chimney Draws Twitter, Meme Antics (http://abcnews.go.com/blogs/technology/2013/03/seagull-perched-on-sistine-chapel-chimney-draws-twitter-meme-antics/)

Facebook 'Likes' Used to Predict Personal Information (http://abcnews.go.com/blogs/technology/2013/03/facebook-likes-used-to-predict-personal-information/)

AUSTIN, Texas — They don't call SXSW Interactive spring break for geeks (http://abcnews.go.com/Technology/south-southwest-sxsw-festival-begins-austin/story?id=18686907) for nothing. Yes, there are important panels. Yes, there are famous cats (http://abcnews.go.com/blogs/technology/2013/03/grumpy-cat-the-internets-favorite-sour-cat-draws-crowds-at-sxsw/). And yes, there are parties *and* sex.

But this year two sex-related start-ups know their audience — they are marketing to the techie and social media savvy, yet carefree and sexually amped crowd.

The first service doesn't need much explanation, thanks to its very blunt name. Bang with SXSW (http://sxsw.bangwithfriends.com/) is a spin-off of Bang with Friends, a service that launched last month to much Internet scrutiny, criticism and, yes, excitement.

Started by three young twenty-somethings, Bang with Friends allows you to sign into the service via Facebook and then select the friends of the opposite sex you'd like to, well, bang. If that friend also selects you, you will both receive a notification that the other is "down to bang." Forget match-making, this is Internet sex-making.

"SXSW is just a place for people to meet other amazing people and usually some of those people have sex and hook up," the founder of Bang with Friends, who prefers to be identified right now as C, told ABC News. "We thought, how can we make that a better experience for everyone?"

Exhibit 6
Page 14

Since launching at the end of January, "Bang with Friends" has gained 750,000 users and according to C, there have been 180,000 successful pairings. Not that they confirm the actual sex acts: "We don't follow them into the bedroom no," C said.




The main service, while controversial in many regards, requires that you are friends on Facebook. The company says that that ensures people are using information they are already sharing with friends; it just allows friends to discreetly see if the other is sexually interested in them.

(http://abcnews.go.com/GMA/video/miss-teen-delaware-melissa-king-18655211) (http://abcnews.go.com/US/video-during-diaper-change-18709227) (http://www.consumer-problems/)

The SXSW version of the site, however, shows all the people who have registered for the service at the event; you don't have to be friends on Facebook to select someone you might want to "bang" in Austin for the next few days.

"Bang with SXSW" isn't just trying to make sure SXSW attendees "bang," it is also focused on promoting safer sex in Austin this week and is marketing the site by handing out thousands of condoms across the city.

## Top Stories on ABC News (http://abcnews.go.com/xmldata/rss?id=79)



(http://abcnews.go.com/Technology/video/samsung-galaxy-18732426)
Watch: Samsung Galaxy S 4: First Look (http://abcnews.go.com/Technology/video/samsung-galaxy-18732426)



(http://abcnews.go.com/Technology/samsung-galaxy-s4-announced-control-phone-waves-tilts/story?id=18732190)
Samsung Galaxy S4 Revealed (http://abcnews.go.com/Technology/samsung-galaxy-s4-announced-control-phone-waves-tilts/story?id=18732190)

But safe sex doesn't just start with condoms, and that's what Ramin Bastani is trying to get across at the show. Bastani is the founder of Qpid.me (http://qpid.me/), a website that allows users to easily share verified sexually transmitted disease results.

The app allows you to put in the information about yourself and where you were recently tested. Then you sign a HIPAA form, which releases your medical records back to you. The site then sends a fax to your doctor and when they have sent it back to Qpid.me, you get a notification.



(http://abcnews.go.com/Technology/slideshow/samsung-galaxy-iv-smartphone-18732930)
Photos: New Samsung Galaxy S IV Smartphone (http://abcnews.go.com/Technology/slideshow/galaxy-iv-smartphone-18732930)

You are then able to send your results with your partner or potential partner via a text message; it will provide a link that shows the information on Qpid.me's site. If you haven't been tested, the site has a locator to help you find a place to get tested.

The company is also working with dating sites to have Qpid approval notifications incorporated into dating profiles and on standalone apps for the service on the iPhone and Android.



(http://abcnews.go.com/blogs/technology/2013/03/samsung-galaxy-s4-event-live-blog/)
Live Updates: Samsung Galaxy S4 Event (http://abcnews.go.com/blogs/technology/2013 galaxy-s4-event-live-blog/)

"We call ourselves an anti-virus," Bastani told ABC News at the festival. "Hooking up at SXSW is a huge deal — there's nothing wrong with hooking up, we just want people to do it in a smarter and safer way."

That sounds like a geeky spring break we can get behind.

SHOWS:  Good Morning America (http://abcnews.go.com/blogs/topics/show/good-morning-america/)

Like  29    56    5        0   Text



(http://abcnews.go.com/Technology/gps-killed-death-valley-debacle-mishaps/story?id=18718677)
My GPS Almost Killed Me (http://abcnews.go.com/Technology/gps-killed-death-valley-debacle-mishaps/story?id=18718677)

## More from ABC News



New Pope's Background as Cardinal Jorge Bergoglio



(http://abcnews.go.com/International/video/popes-background-cardi 18721909) (http://abcnews.go.com food-stamps-aid-struggling-owners



Pet Food Stamps Aid Struggling Owners

## From Around the Web

Exhibit 6
Page 15


/ How "Awe and Wonder"
Drives Today's Best Tech


Halle Berry Lost Custody





(http://abcnews.gc

Twitter
(http://twitter.com/#!/www.fa

Facebook
(http://www.fa

## MORE FROM ABC NEWS

Former Co-Stars React to Valerie Harper's Terminal
Diagnosis
(http://abcnews.go.com/blogs/entertainment/2013/03/former-
co-stars-react-to-valerie-harpers-terminal-diagnosis/)

Carrie Fisher Hospitalized After Bipolar Incident
(http://abcnews.go.com/blogs/entertainment/2013/02/carrie-
fisher-hospitalized-after-bipolar-incident/)

News Anchor Loses It Over Swimming Cat
(http://abcnews.go.com/blogs/entertainment/2013/03/news-
anchor-loses-it-over-swimming-cat/)

Forget Typing, Google Says Search Is Going to Be Like 'Star
Trek'
(http://abcnews.go.com/technology/2013/03/forget-
typing-google-says-search-is-going-to-be-like-star-trek/)

Jennifer Lawrence Admits She Was Photoshopped
(http://abcnews.go.com/blogs/entertainment/2013/02/jennifer-
lawrence-admits-she-was-photoshopped/)

Girl Apologizes, Returns Sticks to Yosemite
(http://abcnews.go.com/blogs/headlines/2013/02/girl-
apologizes-returns-sticks-to-yosemite/)

## FROM AROUND THE WEB

The One Smell Women Can't Resist
(http://www.nickmom.com/videos/liz-grant-new-baby-
smell/) (Nick Mom)

Sandra Bullock's New Orleans Mansion - Pictures of
Celeb Homes
(http://www.zimbio.com/Celebrity+Homes/articles/uuPg
(Zimbio)

15 Foods to Avoid with High Blood Pressure
(http://www.healthcentral.com/high-blood-
pressure/cf/slideshows/top-foods-to-avoid-with-high-
blood-pressure/pickles/) (HealthCentral.com)

7 Things Your Hands Say About Your Health
(http://www.caring.com/articles/hands-say-about-
health) (Caring.com)

Pippa Middleton Without Makeup Looks Surprisingly
Different
(http://thestir.cafemom.com/beauty_style/152377/pippa
(CafeMom)

1 Tip to Lose Stomach Fat
This interesting article shows how coffee bean
fights stomach fat.
www.HealthJournalsReview.com

Learn FB Advertising!
Tired of wasting money on FB ads? Learn how to
get ROI from your Ads!
smashitsocial.com/fb-ads

1 TIP TO LOSE STOMACH FAT
This interesting article shows how coffee bean
fights stomach fat.
health-news-journal.com

health news
Worried About Gout? Learn How To Spot The
Signs & Symptoms Now.
riverbendhealthcenter.com/signs

## RELATED VIDEOS

Techbytes: Marvel Comics Goes
Online
(http://abcnews.go.com/Technology/video/
marvel-comics-online-
18723140)

NASA's Curiosity Rover Shows
Mars Once Habitable
(http://abcnews.go.com/Technology/video/nasas-
curiosity-rover-shows-mars-
habitable-18712094)

**PREVIOUS**
GRUMPY CAT: THE
INTERNET'S FAVORITE SOUR
CAT DRAWS CROWDS AT
SXSW
(HTTP://ABCNEWS.GO.COM/BLOGS/TECHNOLOGY/2013/03/GRUMPY-
CAT-THE-INTERNETS-
FAVORITE-SOUR-CAT-
DRAWS-CROWDS-AT-SXSW/)

**NEXT**
SXSW: GOOGLE'S TALKING
SHOE MOTIVATES YOU TO
MOVE
(HTTP://ABCNEWS.GO.COM/BLOGS/TECHNOLOGY/2013/03/SXSW-
GOOGLES-TALKING-SHOE-
MOTIVATES-YOU-TO-MOVE/)

Volkswagen Smileage App
It's Not the Miles, it's How You Live Them. Sign Up for the App Now.
smileage.vw.com

Mortgage Rates Hit 2.50%
If you owe under $729k you may qualify for 2.90% APR Govt Refi Plans.
www.SeeRefinanceRates.com

Man Cheats Credit Score
1 simple trick & my credit score jumped 217 pts. Banks hate this!
www.thecreditsolutionprogram.com

Colon Cancer Signs
These (4) Risk Factors For Colon Cancer Often Get Overlooked.
oregonclinic.com

Top

## Leave a Reply

Do you have more information about this topic? If so, please click here
(http://abcnews.go.com/Politics/mailform?id=14106679) to contact the editors of ABC News.

Name (required)

Mail (will not be published) (required)

Website

Exhibit 6
Page 16

SUBMIT COMMENT

Today in ABC News                                          ABC News Home »


Latin America Celebrates Pope
Francis


Pilot Saved By Quick-Thinking Air
Traffic Controller


Skydiver's Terrifying Freefall Caught
on Camera

abcNEWS | YAHOO! NEWS
(http://abcnews.go.com)

External links are provided for reference purposes.
ABC News is not responsible for the content of
external Internet sites. Copyright © 2013 ABC News
Internet Ventures. Yahoo! - ABC News Network

BACK TO TOP

**Sections**

U.S.
(http://abcnews.go.com/us)

World
(http://abcnews.go.com/international)

Politics
(http://abcnews.go.com/politics)

Weird News
(http://abcnews.go.com/weird)

Investigative
(http://abcnews.go.com/blotter)

Health
(http://abcnews.go.com/health)

Entertainment
(http://abcnews.go.com/entertainment)

Money
(http://abcnews.go.com/business)

Technology
(http://abcnews.go.com/technology)

Travel
(http://abcnews.go.com/travel)

Recipes
(http://abcnews.go.com/recipes)

News Topics
(http://abcnews.go.com/topics/)

**Shows**

NY Med
(http://nymedshow.com)

Good Morning America
(http://abcnews.go.com/gma)

World News with Diane
Sawyer
(http://abcnews.go.com/wn)

Nightline
(http://abcnews.go.com/nightline)

This Week with George
Stephanopoulos
(http://abcnews.go.com/thisweek)

20/20
(http://abcnews.go.com/2020)

Primetime
(http://abcnews.go.com/primetime)

What Would You Do?
(http://abcnews.go.com/whatwouldyoudo)

Live Streaming Coverage
(/politics/live)

ABC.com (http://abc.com)

**Tools**

iPad App
(http://abcnews.go.com/ipad)

Register
(https://register.go.com/global/register?
appRedirect=http://abcnews.go.com&
id=3271346&cat=ABC News.com%20comr

Sign In
(https://register.go.com/global/login?
rd=true&appRedirect=http://abcnews.go.com/abcnews/index.htm

Facebook
(http://www.facebook.com/abcnews)

Twitter
(http://twitter.com/abc)

Blogs
(http://abcnews.go.com/blogs)

Emails & News Alerts
(https://register.go.com/global/
affiliateName=abcnews&appRedirect=f

Message Boards
(http://forums.abcnews.com/n?
weblog=abcnewsindex)

RSS Headlines
(http://abcnews.go.com/Site/page?
id=3520115)

**About**

Contact Us
(http://abcnews.go.com/Site/page?
id=3068843)

Feedback
(http://abcnews.go.com/Site/page?
id=

Advertising
(http://abcnews.go.com/abcnews/index.htm

Privacy Policy
(http://disney.go.com/corporate/privacy/pp_

Interest-Based Ads
(http://preferences.truste.com/2.0/?
type=abcnews&affiliateId=11)

Terms of Use
(http://disney.go.com/corporate/legal/terms

ABC News Store
(http://abcnewsstore.com/)

Site Map
(http://abcnews.go.com/sitemap)

Site Index
(http://abcnews.go.com/meta/sitemap)

Authors List
(http://abcnews.go.com/author/)

ABC News | Univision
(http://abcnews.go.com/ABC_Univision)

Exhibit 6
Page 17

**From:** Ramin Bastani <ramin@qpid.me>
   **To:** hesky kutscher <hesky@motherknows.com>
  **Bcc:** john@qpid.me
  **Date:** Thursday, July 21, 2011 6:31:14 PM
**Subject:** Re: MR release forms

Legal documentation, meaning Privacy + Terms of Service?

or our HIPAA forms?

On Thu, Jul 21, 2011 at 4:21 PM, hesky kutscher <hesky@motherknows.com> wrote:
Ramin

hope you are well, quick question who did use to create your legal documentation

best

Hesky

**Hesky Kutscher**
**Chairman**
Motherknows.com (coming soon)
650.394.5566

On Feb 11, 2011, at 3:34 PM, Ramin Bastani wrote:

Hi Mohammad (and Hesky),

*I'm so very sorry for the delayed response (I never hit send an it ended up in my draft folder until now!).

First, any doctor that refuses to fax based on HIPAA is absolutely wrong and either doesn't want to fax you records or has no idea about HIPAA. Of this, I am sure

Second, attached is an example of the 3 page fax I send to get health results + the response from the clinic. Although it looks really simple, it took me a almost a year of work with HIPAA consultants, clinics, feedback & a whole lot of money to get these...please do not share.

I think a quick call would help me go through your questions faster than a long email. Maybe sometime tomorrow in the next few days? Or lmk when you're available and we'll make it work. (again, so sorry for the delay, next time please send me a note telling me to hurry up :)

Ramin
310-925-6220

On Mon, Jan 24, 2011 at 9:25 PM, Mohammad Shahangian <mohammad@motherknows.com> wrote:

Hi Ramin,

Hope all is well.

I wanted to follow up with you regarding the process involved in getting the doctors to release medical records. Can you email me any forms involved in this process- from the patient's request to release, to the request from the clinics as well as follow ups with non compliant clinics?

Also we've noticed that some doctors refuse to send faxes, stating that it isn't HIPAA compliant to do so. Instead, they say that they must mail the data. Have you run into such a case?

Thanks for all your help.
Mohammad

<Qpid.me sample fax + response for Hesky.pdf>

Exhibit 7
Page 18

john.mn (/)

# Data Driven Weight Loss

Years ago, I worked as a ramp rat for a major airline. I would, in a given hour, throw a literal ton of bags on and off of an airplane. The physical nature of the job, combined with my 20-year-old metabolism, allowed me to eat everything and still lose/maintain a nice weight.

Since then, I've hung up my orange safety vest for a career sitting in front of computers. The pay is better, but I miss my travel benefits and superhuman nomming (http://www.urbandictionary.com/define.php?term=nom) powers. The weight has slowly creeped on and it stubbornly remains. In the midst of life's stresses and overbooked schedules, it's hard to find time (and interest) in eating healthy food and working out.

A year or so ago, I hacked out Fourhealth (http://john.mn/2011/09/health-care-meet-foursquar/) with a good friend. It was our attempt to combine geolocation data from Foursquare (http://foursquare.com) with various health data. We were a finalist for the Twilio (http://twilio.com) prize, but never really polished all of the bugs out of our app.

So, over the weekend, I revisited this concept with a more data science/quantified self perspective. For me specifically, what kind of places do I visit when I'm gaining or losing weight?

**Data Preprocessing and Association Rule Mining**

This problem lends itself well to association rule mining (http://en.wikipedia.org/wiki/Association_rule_learning). The classic example of this data mining method involves looking for patterns of associations among items in supermarket transactions. An association rule is an implication, taking the form of an itemset (e.g., {milk, diapers}) that implies an additional itemset (e.g., {milk, diapers} => {beer}). This example can be interpreted as: customers who purchase both milk and diapers are also likely to purchase beer. This forms the basis for how some supermarkets run loss leader promotions (https://en.wikipedia.org/wiki/Loss_leader) and targeted coupons.

In my situation, I'm looking for itemsets of foursquare checkins which imply weight loss or weight gain. The first trick is obtaining data. I wrote an R function (https://github.com/johnschrom/rpi) to iteratively pull my foursquare checkins, and then I manually downloaded my weight data from withings.

I calculated weight change among average weekly weight. If I gained or lost more than 0.3 pounds in a week, then I coded it as weight gain or loss, respectively. I dichotomized checkins at foursquare venues and venue categories by week, and used the resulting matrices to run the apriori algorithm (http://en.wikipedia.org/wiki/Apriori_algorithm). I attempted to preserve the temporality of the data by associating checkins with the subsequent week's weight change.

**Findings**

There were 51 weeks where sufficient data existed for analysis. Of those weeks, I lost weight in 17 of them, and gained weight in 22 of them.

The following association rules were discovered:

```
> inspect(rules)
   lhs                    rhs           su
pport confidence    lift
1  {Burrito Place,
```

Exhibit 8
Page 19

```
                                                  {wt.gain} 0.078
43137  1.0000000 2.318182
2  {Casino,

     Gym / Fitness Center}  => {wt.gain} 0.078
43137  0.8000000 1.854545
3  {Casino,

     University}            => {wt.gain} 0.078
43137  0.8000000 1.854545
4  {Burrito Place,

     Diner}                 => {wt.gain} 0.098
03922  0.8333333 1.931818
5  {Office,

     Sandwich Place}        => {wt.loss} 0.078
43137  1.0000000 3.000000
6  {Home (private),

     Thai Restaurant}       => {wt.loss} 0.078
43137  0.8000000 2.400000
7  {Burrito Place,

     Casino,

     Gym / Fitness Center}  => {wt.gain} 0.078
43137  1.0000000 2.318182
8  {Burrito Place,

     Gym / Fitness Center,

     Ramen /  Noodle House} => {wt.gain} 0.078
43137  0.8000000 1.854545
9  {Burrito Place,

     Diner,

     Gym / Fitness Center}  => {wt.gain} 0.078
43137  0.8000000 1.854545
10 {Burrito Place,

     Ramen /  Noodle House,

     University}            => {wt.gain} 0.078
43137  0.8000000 1.854545
11 {Burrito Place,

     Diner,

     University}            => {wt.gain} 0.078
43137  1.0000000 2.318182
12 {Diner,
```

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39

Exhibit 8
Page 20

```
                                          Home (private),

                                          University}          => {wt.gain} 0.098
                            03922  0.8333333 1.931818
                            13 {American Restaurant,

                                          Home (private),

                                          University}          => {wt.gain} 0.078
                            43137  0.8000000 1.854545
                            14 {Burrito Place,

                                          Gym / Fitness Center,

                                          Ramen /  Noodle House,

                                          University}          => {wt.gain} 0.078
                            43137  0.8000000 1.854545
```

view raw
(https://gist.github.com/johnschrom/1d46d00f7130057d1510/raw/9d6302520f9121296cd5de05d09e7a55e801704a/ARM-4sq+Results+%28venues%29)
  ARM-4sq Results (venues) (https://gist.github.com/johnschrom/1d46d00f7130057d1510#file-arm-4sq-results-venues)
This Gist (https://gist.github.com/johnschrom/1d46d00f7130057d1510) brought to you by GitHub (http://github.com).

These are really awkward to interpret. If, in a given week, I went to the casino AND the gym, then it was likely that I gained weight. However, if in a given week, I checked in at home and a thai restaurant, then I was likely to lose weight.

So, let's try this again, only this time looking for association rules identifying specific venues. Note that the minimum confidence and support are a little lower, as it's harder to generate sufficient data to discover venue-specific rules (as opposed to category-specific rules):

Exhibit 8
Page 21

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18
19 20 21 22

```
> inspect(rules.names)
  lhs                                      rhs        support  co
nfidence    lift
1  {Chatterbox Pub}                     => {wt.gain} 0.09803922  0
.7142857 1.655844
2  {Spyhouse Coffee Shop}               => {wt.gain} 0.09803922  0
.6250000 1.448864
3  {Chipotle}                           => {wt.gain} 0.17647059  0
.7500000 1.738636
4  {University Of Minnesota - Twin Cities} => {wt.gain} 0.15686275 0
.6153846 1.426573
5  {The Bad Waitress Diner & Coffee Shop} => {wt.gain} 0.23529412 0
.6000000 1.390909
6  {Chipotle,

    Life Time Fitness}               => {wt.gain} 0.13725490  0
.7777778 1.803030
7  {Chipotle,

    University Of Minnesota - Twin Cities} => {wt.gain} 0.11764706 0
.8571429 1.987013
8  {Chipotle,

    The Bad Waitress Diner & Coffee Shop} => {wt.gain} 0.11764706 0
.8571429 1.987013
9  {Chipotle,

    GingerHaven}                     => {wt.gain} 0.09803922  0
.6250000 1.448864
10 {Life Time Fitness,

    University Of Minnesota - Twin Cities} => {wt.gain} 0.09803922 0
.6250000 1.448864
11 {GingerHaven,

    The Bad Waitress Diner & Coffee Shop} => {wt.gain} 0.13725490 0
.6363636 1.475207
12 {Chipotle,

    Life Time Fitness,

    University Of Minnesota - Twin Cities} => {wt.gain} 0.09803922 0
.8333333 1.931818
```

view raw
(https://gist.github.com/johnschrom/993188964746767839c1/raw/c74134b201857208b4ac4543c577c18b86de8780/ARM-4sq+Results)
This Gist          ARM-4sq Results (https://gist.github.com/johnschrom/993188964746767839c1#file-arm-4sq-results)
(https://gist.github.com/johnschrom/993188964746767839c1) brought to you by GitHub (http://github.com).

So, this makes a bit more sense, and is much more actionable. It seems that a few culprits have been identified as being associated with my weight gain: The Chatterbox Pub, Spyhouse Coffee Shop, Chipotle, and The Bad Waitress. This sounds about right… these are restaurants/coffee shops that I frequent, and the food I consume there is less

Exhibit 8
Page 22

Additionally, what's interesting is that going to the gym (Life Time Fitness) doesn't help me lose weight when I continue going to some of these restaurants. Also, I guess this analysis would suggest that nothing really helps me lose weight (that's a little depressing). Rules associated with other venues (GingerHaven/my house, U of Mn) have pretty low confidence (http://en.wikipedia.org/wiki/Association_rule_learning#Useful_Concepts), so they're probably a bit more of a fluke than anything else.

**My action items**

Now I have some actionable findings that are associated with my weight gain. So, if I want to reverse these trends, it might stand to reason that I should avoid doing things that are associated with the trend.

So, for the next month or so, I'm going to try to avoid:

- The Chatterbox
- Spyhouse Coffee Shop
- Chipotle
- Bad Waitress

I would also avoid going to school, but I don't think my advisor or professors would like that. However, it is worth revisiting how I cope with academic-related stress, but that's a much harder topic. Of course, in general, conducting this analysis is orders of magnitude easier than actually implementing the recommended changes. Changing habits is hard, but hopefully I'll make it happen.

To be clear, these rules don't prove causality. The concept generally seems sound: the places that you frequent impact your health. However, it is possible to make healthy choices almost everywhere. So, your mileage may vary. But, these results do generally jive with my understanding of myself and my habits.

**Try this out at home**

Hopefully this sounds kinda cool to you (particularly if you've made it this far), and maybe you've considered following me on twitter (http://twitter.com/johnschrom) by now 😊

If you want to keep playing with this, I've released the following related code:

- RPI (https://github.com/johnschrom/rpi): R Programming Interface, the start of some R functions to obtain data from common APIs.
- QS-Weight-Loss (https://github.com/johnschrom/QS-Weight-Loss): My R code for this analysis.

If you try this out on your own data, let me know what you find! I'd love to further refine this method in the future.

Exhibit 8
Page 23





Leave a message...

**Best** ▾     **Community**     **Share** ↗     ⚙▾

No one has commented yet.

🔊 Comment feed     ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 8
Page 24

john.mn (/)

# Mood tracking: the basis of health

I met with some health care think tank members a few weeks ago. I was describing some of the projects that I've been working on, and one of them stopped me and asked: "is there anything you're working on that doesn't involve mental health?"

This caught me off-guard. I never really set out to solve any mental health problems. In fact, my personal interests tend to revolve around sexual health and HIV prevention, and I tend to avoid the psychology and psychiatry departments at universities and hospitals.

I stumbled through a response. I honestly don't even remember what I said. But as I thought about it after the meeting, I kept coming back to one point: it's not that I'm focused on solving mental health problems, it's that all of our health problems have an underlying mental health component. Ok, maybe not genetic issues. But, you get my point.

I gave a speech recently (http://john.mn/2012/05/is-it-bad-that-i-get-all-of-my-medical-advice-from-reddit/) describing how a series of stressful life events led to series of negative health outcomes for me. I never thought of that as a *mental health* speech. However, the subclinical mental health problems I experienced (e.g., not having enough energy to go to the gym, watching too many reruns of the Mary Tyler Moore show, etc) resulted in an objective decline in my physical health (i.e., weight gain). I've since gotten back on a healthy track, but only through intentional effort and work.

So, when I think about the utility of social media data (a topic I am extremely interested in), it ultimately comes down to early detection and targeted interventions for these kinds of subclinical mental health problems. If we rely on the psychiatrists to handle the heavy problems (e.g., schizophrenia), then we can focus on lighter, acute problems (e.g., bad day at work). It's those acute stressors that keep us from staying motivated and healthy: how many times have you not gone to the gym because you had a crappy day at work? Or, how many times have you had a tub of Ben and Jerry's because you had a fight with a significant other?

If you said zero to both of those, then you are a better person than me.

**Meezu**
This weekend, I created an SMS-based application called Meezu (http://meezu.me). Meezu helps you track your mood by texting you at random intervals throughout the day. You can respond using whatever word you want — Meezu will translate that qualitative data into something quantitative.

There's nothing innovative about this. Apps already exist to track your mood. However, my goal is to use this as the basis for more innovative work in the very near future.

Right now, Meezu is very basic: you can track, view, and download your mood history. I'm slowly working on adding more features, and am open to any suggestions.

If you want to try it out, you can sign up for free by texting "Hi" to 917 – 74 MEEZU (63398), and you can access your account at http://meezu.me.

Exhibit 9
Page 25





| Leave a message... |
| --- |

**Best** ▾    **Community**                                              **Share** 📤    ⚙▾

No one has commented yet.

🔊 Comment feed    ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 9
Page 26

john.mn (/)

# Improving Measure Development

I had an opportunity yesterday to testify before the Health IT Standards and Policy Committees during their Clinical Quality Hearing.  My panel was discussing the development of e-measures, however I took a slightly broader view about measure development from my San Francisco perspective:

Thank you for the opportunity to be here today.  My name is John Schrom, and I am an epidemiologist from Minneapolis.  I have spent over a decade working in various aspects of health care: from direct patient care; to serving in a policy role for municipal, county, and state governments; to providing epidemiologic and analytic support for hospitals and clinics.

However, about a year ago, I traded the khakis and polo shirts in for hoodies and jeans.  That is, I made the leap from hospital cubicle to Silicon Valley start-up.  I'm currently a Fellow at Rock Health, a health technology incubator in San Francisco, where I'm working on building a medical informatics startup called Epi.md.

The work that you are doing is incredibly important.  Defining the methods for storing, exchanging, and utilizing health information is critical for improving quality and lowering costs.  However, without the appropriate use of technology, these goals are simply not possible.

I am in a unique position:  I have seen the dark corners where data live in a hospital.  I have also tried to work from the outside to shed light on those data.  It's really hard and, perhaps surprisingly, it's not made any easier by the epic-ly large health care companies that exist today.

From my experiences, there are three key areas to improving how we handle data, the processes that we use to translate data into clinical action, and how we leverage our electronic health records along the way.

First, focus on developing, documenting, and opening standards.  While I feel and understand the attachment to HL7, it costs over $1,000 to simply have access to it.  That may not seem like much to companies with revenue in the hundreds of millions or billions.  But, at Rock Health, I am given a $20,000 grant to start a company.  That money must pay for staff, technology, and business expenses.  So, while we are working on issues that could benefit from the use of such a standard, I simply don't have the resources to both start the company and pay for access.

Additionally, documentation of available standards and ontologies is often difficult to understand.  I was at a happy hour with some other Rock Health fellows recently.  One of my friends was describing her past couple of weeks, and how she had been working diligently on building tables relating different clinical concepts (e.g., type 1 diabetes is a type of diabetes, etc.).  When I explained what SNOMED-CT was, she became quite frustrated.  That was exactly what she was looking for, but just didn't know that it existed.

By contrast, there's a telephony company in San Francisco called Twilio.  They provide text messaging and phone services for developers via a really simple web interface.  Part of their success results from their crystal clear documentation, code examples and libraries (often submitted by users), and "developer evangelists" who answer questions and provide support for their platform.

Health care needs to have a similar focus on improving documentation.  We all want to speak the same language, but there are varying levels of technical and clinical understanding that impedes the achievement of this goal.  Any work that can be done to help developers understand and utilize existing standards and ontologies will help to ensure that efforts in the young Silicon Valley health technology community are not be wasted.

Exhibit 10
Page 27

Second, require the data to be accessible to be used by both patients and clinicians.  In the current system, data are locked by proprietary (and often nebulous) data structures, forcing hospitals to use the EHR's limited analytic functionality, look for limited 3rd party solutions, or give up entirely.

Further, there's an inherent problem with quality measures and clinical decision support systems: they create more work for already overworked clinicians.  By making data easily accessible in the language commonly understood by developers (e.g., RESTful APIs), the health care industry can begin to leverage the bright and innovative Silicon Valley minds to solve these problems.  There exists an incredible opportunity to create technology solutions that leverage EHRs to help scale primary care.  That can only begin to happen when data are easily accessible.

Finally, be ready to start accepting data directly from patients.  The average 24 year old will spend more time on Facebook in the next week than with a physician in the next 20 years.  So, as you can imagine, there is a digital data trail of where patients are going, how they're feeling, whom they're interacting with, what they're eating, and pretty much anything else.  There's significant clinical "signal" that can be derived from those data, but only if it's accessible and linked to the patient.

So, what if you could develop quality measures that target children who live or visit homes older than 1950 for lead screening, cardiovascular patients who live near highways for increased follow-up, or frequent bar patrons for alcohol assessments and STD screenings.  All of these ideas are supported by public health studies, but have only recently become possible, thanks to the increased adoption of EHRs, Todd Park's open data initiatives, and the maturation of social media.

We're at an exciting point in the development of our health care system.  Measures are an integral component of this development.  However, with the right planning and forethought, we can use this as an opportunity to develop and implement the standards that will drive health technology for decades to come.

Thank you again for the opportunity to be here today.  I will gladly stand for questions, and look forward to the continued discussion around this topic.



## 0 comments

★ ◄ 0

Leave a message...

Best ▾     Community                                                  Share 🔗     ⚙▾

No one has commented yet.

🔗 Comment feed     ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 10
Page 28

john.mn (/)

# I get my medical advice from Reddit

A few weeks ago, I gave a speech during the Sage Bionetworks Commons Congress (http://sagecongress.org/) discussing the importance of social media in health care (and not just having a Facebook page for your clinic).  Below is the video and an approximate transcript:



When I finished grad school in Chicago a few years ago, I moved back home to Minneapolis and had pretty much everything anyone could ever wish for.  I had a new job as an epidemiologist in a hospital.  In addition, I spent some evenings working for a youth center as a counselor – I made some extra money, and was lucky to be involved in these kid's lives.  I was in a relationship, and we were pretty much inseparable.  We found an agent and started looking at buying a house.  After years of struggling to stop drinking soda, I had successfully quit and was even going to the gym a few times a week (on my way to losing that extra grad school weight).  I fell asleep every night thinking I was the luckiest guy in the world.

So, I'm sure you can see where this is going.  Life is filled with the highest highs and the lowest lows.  So, naturally, everything began to unravel.  I got laid off from my part-time position (the center lost some grants and donors, and was on its way to shutting down).  There were management changes at work that were causing some serious headaches.  My relationship ended abruptly with a job offer from some fruity little company in Cupertino. The second housing bubble was getting ready to burst, and home buying was nearly impossible (first world problem, I know).

I'm not looking for sympathy.  You take the cards you're dealt, and you handle it any way you can.  In my case, I turn to Reddit, a social news site.  I get my daily dose of tattoos-gone-wrong, huge spiders, and other mishaps to remind me that things can always be worse.  On bad days, I look for pictures of kittens and puppies (nature's SSRIs).  And, of course, I look to the forums for information on how other people handle different situations – whether medical or mental health, or just everyday living.

I'm not alone.  The average 24 year old will spend more time on facebook in the next week than they will with a physician in the next 20 years.  Whether you like it or not, people (particularly teens and 20-somethings) are living their lives online.  When good or bad times come, they play out online both actively and passively.

Exhibit 11
Page 29

In my case, my address changed. My commute changed. My relationship status changed. I lost friends on Facebook as a result of the breakup, and I gained connections on LinkedIn as a result of leaving the job. I mostly stopped updating my status on Facebook and Twitter… and when I did, it was one of those obnoxious, ambiguous, needy updates (no judgment; we've all been there). My music listening, as measured by Last.fm, changed suddenly from hip-hop to emo-rock (and, really, just one or two songs on repeat for an entire summer). So, the internets knew that I was in the midst of a quarter-life crisis. My physician, however… well, let's be honest, I hadn't seen my physician in about 3 years.

And therein lies the problem with and solution for our healthcare system.

That average 24 year old – there's a 1 in 3 chance that he'll develop diabetes in his lifetime. There's a 60% chance that he's already overweight, and a ~30% chance that he's prehypertensive.

If we want real change for our health care system, we need to be concerned about primary prevention efforts. We need to figure out ways to find signal from our everyday interactions, and build interventions that fit into the context that we actually live. Lucky for us, we're now living in a world where a substantial amount of this information exists about us online.

So, in my little crisis, I started drinking soda and stopped going to the gym. It wasn't that I didn't want to be healthier, it's just that I had other more pressing issues to focus on. However, if there was a way to alert someone on my care team to call me to help identify a plan to ameliorate my situation; that could have helped keep me on a healthy path and potentially mitigate health problems decades before they emerge.

That's exactly what we're working on at Epi.md (http://epi.md), a medical informatics company currently in the Rock Health (http://rockhealth.org) incubator. Ultimately, something needs to be done because, while it's not ideal, patients are increasingly turning to services like Reddit, Google, and Facebook for information and support. That means they're leaving a trail of data about their needs, and are perfectly susceptible to intervention. And public health, research, and clinical medicine will have limited success if they don't acknowledge and utilize this fact.



## 0 comments

⭐ ◂ 0

Leave a message...

Best ▾    Community                              Share 📤    ⚙▾

No one has commented yet.

📶 Comment feed     ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 11
Page 30

john.mn (/)

# Health Care, Meet Foursquare

I've been using Foursquare (http://www.foursquare.com) for almost two years now, and have amassed nearly 2000 checkins, 40 badges, and (at my peak) nearly 20 mayorships.  As a result, Foursquare knows where I've been, how often I go out to bars, my favorite restaurants, where I work, and what I do for fun.  It knows more about me than many of my friends do, and certainly more than my physician.

So, why isn't Foursquare actively being used to improve health?  It has enough data about me to provide personal recommendations to improve the way I live.  Many people have recognized the potential impact Foursquare could have, but there are very few (if any) health-related applications developed around this service.

Tony (http://www.tonywebster.com/) and I, in consultation with our resident behavior designer (Steph (http://stephaniehabif.blogspot.com/)), worked to address this issue during the first-ever Foursquare Global Hackathon (http://blog.foursquare.com/2011/08/17/announcing-the-round-the-clock-round-the-world-foursquare-hackathon/). In less than 40 person-hours (and, combined, 10 cans of Mountain Dew Throwback (http://en.wikipedia.org/wiki/Throwback_(drink))), we created Fourhealth (https://fourhealth.net).

The goal is simple: we want to help users make healthier decisions about where they eat out.  We do this in a couple of ways.  First, when a user signs up for Fourhealth, we ask them for height and weight information (and continue to collect weight via text message on a weekly basis).  Then, about 90 minutes after each checkin to a restaurant, we text the user to find out how they're feeling after eating there.  This information is aggregated to the food venue, giving us a data source of objective (i.e., BMI) and subjective (i.e., feelings) health elements.

Immediately after each checkin (thanks to Foursquare's new Push API (http://techland.time.com/2011/09/14/foursquare-might-finally-become-more-than-a-game-with-push-notification-api/)), we look for previous feelings the user has had about the venue, and try to find a potentially healthier restaurant near where they are.  If we find either, we immediately text them to let them know, giving them the knowledge to make a potentially healthier decision:

 (http://blog.johnschrom.com/2011/09/health-care-meet-

foursquar/screen-shot-2011-09-19-at-9-15-00-am/)

Exhibit 12
Page 31

Of course, you don't always eat at the restaurant suggested, or maybe you're selling somewhere else. Maybe you're meeting a group there, or the suggested venue is closed, or you just really want a triple whopper with cheese value meal (http://www.bk.com/en/us/menu-nutrition/category1/menu-item1/index.html). But, there are times when you're just hungry and go for the first place you see (only to find the organic cafe just around the corner). Or are sorta thinking about your health, but just need a gentle nudge. Or are in a completely new city and don't know where to go. We can help with all those situations.

**Future Development**

What I've described so far is our first iteration, and was completed in less than two days. It's live, and you're welcome to sign up and try it out (https://fourhealth.net/) 😀

However, there are many more things that need to be developed/thought out/changed, including:

- Improved analytics. Imagine a Klout (http://www.klout.com)-esque score, only for how healthy a restaurant is.
- Ability to search. We want to help people find healthier restaurants when they're in unfamiliar cities.
- Personalized visualizations and data. Some people (http://quantifiedself.com/) really like exploring how their data affects their health.
- Withings (http://www.withings.com/en/bodyscale) integration (so you don't even need to enter your weight).
- Weekly email summary.
- Venue-specific healthy food recommendations.

There's so much health information contained in social media applications. This is our first attempt at extracting that information to encourage healthier living.
I welcome (http://blog.johnschrom.com/contact/) any feedback or suggestions you have, and would love to talk to anyone interested about collaborating on this project.



0 comments                                                                      ⭐ ◂ 0

| Leave a message... |
| --- |

Best ▾    Community                                              Share ⬆    ⚙▾

No one has commented yet.

🔊 Comment feed      ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 12
Page 32

john.mn (/)

# What is Health Innovation?

Well, it's kinda like porn:  I know it when I see it.  And, also like porn, not everything is going to work.  And again, like porn, things work differently for different people.  So, in a way, health innovation is porn.

Porn analogies aside, I've spent the past two months in San Francisco working (http://blog.johnschrom.com/2011/09/redefining-how-you-have-sex/) for a health tech start up.  I've been to events and happy hours, and met many people working on many projects (Steph has a great post (http://stephaniehabif.blogspot.com/2011/09/i-moved-to-san-francisco-on-january-1.html) characterizing the kinds of people out there).  The only thing I have really learned is that nobody quite knows what's going to work (but everyone is trying very hard).

Through this, I've noticed four different kinds of health innovation:

**Entrepreneur-centric**

Health 2.0 (http://www.health2con.com/) is very entrepreneur-friendly.  People identify a problem (or are incentivized (http://www.health2challenge.org/) to find a problem) and create a solution to it.  Sometimes the solution works out well, sometimes it doesn't.  But the emphasis is on trying to solve the problem.  Often there's a business plan behind the idea.  Sometimes there's a health behavior theory.  But the underlying goal is to keep trying until something sticks.

**Research-centric**

Sex::Tech (http://www.sextech.org) is the ISIS (http://isis-inc.org/)-run conference about sex and technology.  Many of the presentations come from large, NIH-funded research studies.  At the pre-conference for researchers, discussion focused around the difficulties of keeping up to speed on changing technology.  When you have to submit an NIH grant proposal 6 months to a year before funding, it's hard to anticipate what the technological landscape will be like when the money actually comes.  Case in point: ISIS did a study around teens, social networking, and sexual health.  Halfway through the development, there was a mass exodus from Myspace to Facebook.  ISIS had been developing on Myspace, so they had to essentially start from scratch on Facebook.

**Developer-centric**

Rock Health (http://www.rockhealth.com) is a health tech incubator in San Francisco.  They brought in a bunch fo developers with ideas around fixing health care, and are giving them money, space, and support in hopes they'll create something amazing (and they are!). Massive Health (http://www.massivehealth.com)… well, I don't really know what they do, but they have a really cool website.  They were founded by Aza (http://www.azarask.in/blog/post/leaving-mozilla/), an awesome designer formerly of Mozilla, in hopes of providing the design Renaissance in health care.  Both companies are working to bring in outsiders to help re-shape our health care system.

**Hospital-centric**

My experience in large hospital organizations has been that innovation is confined to a department (http://blog.johnschrom.com/2011/08/fresh-start/), and mostly consists of the strategic project management of large can't-fail projects.  Lots of really smart people in business suits, sitting in windowless meeting rooms talking about payment models and risk adjustment.  Conversations often revolve around Health Care Homes (http://www.health.state.mn.us/healthreform/homes/index.html) (the Minnesotan version of Medical Homes

Exhibit 13
Page 33

**So what will work?**

None of these kinds of innovation will work on their own.  Massive Health's diabetes app is not going to single-handedly solve our fiscal problem and, similarly, an Accountable Care Organization is not going to solve diabetes.  However, an Accountable Care Organization that encourages people to use a suite of tools, including Massive Health's app, might actually make a difference.

At some point there will be a shake-up of health care, to the same degree that Napster disrupted the music industry.  It won't happen in the same way — medicine is too highly regulated to allow a complete outsider disrupt the entire system.  That is, not matter how cool your app is, you still need a doctor to diagnose diseases and prescribe medications.

For health care to actually change, these four kinds of innovation need to take a collective, very large step closer to each other:

- Entrepreneurs need to prove what they're doing is effective.  Maybe not initially, but it should be part of their roadmap and budget.  Just because it's a good idea and people use it doesn't mean it's going to save lives.
- Government funders need to speed up the funding process.  Give money to smart people, not to smart ideas — a smart idea today will probably be dated a year from now.  A smart person today will probably continue to have smart ideas in a year.
- Developers need to listen to the needs and wants of experienced health care providers.  Sometimes, that might mean translating what you are doing/want to do into terms and concepts providers understand.  But, ultimately, if you don't have buy-in from current providers, you will not have the reach you could have otherwise.  Doctors prescribe medications, and there's no reason they can't prescribe an app too (if they understand what it does).
- Large hospitals need to realize that innovation doesn't happen when you're wearing a suit.  The biggest (and perhaps most effective) change may come from someone wearing a hoodie and sitting on a lovesac (http://www.lovesac.com).

Obviously, fixing health care is much more complicated than just the above.  It requires having an IT infrastructure that supports using new technology (and not perpetuating IE6 because that's what your EMR requires).  It requires having technologically-competent providers and consumers (or people who can train them).  It requires changing the health professional admission processes to make more Indu Sabaiya (http://indusubaiya.com/)s, Jay Parkinson (http://jayparkinsonmd.com/)s, and Alan Greene (http://www.drgreene.com/)s (physicians who understand "helping people" means more than just prescribing drugs when someone gets sick).  It requires changing the financial model of health care by either convincing insurance companies to fund the implementation of innovation, or to move beyond insurance companies completely.  But, ultimately, health innovation starts when we all start working together.

Exhibit 13
Page 34





Leave a message...

**Best** ▾   **Community**                                              **Share**    ⚙▾

No one has commented yet.

⌁ Comment feed      ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 13
Page 35

john.mn (/)

# Open Government is Public Health

I've sat on a fair amount of boards and committees over the past decade. I'm often the youngest, most technologically savvy, and probably the only one who actually enjoys Robert's Rules of Order (http://www.robertsrules.com/). Out of this, I have come to strongly believe that government transparency is essential to address most public health issues. I could argue that the Freedom of Information Act (http://en.wikipedia.org/wiki/Freedom_of_Information_Act_(United_States)) and related state laws (e.g., the Minnesota Government Data Practices Act – PDF summary (http://www.house.leg.state.mn.us/hrd/pubs/dataprac.pdf)) are the most powerful public health laws in existence.  That'd probably be a pretty boring post for most people to read.  Rather, I want to give two examples of (varying levels of) transparency in action from appointed positions I've held.

**The Minnesota HIV Services Planning Council**

The Minnesota HIV Services Planning Council (http://www.mnhivplanningcouncil.org/) is an appointed body that allocates all of the funding for Part A Ryan White Services (http://hab.hrsa.gov/abouthab/parta.html) and recommends funding for Part B Ryan White Services (http://hab.hrsa.gov/abouthab/partbdrug.html) in Minnesota.  In less jargony terms, they decide which services are most important for people living with HIV in Minnesota, and then fund those services using federal dollars.  The Council is made up of around 30 people, including those living with HIV/AIDS ("consumers") and those who provide services to people living with HIV/AIDS ("providers").  As an epidemiologist, I was appointed as a provider to their Needs Assessment and Evaluation committee.

So, it came time to do our needs assessment, prioritization, and allocation processes.  This is the primary function of the Planning Council; we had spent over a year doing research and studies, preparing summaries, and sitting in long committee meetings. In this process, the Part A Grantee provides their recommendation, and the Council discusses, amends, and ultimately approves a proposal. This cycle, the Council approved the recommendation with little discussion, no amendments, and more than 2 hours left in the scheduled meeting. Members were excited to leave and get back to work/home/whatever, and patted themselves on the back for a job well done.

Then, there was a survey of Council Members about how they thought the process went.  More than half disapproved.  The Council staff members were quick to dismiss the results because "three of the responses came from the same IP address," suggesting that foul play had negatively skewed the results.  In reality, there are three Council Members (including myself) who work for the same hospital, and probably took the surveys from within the same network.  When I asked what the IP address was, I was told it was not appropriate to ask that, and they would not be released out of concern for members' privacy.

In response, I made a Minnesota Government Data Practices Act (MGDPA) request (http://john.mn/wp-content/uploads/2011/09/MGDPA.pdf) to the Hennepin County Attorney's Office.  The head of the Ryan White Program for Hennepin County called my supervisor to complain that I was consuming resources in filing my request, and suggested that I be disciplined [note: this is illegal (https://www.revisor.mn.gov/statutes/?id=181.932)].  The County Administrator called me to personally apologize.  Months later, the data I requested was released, and I was proven to be right:  the three surveys were all legitimate and, in fact, the majority of Council Members did not approve of how they allocated funds for HIV services.

As a result of my MGDPA request and data practices concerns, a County Attorney came to a subsequent Council meeting to discuss MGDPA and Open Meeting Laws.  I followed up via email (http://john.mn/wp-content/uploads/2011/09/Planning-Council-and-MGDPA.pdf) with the attorney, specifically outlining my concerns

Exhibit 14
Page 36

This was discussed at a Planning Council meeting (http://john.mn/wp-content/uploads/2011/09/Planning-Council-20110614.pdf) (emphasis added):

> Memo from County Attorney's Office – Tim distributed a document from Dan Rogan titled *HIV Planning Council.* This document provides written answers to questions asked when Dan attended a Council meeting to talk about Open Meeting Laws. Questions/Comments:
> - Antonio Mo. asked about #4. Tim said we have always treated Council information privately. Because of the law we are required to provide the home address of Council members if requested. Current staff have never received this kind of request. The question was brought up around the Council roster which includes addresses, email addresses, and phone numbers.
> - Keith asked that Council member information being shared with other members be discussed with new applicants. Tim said this is discussed during the interview and in the application.
> - **Loyal said a Google search of his name will bring him up on the Council website. He is disheartened that his affiliation with the Council is so public.**
> - Mike B. asked that this document be posted somewhere so it can be referenced.
> - Adam asked if this can be addressed at Operations. Tim said yes.

Loyal is a good guy: very thoughtful, well-spoken, and respectable. He is not the only one on the Council with this concern (although, he may have been the only one with the guts to express it). It certainly is valid.

However, this concern epitomizes my issue and belief. Every time I vote on a matter, regardless of how seemingly insignificant, I want to be absolutely sure that I have a reason behind my decision. If what I say and do is publicly available, then I should assume that at some point somebody may ask why I said or did something. I've failed if my response is simply, "I voted for it because everyone else did." In the same vein, my name and contact information being publicly available provides a means for this to occur — if nobody knows who I am or how to reach me, then they have little recourse in expressing their disagreement. So, for me, MGDPA and Open Meeting Laws provide an impetus to ask questions and, when appropriate, dissent in public meetings.

### The Public Health Advisory Committee (PHAC)

The Public Health Advisory Committee (http://www.ci.minneapolis.mn.us/dhfs/phac_home.asp) for the City of Minneapolis hears concerns from citizens about public health issues, advises the Minneapolis Department of Health and Family Support (MDHFS), and distributes (with City Council approval) $400k in Public Service Community Development Block Grant (http://portal.hud.gov/hudportal/HUD?src=/program_offices/comm_planning/communitydevelopment/programs) (CDBG) funds. I serve as a Co-Chair of this Committee.

When it came time to distribute the CDBG dollars, we established a process, funding principles, and priority areas (PDF (http://john.mn/wp-content/uploads/2011/09/CDBG-Application.pdf)). We had a large community review process, and long discussions about the various needs of the community and what services would meet those needs. Ultimately, we came up with a proposal (http://www.ci.minneapolis.mn.us/council/2011-meetings/20110211/Docs/CDBG-RCA.pdf) that the Committee (and City Council) felt satisfied with.

Of course, it's never that simple. There were funding cuts, and our $400k dropped to $140k. The decision was thrown back to the Committee to decide how to absorb this cut. We returned to our principles, ranking, and discussions. Being reminded of what we originally thought was important, and remembering the desire to address socioeconomic determinants of health and health disparities, we (relatively easily) came to a conclusion as a committee about where to put our remaining dollars. It sucks that we didn't have enough money to go around, but it feels good that we debated and considered almost every possible solution and ended up making a decision that seems fair and socially just given our constraints. I feel confident defending the decision to fund those specific organizations, and believe they will be able to make the most impact on the health of Minneapolis residents.

### Open Government = Public Health

Exhibit 14
Page 37

Most public health initiatives strive to assess community needs, diminish health disparities, and (in general) help people be healthier. The Planning Council and PHAC both, to their own extent and in their own way, do that. However, in their last funding cycles, PHAC had a much more significant discussion regarding the needs of the community. The Planning Council essentially rubber-stamped a flat-funding proposal with barely any discussion.

The only way public health is going to identify and address the needs of a community are by talking to members of that community. That's exactly why the Planning Council and PHAC exist. However, the Planning Council, in their creation of a privacy-centric public body, has created an atmosphere where few community members are willing and able to start or engage in meaningful dialogue. The result is a process that few are happy with, and a product that could only be improved. Neither of these results creates an environment where innovative policy solutions to health disparities and improvements to socioeconomic determinants of health can be created.

When a positive attitude towards open government and transparency is adopted, members let go of their personal privacy. If there is no personal privacy, then concern shifts from protecting information (e.g., "I don't want anyone to find anything about me online") to protecting reputation (e.g., "I want to make sure my statements and votes are accurate and consistent with my ideology"). If concern is primarily regarding reputation, then members feel compelled to seek out information and knowledge to make informed decisions about presented topics (i.e., an informed decision will, hopefully, prevent public criticism).

In order for public health to be successful, we need our elected and appointed leaders to engage in meaningful discussions about problems in our communities. For that to occur, we need a constituency informed and ready to hold public officials accountable. Information only comes when the public has access to data, and that can only occur when the government is compelled (willfully or legally) to provide it.

That is, public health can only succeed within an open and transparent government.



## 0 comments

★ ◄ 0

Leave a message...

Best ▾    Community                                             Share ⬈    ⚙▾

No one has commented yet.

🔊 Comment feed        ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 14
Page 38

john.mn (/)

# Fresh Start

I have spent the last decade preparing to go to medical school and become a physician.  Four years ago, after finishing graduate school, I was rejected across the board from the 12 medical schools I applied to.  I was told (actual quotes): **"you have too much public health experience and not enough clinical medicine experience"** (the 6 years and >1000 hours spent volunteering in a nursing home didn't count because it happened before I graduated from high school), **"maybe you should take more undergraduate courses to increase your GPA"** (my 3.92 graduate GPA doesn't offset my 3.33 undergraduate GPA because only the undergraduate GPA (http://www.usnews.com/education/best-graduate-schools/articles/2011/03/14/medical-school-rankings-methodology-2012) is counted in US News and World Reports rankings), and **"you need to include physician shadowing in your application"** (I had shadowed physicians before, but used my limited space to discuss leadership positions I held and accomplishments made in student government, city and state government, and non-profit organizations).

So, I've spent the last few years working as an analyst for hospital organizations.  This is great, except hospitals are slow to try new things.  My experience has been that innovation is confined to a department within the organization, and not encouraged of all its employees.  New ideas are met with a deafening "meh" from middle management, followed by stern encouragement to focus on getting back to writing reports or whatever exactly it is that you do.  There are departments for innovation and process improvement.  Let them do their job so you can continue doing yours.

This puts me in an awkward position.  My goal, as is the case for most med school hopefuls, is to help improve the lives and health of people.  I think this can be accomplished by using policy, technology, public health, and medicine.  It's clear from pretty much every health-related news story I've read in the last 5 years that the status quo isn't working.  US health care is expensive.  People are getting sicker.  That's not exactly a formula for success.

And I'm part of the problem.  My salary isn't used to provide direct patient care, and I'm not given the resources to really be able to create solutions to the problems I'm presented with.  So, I'm forced to do just enough to keep the machine moving without actually fixing any part of it.  It's job security at the expense of patients.

So, out of all of this, I am thrust into yet another quarter-life crisis.  Perhaps the most epic of my quarter-life crises: how do I help improve the lives of the greatest number of people, see my contributions recognized and adopted, and still continue to pay my mortgage?

I wish I had an answer.

Being a physician could be a move in the right direction.  I was accepted in a subsequent application cycle to TouroCOM (http://www.touro.edu/med/), an osteopathic (http://en.wikipedia.org/wiki/Osteopathic_medicine_in_the_United_States) medical school in Harlem focusing on underserved populations, but I have deferred for a year.  Medical school is expensive, both in dollars and time.  And I do not want to be forced to practice medicine instead of innovation just to pay back student loans.

In the meantime, I locked myself in my bedroom for a weekend, turned off my cell phone and gchat, and started coding.  The result was Epicenter (http://www.epicenter.md), a tool (currently being re-written) to help analyze patient data, combine patient data with other data streams, share findings, and take action.  This app ended up winning (http://www.practicefusion.com/pages/pr/disease-control-application-for-doctors-ins-health-2.0-data-challenge.html) Practice Fusion (http://www.practicefusion.com/)'s Analyze This! Health 2.0 Developer's contest.  Who knew I could code?

Exhibit 15
Page 39

Since then, continues-tv-00583-IEG-NLS to post-ment 7-3 ds Fir-05/15/13 ctually became clear that the path I was headed was not going to accomplish my goals, so it was time to try something new.  I quit my job and found a place in San Francisco.

I have mixed feelings.  In a way, my story (and others (http://wit.io/posts/pivot-my-journey-from-medicine-into-technology)) epitomize the problems with health care and medical education.  The systems talk about the need for change, fresh ideas, and leadership among incoming medical school classes, but then continue to admit people based heavily on very traditional measures of aptitude and pre-medical experiences.  How can you expect change to occur when you're continuing to admit all the same people?

However, in rejection comes opportunity.  I would not be doing what I'm doing today had I been admitted to medical school when I first applied.  In fact, I wouldn't be doing much of anything for the next 7 years other than study and work.  So, if my goal is to improve the lives of people, then what I'm doing today is closer to immediately achieving my goal than my original plan.

Regardless, I've learned to acknowledge that I have no idea what I'm doing or where I want to go.  I just know what isn't working for me and the greater health care system, and that I want to be part of the solution.  Medical school, graduate school, or health tech start-ups are all potential answers to my question.  I've tried two of those before, so I think it's time to try the third.



0 comments

⭐ ◄ 0

Leave a message...

Best ▾    Community                                                          Share ⬈    ⚙▾

No one has commented yet.

🔊 Comment feed    ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 15
Page 40

john.mn (/)

# HIV Prevention 2.0

There's a definite and urgent need to adapt our HIV prevention strategy to reflect the needs and styles of adolescents and young adults. This is clear from the 9 year history of increasing newly diagnosed HIV cases among young men who have sex with men (YMSM), including the 83% increase in the last year (http://www.health.state.mn.us/divs/idepc/diseases/hiv/hivsurvrpts.html).

I think one of the major adaptations is going to be moving towards user generated prevention. This is beneficial for three reasons: the population is most adept at communicating with each other (i.e., 16 year olds speak "teenager" better than most 40 year olds), there's an innate prevention activity in developing the message, and these types of media campaigns can be dirt cheap.

There are a couple of agencies that are already doing this. The Minnesota Organization on Adolescent Pregnancy, Prevention & Parenting (http://www.moappp.org/) is having a video contest (PDF (http://www.moappp.org/Documents/events/2010/PSA_Contest_Rules.pdf)) regarding general adolescent health. MTV and funny or die (http://www.funnyordie.com/) recently had a crazy sex advice contest called Say What (http://www.saywhatcontest.org/). The Minnesota AIDS Project (http://www.mnaidsproject.org/)/Pride Alive (http://www.pridealive.org/home.htm) is collecting 10,000 messages (http://www.pridealive.org/Events/tenthou_messages_campaign.htm), and trying to distribute them to 1,000,000 people. And, of course, Hennepin County and MDH are moving forward on a video contest (http://ontherisemn.org/) (it technically ended, but stay tuned for a few announcements).

I think this is the right way to move. We've been living in a Web 2.0 (http://en.wikipedia.org/wiki/Web_2.0) world for half a decade, and we're all getting used to sharing everything we're thinking and telling other people what we think about what they're thinking (this would be a good time to encourage you to follow me on twitter (http://www.twitter.com/johnschrom)…). So, it seems logical that young adults should want to have input into what messages they think are appropriate, and what HIV prevention strategies they think are reasonable.

So, since these contests seem to be a good idea, I want to ensure we're doing this appropriately… it sometimes feels like these contests are being run by people that aren't familiar with technology or social media. Submissions should be made online — having to email someone is just annoying. Ideally, a website should post submissions for ranking and comments by other users, as this would fully capitalize on the potential of internet technologies. Campaigns need to be appropriately incentivized; just because YouTube is free, doesn't mean a $20 gift card is sufficient. Don't be too restrictive or too quick to censor. The most effective messages may make you squirm.

So despite my few critiques, I'm hopeful this style of health promotion is effective and am excited about what kinds of messages will be generated!

Exhibit 16
Page 41





Leave a message...

**Best** ▾        **Community**                                                     **Share**         ⚙▾

No one has commented yet.

⬧ Comment feed     ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 16
Page 42

john.mn (/)

# Private: Redefining How You Have Sex

HIV rates have increased over 300% (http://blog.johnschrom.com/2010/06/modernize-hiv-prevention/) in the last 5 years.  Syphilis rates have increased 87% in the last year (PDF (http://www.health.state.mn.us/divs/idepc/diseases/syphilis/dearcollegue022011.pdf)).  The traditional approach to addressing these problems has been to run a media campaign (http://stopsyphmn.com/), remind people to use condoms, trace contacts of partners, and maybe hand out a brochure (http://www.health.state.mn.us/divs/idepc/diseases/syphilis/eliminationproject/syphilisbrochure.pdf).  These are the same approaches that public health has been using for decades, and yet rates continue to increase.

The Minnesota Department of Health (MDH)[1], from analysis of data collected by their partner services program, says (http://www.health.state.mn.us/divs/idepc/diseases/syphilis/syphilisslides2009.pdf):

> Commonly reported risk factors were meeting partners on the internet, anonymous sex, and no condom use

Now, I don't want to be the debbie downer, but if I'm not using condoms and am meeting partners on the internet for anonymous sex, then being told to use condoms and being handed a brochure is not going change my behavior.

I've been working in sexual health education/testing for nearly a decade, and I have yet to meet a young man that didn't know he should probably be wearing a condom.  Education is not the problem[2].  The problem is that having sex without a condom feels really good.  Much better than with a condom.  So much better that, in that moment, the risk of getting syphilis or HIV feels like a pretty equal trade for the feeling of sex without a condom[3].

A brochure can not compete against our biologic drive to exchange body fluids.  Ever.

**Craigslist Explored**

What can compete, however, is sex.  But before I explain, let's look at a few personal ads from Craigslist (http://minneapolis.craigslist.org/cgi-bin/personals.cgi?category=m4m) (sorry, this is sexually explicit):

> 22 one fifty 6' 7cut bottom/vers
> gl.ddf, into jo, oral, making out, want to bottom safely
> looking for ddf, good shape, top under 30 unless really hot
> host/travel won't respond to replies w/ no pic

> Looking for a btm who's willing to let me go wild….flip on your stomach, put your ass up, I slide in… I am 5'10", 145lbs, blond, 7" cut, nonsmoker, DDF, HIV-, popper friendly. Would prefer u be nonsmoker and definitely DDF/neg. Hit me up! Please send age pics.

> looking to have some fun now, 29yo hiv+ looking for some fun, vers, oral, body contact, open to whatever, bb or safe cool, lets get together

A few definitions/codewords:

- "bb" or "wild" = bareback, anal sex w/o condoms

Exhibit 17
Page 43

- safe = generally anal sex w/ condoms
- ddf = drug and disease free
- neg = HIV-negative
- popper = amyl nitrate
- gl = good looking
- jo = jacking off
- top = insertive partner; bottom or btm = receptive partner; vers = either

So, each of these personal ads share two characteristics: **1) they explicitly state what they want** (e.g., "let me go wild", "bottom safely", "bb or safe cool"), and **2) they state their HIV or STD status** (e.g., "DDF/neg", "hiv+"). Of course, not every Craigslist post does this, but many do — if you don't believe this is an accurate representation, then start browsing (and comment on this post with your findings).

In public health terms, they're practicing harm reduction (http://en.wikipedia.org/wiki/Harm_reduction) by attempting to serosort (http://en.wikipedia.org/wiki/Serosorting).  But there are two major questions that are raised:

1. Are you actively ensuring your partner is "DDF"?  Or are you relying on your post to sort out all those who aren't "DDF"?
2. How do you know your partner knows their HIV/STD status?  When were they last tested?(I've met more than one person who assumes they're HIV-negative, yet has never been tested).

**Data-Driven Sex**

Qpid.me (http://www.qpid.me) provides HIV/STD test verification for online dating[4].  They work with your clinic to get your HIV, syphilis, gonorrhea, and chlamydia test results, and then allow you to share them with whomever you like.  Right now, it's done via text message, although there are plans to expand soon. So, for example, you can get my test results by texting "Verify John Demo" to 774363.  "John" is my username, and "Demo" is my access code — this allows me to ensure I'm only sharing my results with the people I want to.

This could be a huge game-changer for sexual health.  Now there's a tool available to help those no-condom-wearing, internet-using, anonymous-sex-having ~~heathens~~ men serosort using actual, verified data.  And, of course, all of the normal just-want-to-be-close-to-someone guys and gals could benefit from Qpid.Me, too.

Even more important, there's a sexual incentive to get tested more frequently.  If the status quo is to use self-reported HIV/STD status as a criteria for selecting sexual partners (e.g., "I will only have sex with you if you say you don't have HIV"), what happens when you can verify the status along with approximately how long ago they were tested?  A potential partner would be more attractive if they've been tested more recently, meaning: getting tested = getting laid.  And who doesn't want to get laid?  (it sure beats having your doctor hand you a brochure about syphilis).

For people living with HIV, you can verify your viral load (http://en.wikipedia.org/wiki/Viral_load) and also share that with potential partners.  With an undetectable viral load, one becomes less infectious (http://www.cdc.gov/hiv/topics/treatment/resources/factsheets/art.htm) (it is still possible, but less likely).  So, this allows people living with HIV to have informed conversations with their partners about the risk of HIV transmission.  Done correctly, this could actually alleviate some of the stigma of HIV-infection, get more people laid, and decrease HIV incidence.  Win-win-win.

Use fire to fight fire.  [insert your own joke about red-heads or gonorrhea].  That is, use sex to fight sexually transmitted diseases by redefining how people have sex.  Instead of having a traditional information campaign or continuing to hand out condoms, actually arm people with a tool to be able to make informed decisions.  Even better, give them a tool to allow them to do something they're already doing, a little bit better.  By encouraging people to make informed decisions with actual data, you'll see them get laid more often while getting fewer STDs and getting tested more frequently[5].  And, most importantly, it requires essentially no change in current behavior.

If you haven't figured it out by now, Qpid.Me is the health tech start-up I took a job with (http://blog.johnschrom.com/2011/08/fresh-start/).  We're currently in private beta, while we work on building out a bunch of the back-end.  If you're interested in signing up, head to the website (http://www.qpid.me), or comment here/email me — I might be able to hook you up ☺

Exhibit 17
Page 44

Seriously, who footnotes a blog post?

1: I pick on MDH because I'm from Minnesota. They're actually quite good at what they do, given the constraints of politics. The issues I raise are pretty ubiquitous among all major public health departments.

2: While I argue education is not the problem, I do believe comprehensive sexuality education in schools would help lower HIV/STI rates. That's more of a shift in attitudes than providing students with facts.

3: Of course, I wouldn't know from first hand experience...

4: Now, if only there were a Qpid.Me for verifying penis size.

5: There are a couple of research studies in the works regarding this, but right now this statement is based on qualitative information from users and theory.



## 0 comments

≡ ‹ 0

Leave a message...

Best ⁓    Community    My Disqus

Share ☒    ⚙ ⁓

No one has commented yet.

🔊 Comment feed    ✉ Subscribe via email

john@john.mn (mailto:john@john.mn) · @johnschrom (http://www.twitter.com/johnschrom)

Exhibit 17
Page 45

New Qpid.me tech + MPH guy's post

**From:** Ramin Bastani <ramin@qpid.me>
 **To:** Kevin Clauson <kaclauson@gmail.com>
 **Bcc:** john@qpid.me
 **Date:** Wednesday, September 7, 2011 2:17:06 PM
**Subject:** New Qpid.me tech + MPH guy's post

As promised.  Any thoughts or feedback would be cool, but is in NO way expected.  It will probably be posted in a few hours.

---------- Forwarded message ----------
From: **John Schrom** <john@qpid.me>
Date: Wed, Sep 7, 2011 at 9:56 AM
Subject: Blob post
To: Ramin Bastani <ramin@qpid.me>

(still not sure about a title ... right now I just have "Spread the Love")

HIV rates have increased over 300% in the last 5 years.  Syphilis rates have increased 87% in the last year (PDF).  The traditional approach to addressing these problems has been to run a media campaign, remind people to use condoms, trace contacts of partners, and maybe hand out a brochure.  These are the same approaches that public health has been using for decades, and yet rates continue to increase.

The Minnesota Department of Health (MDH)[1], from analysis of data collected by their partner services program, says:

> Commonly reported risk factors were meeting partners on the internet, anonymous sex, and no condom use

Now, I don't want to be the debbie downer, but if I'm not using condoms and am meeting partners on the internet for anonymous sex, then being told to use condoms and being handed a brochure is not going change my behavior.

I've been working in sexual health education/testing for nearly a decade, and I have yet to meet a young man that didn't know he should probably be wearing a condom.  Education is not the problem[2].  The problem is that having sex without a condom feels really good.  Much better than with a condom.  So much better that, in that moment, the risk of getting syphilis or HIV feels like a pretty equal trade for the feeling of sex without a condom[3].

A brochure can not compete against our biologic drive to exchange body fluids.  Ever.

**Craigslist Explored**

What can compete, however, is sex.  But before I explain, let's look at a few personal ads from Craigslist (sorry, this is sexually explicit):

> 22 one fifty 6' 7cut bottom/vers
> gl.ddf, into jo, oral, making out, want to bottom safely
> looking for ddf, good shape, top under 30 unless really hot
> host/travel won't respond to replies w/ no pic
>
> Looking for a btm who's willing to let me go wild....flip on your stomach, put your ass up, I slide in... I
> am 5'10", 145lbs, blond, 7" cut, nonsmoker, DDF, HIV-, popper friendly. Would prefer u be nonsmoker

Exhibit 18
Page 46

and definitely DDF/neg. Hit me up! Please send age pics.

looking to have some fun now, 29yo hiv+ looking for some fun, vers, oral, body contact, open to whatever, bb or safe cool, lets get together

A few definitions/codewords:

- "bb" or "wild" = bareback, anal sex w/o condoms
- safe = generally anal sex w/ condoms
- ddf = drug and disease free
- neg = HIV-negative
- popper = amyl nitrate
- gl = good looking
- jo = jacking off
- top = insertive partner; bottom or btm = receptive partner; vers = either

So, each of these personal ads share two characteristics: **1) they explicitly state what they want** (e.g., "let me go wild", "bottom safely", "bb or safe cool"), and **2) they state their HIV or STD status** (e.g., "DDF/neg", "hiv+")**.** Of course, not every Craigslist post does this, but many do -- if you don't believe this is an accurate representation, then start browsing (and comment on this post with your findings).

In public health terms, they're practicing harm reduction by attempting to serosort. But there are two major questions that are raised:

1. Are you actively ensuring your partner is "DDF"?  Or are you relying on your post to sort out all those who aren't "DDF"?
2. How do you know your partner knows their HIV/STD status?  When were they last tested?(I've met more than one person who assumes they're HIV-negative, yet has never been tested).

**Data-Driven Sex**

Qpid.me provides HIV/STD test verification for online dating[4].  They work with your clinic to get your HIV, syphilis, gonorrhea, and chlamydia test results, and then allow you to share them with whomever you like.  Right now, it's done via text message, although there are plans to expand soon. So, for example, you can get my test results by texting "Qpid John Demo" to 774363.  "John" is my username, and "Demo" is my access code -- this allows me to ensure I'm only sharing my results with the people I want to.

This could be a huge game-changer for sexual health.  Now there's a tool available to help those no-condom-wearing, internet-using, anonymous-sex-having ~~heathens~~ men serosort using actual, verified data.  And, of course, all of the normal just-want-to-be-close-to-someone guys and gals could benefit from Qpid.Me, too.

Even more important, there's a sexual incentive to get tested more frequently.  If the status quo is to use self-reported HIV/STD status as a criteria for selecting sexual partners (e.g., "I will only have sex with you if you say you don't have HIV"), what happens when you can verify the status along with approximately how long ago they were tested?  A potential partner would be more attractive if they've been tested more recently, meaning: getting tested = getting laid.  And who doesn't want to get laid?  (it sure beats having your doctor hand you a brochure about syphilis).

For people living with HIV, you can verify your viral load and also share that with potential partners.  With an undetectable viral load, one becomes less infectious (it is still possible, but less likely).  So, this allows people living with HIV to have informed conversations with their partners about the risk of HIV transmission.  Done correctly, this could actually alleviate some of the stigma of HIV-infection, get more people laid, and decrease HIV incidence.  Win-

Exhibit 18
Page 47

win-win.

Use fire to fight fire. [insert your own joke about red-heads or gonorrhea]. Instead of having a traditional information campaign, or continuing to hand out condoms, actually arm people with a tool to be able to make informed decisions. Even better, give them a tool to allow them to do something they're already doing, a little bit better. By encouraging people to make informed decisions with actual data, you'll see them get laid more often while getting fewer STDs and getting tested more frequently[5]. And, most importantly, it requires essentially no change in current behavior.

If you haven't figured it out by now, Qpid.Me is the health tech start-up I took a job with. We're currently in private beta, while we work on building out a bunch of the back-end. If you're interested in signing up, head to the website, or comment here/email me -- I might be able to hook you up ;)

Seriously, who footnotes a blog post?

1: I pick on MDH because I'm from Minnesota. They're actually quite good at what they do, given the constraints of politics. The issues I raise are pretty ubiquitous among all major public health departments.

2: While I argue education is not the problem, I do believe comprehensive sexuality education in schools would help lower HIV/STI rates. That's more of a shift in attitudes than providing students with facts.

3: Of course, I wouldn't know from first hand experience...

4: Now, if only there were a Qpid.Me for verifying penis size.

5: There are a couple of research studies in the works regarding this, but right now this statement is based on qualitative information from users and theory.

Exhibit 18
Page 48

 **Qpid.me**
@QpidMe

**Follow**

## Redefining How You Have Sex: *great* post by our new tech lead @johnschrom ---> bit.ly/pH2Eui

Reply     Retweet     Favorite     More

**5**
RETWEETS

1:23 PM - 7 Sep 11

## Don't miss any updates from Qpid.me
Join Twitter today and follow what interests you!

Full name                    Email                     Password

Text **follow QpidMe** to **40404** in the United States                    **Sign up**

© 2013 Twitter   About   Help

Exhibit 19
Page 49