1  GRELLAS SHAH LLP
   DHAIVAT H. SHAH, ESQ. (SBN 196382)
2  (ds@grellas.com)
   20400 Stevens Creek Blvd, Suite 280
3  Cupertino, CA  95014
   Telephone: (408) 255 - 6310
4  Facsimile:  (408) 255 - 6350

5  Attorneys for Defendant
   JOHN SCHROM

THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| QPID.ME, INC., | Case No.: 13CV0583 IEG NLS |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 7 |
| v. | |
| JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, | Date:        July 8, 2013<br>Time:        10:30 a.m.<br>Courtroom: 4D |
| Defendants. | Judge:       Hon. Irma E. Gonzalez |

NOTICE OF WITHDRAWAL          Case No.: 13CV0583 IEG NLS

TO ALL PARTIES, THEIR COUNSEL, AND THIS HONORABLE COURT:

　　Please take notice that counsel for Defendant John Schrom hereby withdraws the Motion to Dismiss for Failure to State a Claim/Motion to Strike (Document Number 7) that was filed yesterday with incomplete electronic s/ signatures.  The document is being re-filed according to the Court's instructions.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  May 16, 2013　　　　　　　　GRELLAS SHAH LLP


　　　　　　　　　　　　　　　By:  s/Dhaivat H. Shah_____
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　E-mail:  ds@grellas.com

---

NOTICE OF WITHDRAWAL　　　　Case No.: 13CV0583 IEG NLS