TROY A. VALDEZ State Bar No. 191478
ERIN M. DOYLE State Bar No. 233113
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@vsnlaw.com
Email: edoyle@vsnlaw.com

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SCHROM, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 13 CV0583 IEG NLS<br><br>**PLAINTIFF QPID.ME, INC.'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>[Local Rule 83.3(g)(2)] |

Pursuant to Local Rule 83.3(g)(2), plaintiff Qpid.me, Inc. ("Plaintiff") hereby respectfully requests that the Court approve its request to substitute its current counsel Troy A. Valdez of Valdez Noor Todd & Doyle LLP for:

> Andrew L. Satenberg, Esq. (CA Bar No. 174840)
> Manatt, Phelps & Phillips, LLP
> 11355 W. Olympic Blvd.
> Los Angeles, CA 90064
> Telephone: (310) 312-4000
> Facsimile: (310) 312-4224
> Email: asatenberg@manatt.com

Plaintiff, the attorney ceasing to act, and the newly appointed attorney all consent to this substitution of attorney, as confirmed by their respective signatures

1

PLAINTIFF'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1  below.

2

3  Dated: June 20, 2013            PLAINTIFF QPID.ME, INC.

4                                  BY: _____

5                                      Ramin Bastani, CEO of Qpid.me, Inc.

6

7  Dated: June 20, 2013            MANATT, PHELPS & PHILLIPS, LLP

8                                  BY: _____

9                                      Andrew L. Satenberg

10 Dated: June 20, 2013            VALDEZ NOOR TODD & DOYLE, LLP

11

12                                 BY: _____

13                                     Troy A. Valdez

14

15

16

17 309268754.1