MANATT, PHELPS & PHILLIPS, LLP
ANDREW L. SATENBERG (Bar No. CA 174840)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: asatenberg@manatt.com

Attorney for Plaintiff
QPID.ME, INC.

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., | Case No. 13 CV0583 IEG  NLS |
| Plaintiff, | **DECLARATION OF RAMIN BASTANI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS** |
| vs. | |
| JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | <u>Hearing Date</u>:  July 8, 2013<br><u>Time</u>:          10:30 a.m.<br><u>Courtroom</u>:  4D<br><u>Judge</u>:         Hon. Irma E. Gonzalez |

Case No.: 13CV0583 IEG NLS

# DECLARATION OF RAMIN BASTANI

I, Ramin Bastani, declare as follows:

1.    The following facts are within my personal knowledge, and if called upon to testify, I could testify competently thereto.

2.    I am the founder and CEO of Qpid.me, Inc. ("Qpid.me"), the plaintiff in this action. I have served as the CEO of Qpid.me since its founding in September 2010 and during all times addressed in this declaration.

## ABOUT QPID.ME

3.    Qpid.me is a small health care technology start up company that was funded by me personally until the beginning of this year, and subsequently by outside investors. At no time has Qpid.me had more than 3 employees at any given time.

4.    Qpid.me provides users with a safe and secure way to obtain, store and share their confidential health information, including testing results for sexually transmitted diseases ("STDs"). Among other features, the Qpid.me website provides a "Clinic Locator" feature that allows users to find STD testing centers in their vicinity.

5.    Once tested, users can request and secure their patient health records and STD results from their health care providers through the Qpid.me website. Users' confidential health records are then safely secured in the users' private accounts. Qpid.me also reviews the records and inputs the information contained within the records into a secure database.

6.    Qpid.me then enables users to privately and securely share their test results with others through text message or an online link, if they choose. Users are not required to share their test results or health records with anyone.

7.    If users have difficulty securing their records from their health care providers, the site currently provides information instructing users how to file a grievance under the Health Insurance Portability and Accountability Act

1

1   ("HIPAA").  Though not yet an active feature, by the end of this summer we intend

2   to launch a feature that allows users to file HIPAA grievances directly from the

3   website.[1]  This feature is aimed to crowdsource non-compliant health care providers

4   and empower users to exercise their rights and file complaints using Qpid.me.

5          8.     Qpid.me currently does provide, and always has provided, these

6   services to users free of charge.

7          9.     Qpid.me has spent considerable time, money and effort building

8   and developing its technology platform and website since its founding in September

9   2010.  I would estimate that Qpid.me has spent no less than $300,000 in technology

10  and development alone, which includes payments to employees, consultants and

11  technology vendors.  What began as just a concept aimed to help facilitate the

12  access and shareability of health records, by October 2010, became an operational

13  business and functional website.

14  **DEFENDANT JOHN SCHROM'S EMPLOYMENT TERMS WITH**

15  **QPID.ME**

16         10.    In May 2011, Qpid.me hired defendant John Schrom

17  ("Schrom") as its Technology Lead.  As the Technology Lead, Mr. Schrom was to

18  build and develop Qpid.me's web platform to provide all of the functionality

19  described above.

20         11.    As a condition of his employment, Mr. Schrom was required to,

21  and did, sign a Confidential Information and Invention Assignment Agreement

22  ("Confidentiality Agreement").  A true and correct copy of the Confidentiality

23  Agreement is attached as **Exhibit A**.

24         12.    On December 14, 2011, Mr. Schrom informed me that he

25  wanted to talk about revisiting the terms of his employment with Qpid.me.  Mr.

26  Schrom informed me that he could not continue to work full-time.  He did not tell

27

28  [1] As explained later in this declaration, this was a feature that Mr. Schrom had
    promised to complete, but never did.

2

me that this was because he was going to pursue his own startup company. However, on or about December 17, 2011, I learned from a third party that Mr. Schrom could no longer work full-time because he had been accepted to a technology health care startup incubator (Rock Health) to pursue his own startup company (Epi.md).

13.     I was utterly shocked to find this out, because Mr. Schrom had previously discouraged Qpid.me from applying for Rock Health.  He had also negotiated a $9,000 bonus, which Qpid.me paid to him on November 30, 2012. Although this bonus was intended to compensate Mr. Schrom for his ongoing employment with Qpid.me, Mr. Schrom negotiated and accepted this bonus after he had applied for Rock Health, and just a few weeks before he told me he could no longer work for Qpid.me full-time.  Mr. Schrom has never paid this money back and I would not have paid him the bonus had I known he planned to form his own company.

14.     Though he would be pursuing Epi.md through Rock Health, Mr. Schrom told me that he still needed additional income from Qpid.me because the Rock Health program would not provide him enough money to live and operate. Mr. Schrom convinced me that any commitments to Epi.md and Rock Health would not conflict or interfere with his ability to continue to work for Qpid.me on a part-time basis.  I believed and relied upon Mr. Schrom's representations and had no reason to believe otherwise.  Accordingly, I agreed that Mr. Schrom would continue working for Qpid.me on a part-time basis, but that he would no longer be entitled to any right or interest in equity in the Company.

15.     On January 3, 2012, Qpid.me and Mr. Schrom entered into a Transition Agreement that governed the terms of Mr. Schrom's continuing employment with Qpid.me through the date of his termination.  A true and correct copy of the Transition Agreement is attached as **Exhibit B**.

16.     By entering into the Transition Agreement and retaining Mr.

3

Schrom, I expected Schrom to produce and provide a functional and operational web platform developed and maintained according to Qpid.me's needs.

17.     Section 1 of the Transition Agreement obligated Mr. Schrom to: "(a) provide transition services related to the services and projects that you worked on for the Company. . . and (b) work on certain projects to be mutually agreed upon between you and the Company."

18.     In consideration for these services, Qpid.me paid Mr. Schrom a salary of $4,000 per month, and also paid for Mr. Schrom's premiums under Qpid.me's health plan.

19.     Mr. Schrom and I agreed that he would be responsible for handling and overseeing all of Qpid.me's technologies.  We specifically agreed that Mr. Schrom would continue to build new features for the existing web platform, fix bugs that occurred on the site, and be responsive to any other requests for technology needs, until Qpid.me was able to find a full-time employee to replace him.

20.     Mr. Schrom expressly assured me that he would continue to faithfully and diligently honor all of his commitments under the Transition Agreement, notwithstanding his commitments to Epi.md and Rock Health. Mr. Schrom also expressly acknowledged that the Confidentiality Agreement would remain in full force and effect, and agreed to additional terms to ensure that his work for Qpid.me remained separate and distinct from his other pursuits, and to ensure that all of the proprietary information that he acquired in the course of his work for Qpid.me would remain proprietary to Qpid.me.

## REBUILDING THE QPID.ME PLATFORM FOR THE LOS ANGELES UNIFIED SCHOOL DISTRICT PARTNERSHIP

21.     Beginning in 2011, Qpid.me began pursuing a potential partnership with the Los Angeles Unified School District ("LAUSD"), through which Qpid.me would be introduced to students and used as a tool in health classes

4

throughout the second largest district in the country with hundreds of thousands of students. A partnership with LAUSD presented a pivotal and critical opportunity for Qpid.me to increase its exposure, establish credibility, further its mission of promoting openness and transparency with respect to access to health records and safer sex, and secure additional investors.

22. As early as 2011, I communicated the importance and significance of the LAUSD partnership directly to Mr. Schrom.

23. The partnership with LAUSD began to materialize through the summer of 2012, and a November 26, 2012 launch date was established. At this time, I talked to Mr. Schrom in great detail about the changes to Qpid.me's platform that would be required prior to the launch of the partnership.

24. Seemingly fortuitously, at or around this same time, Mr. Schrom also expressed to me that Epi.md had started to fail, and that he was having problems with Rock Health. He called me and told me that he would be interested in becoming more involved with Qpid.me, potentially on a full-time basis again, and working on the product long-term. While we did not modify his Transition Agreement at this time, I relied on his representations and forwent any efforts to find a full-time employee to replace him.

25. Because of Mr. Schrom's representations, I also entrusted him with responsibility to ensure that the important changes to Qpid.me's platform would be made prior to the launch of the partnership. We specifically agreed that Mr. Schrom would be responsible for building the Clinic Locator for the website, building an iPhone App., and building a feature to crowdsource non-compliant health care providers by allowing users to file HIPAA grievances directly from the website.

26. Mr. Schrom assured me that he was capable of building these new features, and would do so before the scheduled November 26, 2012 launch date. I relied upon Mr. Schrom's representations and continued to pay him and

5

1  trust him to develop and maintain Qpid.me's technologies.

2      27.    In or around September 2012, to accomplish these new

3  developments, Mr. Schrom believed that it was in Qpid.me's best interest to rebuild

4  the entire Qpid.me platform.  I agreed.  The new platform became known as

5  "Version 2".  Mr. Schrom promised to have Version 2 ready by November 26,

6  2012.

7      28.    Beginning in September 2012, Mr. Schrom and I often

8  communicated about the LAUSD partnership and the progress he was making with

9  Version 2.  At all times, Mr. Schrom assured me that he was working diligently,

10  and that Version 2 would be ready by the launch date.  At no time, did Mr. Schrom

11  indicate any possibility that Version 2 would not be completed by the launch date.

12  **MR. SCHROM FAILS TO BUILD VERSION 2 IN TIME FOR THE LAUSD**

13  **PARTNERSHIP LAUNCH**

14      29.    As the November 26, 2012 launch date approached, Mr. Schrom

15  became alarmingly non-responsive and difficult to reach, and for the first time

16  seemed to be trying to back out of the November 26, 2012 launch date.  For

17  example, on November 7, 2012 – less than three weeks from launch – Sean

18  Crockett, a Qpid.me consultant responsible for operations and product

19  management, emailed Mr. Schrom revised wireframes[2] for Version 2 and requested

20  a follow-up response from Mr. Schrom.

21      30.    By November 9, 2012, Mr. Schrom had not responded.

22  Accordingly, on November 9, 2012, I emailed Mr. Schrom and again requested a

23  response, and offered to have a telephone call to discuss.  In that same email I

24  advised that "everything is set for Nov. 26th (the day the teachers can start teaching

25  Qpid.me)!!"

26      31.    By November 13, 2012, Mr. Schrom had still not responded.

27

28  _____

[2] A wireframe is essentially a visual schematic or blueprint of the website.

6

1   Accordingly, I sent him another email asking him "where are we on development"

2   and requesting that he "[p]lease give me an update."

3          32.   Not until November 14, 2012 did Mr. Schrom finally respond.

4   This was one week after we initially tried to contact him to ascertain the status of

5   Version 2, and less than two weeks before the launch date.  In his email response,

6   Mr. Schrom wrote that he was "in the middle of midterms" and "[didn't] have any

7   updates."  He also for the first time questioned whether Version 2 needed to be

8   launched simultaneously with the LAUSD partnership.  While he wrote that he was

9   "confident we can produce a version two in time for the launch", he proposed to

10  "push back a version two launch for a few months."

11         33.   I was shocked upon receiving Mr. Schrom's email.  It was the

12  agreed upon plan for several months to simultaneously launch Version 2 with the

13  LAUSD partnership.  The increased functionality of Version 2, specifically, the

14  Clinic Locator, was essential to the LAUSD partnership.  Indeed, the LAUSD

15  partnership could not consummate without the increased functionality of Version 2.

16  Mr. Schrom knew this and repeatedly provided assurances that Version 2 would be

17  ready in time.  In fact, ensuring that Version 2 was ready in time was Mr. Schrom's

18  principle, if not sole, responsibility, and the reason why Qpid.me continued to pay

19  him $4,000 a month as a part-time employee, and forwent efforts to hire a full-time

20  employee to build Version 2.

21         34.   I immediately responded to Mr. Schrom's email and told him to

22  call me as soon as he completed his test.  I also wrote: "And to be clear, this is one

23  of the most critical points in the company (that I've spent several years and my life

24  savings on) and I want to figure out the best path forward over the phone."

25  Attached as **Exhibit C** is a true and correct copy of the email correspondence from

26  November 7, 2012 through November 14, 2012, described above.

27         35.   On November 16, 2012 – just ten days prior to the launch date –

28  we had a group telephone discussion.  For the first time in this conversation, Mr.

7

1    Schrom said that Version 2 would not be ready by launch date.  However, he

2    promised and represented that the majority of the Version 2 features could be built

3    on top of the Version 1 platform and that an improved version 1 ("Version 1.1")

4    could be ready by November 26, 2012.  Most importantly, Schrom ensured us that

5    the Clinic Locator could be built by that time, as the Clinic Locator was the primary

6    reason that LAUSD wanted to use Qpid.me as a resource in its sex education

7    classes.

8          36.    Everything looked in line with the November 26 launch date,

9    until the night before the launch.  On November 25, 2012 at 4:44 p.m., Mr. Schrom

10   emailed and said, "I'm concerned that we're not going be able to finish before the

11   deadline tomorrow."  Notwithstanding his concerns and the fact that the launch was

12   the very next day, Mr. Schrom wrote that he had to "run over to [his] parents' to

13   deal with some family stuff" and would "be back online later."  Attached as

14   **Exhibit D** is a true and correct copy of this email.

15         37.    By November 26, 2012, Mr. Schrom failed to have Version 2, or

16   a modified Version 1.1, ready.  As a result, the LAUSD partnership did not

17   consummate.

18         38.    This was a huge setback for Qpid.me.  It jeopardized the

19   partnership with LAUSD, ultimately postponing the launch of the partnership six

20   months until May 2013.  In anticipation of the partnership launch, Qpid.me also

21   hired and paid for an additional consultant to help with operations, and was forced

22   to incur those expenses notwithstanding that the partnership did not consummate.

23   Qpid.me also obtained errors and omissions ("E&O") insurance at considerable

24   time, effort and expense solely in anticipation of the November 26, 2012 launch.

25   The missed launch date also significantly hampered Qpid.me's ability to raise

26   money from investors.  The LAUSD partnership, among other things, provided

27   Qpid.me with legitimacy and credibility.  When Qpid.me failed to meet the launch

28   date, its credibility and legitimacy was damaged.  As a result, certain investors

8

1   backed out, and we were unable to raise money from other investors that we

2   anticipated we would be able to secure as a result of the LAUSD partnership.

3   Because of this, I had to make a significant personal capital contribution to the

4   company simply so that it could remain operational for the next six months.

5            **QPID.ME DISCOVERS THAT MR. SCHROM MADE LITTLE OR NO**

6     **EFFORT TO COMPLETE VERSION 2 OR VERSION 1.1 PRIOR TO THE**

7                            **LAUNCH**

8           39.    After the November 26, 2012 launch date lapsed without Mr.

9   Schrom completing Version 2 or Version 1.1, Qpid.me discovered that, contrary to

10  Mr. Schrom's repeated assurances, Mr. Schrom made little or no effort to build

11  Version 2 or Version 1.1 prior the launch date.

12          40.    Mr. Schrom was Qpid.me's lone developer and for the majority

13  of his employment, was the only person with access to Qpid.me's source code.

14  Source code is essentially the foundational programming instruction that creates the

15  website.  Qpid.me's source code was retained in a password protected Git

16  repository hosted by a third-party vendor.  Git is important version control software

17  that developers use to manage source code development.  It is a historical record of

18  every change made to a code base and contains within it a time and date stamp and

19  notes on what was done for every piece of code committed to a project.  Among its

20  other features, this allows one to ascertain when developers are working and when

21  they are not, is integral for purposes of troubleshooting problems that arise, and is

22  foundational for any intellectual property that is created.

23          41.    Because of its importance, Qpid.me took considerable efforts to

24  maintain the secrecy and confidentiality of its source code and Git repository.  For a

25  long period of time only Schrom had access to the Git repository, and after that

26  only a few other Qpid.me employees or consultants involved in programming, all of

27  whom signed confidentiality agreements, had access to its source code.  In addition,

28  we used an encrypted key-based authentication system that is considered stronger

1   than a username and password, to authenticate users with access to our servers.

2         42.    Attached as **Exhibit E** is a true and correct copy of all Git

3   repository entries that Qpid.me recovered for 2012 pertaining to the Qpid.me's web

4   development.[3]  It shows that from October 9, 2012 to November 18, 2009 – *a 31*

5   *day period and just one week prior to the launch date* – Mr. Schrom did not write

6   any code for Qpid.me.  In addition, Mr. Schrom did not write any code from:

7                  •     August 22 to September 20 (29 days);

8                  •     June 30 to July 22 (22 days);

9                  •     July 27 to August 15 (19 days);

10                 •     April 11 to April 19 (18 days); and

11                 •     March 10 to March 28 (18 days).

12        43.    The recovered Git repository further reveals of the 330 days

13  leading up to the November 26, 2012 launch date, Mr. Schrom only committed

14  code on 50 of those days.  In other words, on 280 of the 330 days, or 85% of the

15  days, that Mr. Schrom was paid $4,000 per month to write code, he didn't write any

16  code.  The code that he did write was incredibly minor, and did not come close to

17  providing the functionality required for the LAUSD launch.

18        44.    Mr. Schrom's post-launch date communications and conduct

19  further confirm his indolence and false promises.  After Mr. Schrom missed the

20  November 26, 2012 launch date, he agreed to have Version 1.1 ready the following

21  day. When Version 1.1 was again not ready, he promised that the site would be

22  ready by December 3, 2012, and assured me that Version 1.1 was 95% complete.

23  December 3, 2012 came and went, and again Version 1.1 was not ready.

24        45.    On December 6, 2012, I emailed Mr. Schrom because he had

25  not provided me an update on December 5, 2012, as he was required to do.  Mr.

26  _____

27  [3] This is not the full Git repository, but rather a summary of the commits.  The full

28  Git repository would also contain the underlying source code as reflected at each
point in time in which the source code was altered or modified.

10

1   Schrom's response stated that "I have class and homework all day today, so I can't

2   touch anything today either.  I'll get back to this on Friday."  Attached as **Exhibit F**

3   is a true and correct copy of this email correspondence.

4          46.    On Sunday December 9, 2012, having not received any update

5   from Mr. Schrom, I emailed him again asking him for an update on Version 1.1.

6   Mr. Schrom responded that he was busy with finals and had difficulty with a snow

7   storm, and provided a target completion date of December 31, 2012.  I was again

8   shocked.  I responded to Mr. Schrom:

9          "Please tell me you're kidding about not being ready again.

10         You said you were 95% done with what you needed to almost a

11         month ago...How come it's not done?  Where is the bottleneck

12         now?  Please let me know when you can talk today asap.  I have

13         to figure out what to do now that we've missed another

14         deadline."

15  Attached as **Exhibit G** is a true and correct copy of this email correspondence.

16         47.    Mr. Schrom did not call me that day as I requested.

17  Accordingly, the next day on December 10, 2012, I emailed Mr. Schrom again

18  expressing my dissatisfaction and reiterating that I was dumbfounded by his

19  actions.  Mr. Schrom responded by providing more excuses as to why Version 1.1

20  was not ready, but again reiterated that he was 95% done.  Attached as **Exhibit H** is

21  a true and correct copy of this email correspondence.

22         48.    Finally, on December 13, 2012, I emailed Mr. Schrom again

23  asking for an update, after not receiving a response to several text messages that I

24  sent him.  Mr. Schrom again provided excuses and wrote: "I'm working with the

25  plan of having it done by 12/31, and don't have any time to work on anything right

26  now.  So, I don't have any updates."  Attached as **Exhibit I** is a true and correct

27  copy of this email correspondence.

28         49.    On or about December 15, 2012, Qpid.me terminated Mr.

11

1  Schrom's employment.

2  **MR. SCHROM DELETE'S QPID.ME'S GIT REPOSITORY TO TRY AND**
3  **COVER HIS TRACKS**

4         50.    Beanstalk was the third party vendor that hosted Qpid.me's Git
5  repository.  Through October 31, 2012, Mr. Schrom was the only Qpid.me
6  employee with access to Beanstalk.

7         51.    On October 31, 2012, at my request, Mr. Schrom granted Mr.
8  Crockett access to Beanstalk.  Mr. Crocket signed in to create an account, but did
9  not examine the code.  Several days later, Mr. Crockett attempted to login to
10  Beanstalk, but received a message that his access had been revoked.

11        52.    After Mr. Schrom failed to complete Version 2 or Version 1.1
12  by the November 26, 2012 launch date, despite his repeated assurances, I became
13  concerned that he was not diligently working on building Qpid.me's technology.
14  Accordingly, on December 1, 2012 at 6:34 p.m., I emailed Mr. Schrom to request
15  access to Beanstalk, the company's source code, and all other company accounts.
16  Attached as **Exhibit J** is a true and correct copy of this email.

17        53.    Just a few hours later at 10:44 p.m., Mr. Schrom accessed the
18  Beanstalk master admin account from his personal email account.  This was the
19  first time Mr. Schrom ever accessed Beanstalk from his personal email account.
20  All other times prior and subsequent to this, Mr. Schrom used his Qpid.me email
21  account.  Attached as **Exhibit K** is a true and correct copy of the IP login records
22  for Beanstalk reflecting this.

23        54.    On or about December 3, 2012, Mr. Schrom provided me access
24  to Beanstalk.  However, upon logging in to Beanstalk to examine the Git repository,
25  I realized that the Git repository to which I had access had been modified.
26  Specifically, the Git repository was just a copy of an old repository without any of
27  the history of events or dates associated with the code commits, and no entries
28  before December 2012.

12

1        55.    On December 6, 2012, I emailed Mr. Schrom requesting that he

2 provide me with all access codes with full admin rights so that I could examine the

3 complete Git repository. *See* **Exhibit F**.

4        56.    By December 13, 2012, Mr. Schrom had still not provided me

5 full admin rights to Beanstalk.  Accordingly, I sent him another email requesting

6 that he do so. *See* **Exhibit I**.

7        57.    On December 14, 2012, Mr. Schrom responded and indicated

8 that he would provide me fill admin rights to Beanstalk. *See* **Exhibit I**.

9        58.    On December 17, 2013, I received an email from Beanstalk

10 indicating that between December 2, 2013 and December 4, 2013, Mr. Schrom

11 deleted 3 Git repositories.  December 2, 2013 was the day after I requested access

12 to Beanstalk.  Attached as **Exhibit L** is a true and correct copy of this email.

13        59.    Through December 27, 2013, almost one month after I requested

14 access to Beanstalk, I continued to expend considerable time and effort working

15 with Beanstalk to try and recover the deleted Git repositories.  Finally, on

16 December 27, 2012, Beanstalk was able to recover one deleted Git repository.

17 However, Beanstalk was never able to recover the two other Git repositories deleted

18 by Mr. Schrom.  I do not know what information was retained on the deleted Git

19 repositories.   However, any such information and development progress contained

20 on the unrecovered deleted Git repositories belonged to Qpid.me.  Mr. Schrom was

21 not entitled to delete them, and to the extent he still has such information, is

22 required to return it to Qpid.me.

23        **MR. SCHROM BREAKS QPID.ME'S PLATFORM**

24        60.    Upon learning that Mr. Schrom had deleted and modified

25 Qpid.me's Git repositories, I became concerned that Mr. Schrom would retaliate in

26 similar fashion if he continued to have access to Qpid.me's source code.

27 Accordingly, Qpid.me began moving its source code to new servers that Mr.

28 Schrom could not access.

13

1      61.     On or about December 15, 2012, Mr. Schrom noticed that

2  Qpid.me was switching servers, and sent me an email asking, "[w]hat's going on?"

3  Attached as **Exhibit M** is a true and correct copy of this email.

4      62.     After receiving Mr. Schrom's email, we tried to operate the

5  website and noticed that that it was not functioning.  Specifically, we were unable

6  to: (1) create new requests to health care providers; (2) receive faxes from health

7  care providers; (3) view existing requests made by users; (4) view existing faxes

8  (with results) users had received from health care providers; (5) upload new user

9  profile images; or (6) view existing user-uploaded profile images.

10     63.     In our efforts to trouble shoot the problem, we discovered that

11  Qpid.me was storing user data on Amazon S3 ("S3"), a third party web service

12  provided by Amazon that lets developers store and access data (*e.g.*, images, PDFs,

13  etc...).

14     64.     To configure S3, developers need to create an account on the S3

15  web console and then create a "bucket" (like a folder on a personal computer) that

16  holds the data the developer desires to store.  Developers then install the S3 library

17  into their web applications, which allows data to automatically transfer to and from

18  the S3 bucket as users perform certain actions.  For example, when a user uploads a

19  profile photo to Qpid.me, the photo is automatically sent to S3 for storage, and

20  anytime a user wants to view their profile picture on the Qpid.me website, the photo

21  is retrieved from S3 for viewing.

22     65.     To facilitate the transfer and authentication of data between S3

23  and the Qpid.me website, an Access Key ID is created by Amazon.  The Access

24  Key ID is essentially the password that authorizes the transfers.  Without the

25  Access Key ID, data cannot be transferred between S3 and Qpid.me's website.

26     66.     In our continued trouble shooting efforts, we called Amazon to

27  discuss the functionality problems with the Qpid.me website.  Amazon informed us

28  that the Access Key IDs used by Qpid.me to access the S3 buckets were created by

14

1 Mr. Schrom via a personal account. The Amazon representative further informed
2 us that the Access Key IDs had been deleted or deactivated.

3    67.    In order to delete or deactivate a key, you have to affirmatively
4 click on a "delete" or "make inactive button". Attached as **Exhibit N** is a true and
5 correct copy from the Amazon S3 web console reflecting this.

6    68.    Because Mr. Schrom was the only individual with access to the
7 S3 web service that stored Qpid.me's user data, no one else could have deleted or
8 deactivated the Access Key IDs. In addition, because the account was created by
9 Mr. Schrom personally, Amazon refused to provide Qpid.me access.

10    69.    Mr. Schrom's deletion/deactivation of the Access Key IDs put
11 Qpid.me's website out of service. Qpid.me's web application's primary purpose is
12 to permit users to send record requests and receive their records from health care
13 providers. By deleting/deactivating the Access Key IDs, Mr. Schrom destroyed this
14 functionality.

15    70.    In addition, by deleting/deactivating the Access Key IDs, Mr.
16 Schrom blocked Qpid.me's access to all of its users' records and data that were
17 being stored on S3. Because the account was created by Mr. Schrom under his
18 personal account, and he was the only one with access, neither Qpid.me nor the
19 users could access these records and data.

20    71.    We were unable to restore certain functionality to the website
21 for approximately two weeks and after considerable effort. Even at that point,
22 however, because Mr. Schrom retained the users' confidential data, users were still
23 unable to access their already stored health records. During this time Qpid.me
24 received several complaints from users who were unable to use the website.

25    72.    Mr. Schrom knew and understood the consequences of
26 deleting/deactivating the Access Key IDs. He was the Technology Lead and sole
27 engineer responsible for building and maintaining Qpid.me's platform.

28    73.    To make matters worse, Mr. Schrom failed to return the
15

1    Qpid.me user data that was stored in his personal S3 account for more than one

2    month.  On December 17, 2013, I sent Mr. Schrom a letter formally terminating his

3    employment and requesting the return of all company property.  He did not

4    respond.

5        74.    On December 27, 2013, Qpid.me received an unmarked CD in

6    the mail.  Neither the CD nor the enclosing packaging had Mr. Schrom's name, but

7    the packaging did have an address that corresponded to Mr. Schrom.  The CD was

8    password protected and Qpid.me did not have the password.

9        75.    Upon receiving the CD, I emailed Mr. Schrom requesting that

10   he confirm that the CD was from him, identify what was on the CD, and confirm

11   that the CD did not have any viruses.  Attached as **Exhibit O** is a true and correct

12   copy of this email to Mr. Schrom.  Mr. Schrom did not respond.

13       76.    On January 14, 2013, I re-forwarded Mr. Schrom the email that

14   I sent him on December 17, 2013, requesting that he return all Qpid.me property.

15   Attached as **Exhibit P** is a true and correct copy of this email.  Mr. Schrom did not

16   respond.

17       77.    On January 16, 2013, I emailed Mr. Schrom again requesting

18   that he return all Qpid.me property, and specifically the S3 user data: "only you had

19   access to sensitive user information stored in the Amazon S3 account that you shut

20   off access to (we've confirmed this with Amazon).  I was never given access to the

21   account or knew of its existence.  Please immediately return and or give access to

22   this account."  Attached as **Exhibit Q** is a true and correct copy of this email.

23       78.    Finally, on January 26, 2013, we received a letter from Mr.

24   Schrom.  Though we received the letter on January 26, 2013, the letter was dated

25   December 18, 2012.  Mr. Schrom's letter for the first time identified that the

26   previously sent CD contained the Qpid.me user data that was stored on his personal

27   S3 account, and provided the password necessary to access the data.  Attached as

28   **Exhibit R** is a true and correct copy of this letter.

1  **MR. SCHROM DELETES AND TAMPERS WITH HIS QPID.ME EMAIL**

2  **ACCOUNT**

3          79.     In addition, after his termination, Qpid.me discovered that Mr.

4  Schrom deleted all incoming emails from his Qpid.me email account prior to May

5  16, 2012.  This was Qpid.me company property that Mr. Schrom was not

6  authorized to destroy.

7          80.     The emails that remained in his inbox also appeared to be

8  heavily culled.  Mr. Schrom appears to have deleted hundreds of emails and only

9  left certain select messages.

10  **MR. SCHROM'S CONDUCT HAS CAUSED QPID.ME SIGNIFICANT**

11  **DAMAGES**

12          81.     Because Mr. Schrom made little or no effort to build Version 2,

13  deleted the Git repositories that served as the knowledge base of Qpid.me as it

14  pertained to the development of Version 2, and deactivated the Access Key IDs,

15  Qpid.me had to devote the next six months to trouble shooting and repairing the

16  problems caused by Mr. Schrom and rebuilding the entire website.

17          82.     Specifically, Qpid.me had to retain Damien Leri as a consultant

18  and Jonathan Kawa as Chief Technology officer to build Version 2 of Qpid.me's

19  web platform and complete the engineering and development tasks that Mr. Schrom

20  was supposed to have completed.  Qpid.me also had to redirect Sean Crockett's

21  efforts from operations to development, which required Qpid.me to retain an

22  additional consultant, Stephen "Buddy" Wyrick, at considerable additional expense.

23  None of these additional expenditures would have been incurred had Mr. Schrom

24  fulfilled his contractual obligations to build Version 2.  In essence, Qpid.me paid

25  Mr. Schrom a salary of $4,000 per month, paid for his medical benefits, and

26  incurred payroll tax expenses and liability to do a job that he never did, and then

27  had to pay additional consultants and employees to do the same job all over again.

28          83.     Mr. Schrom's conduct also postponed the LAUSD launch for

17

the exact same functionality as Qpid.me: "1) A patient goes to a site and selects the name of their provider, clinic or hospital [;] 2) A patient fills in identifying information (name, date of birth) [;] 3) A patient digitally signs the clinic's HIPAA authorization form [;] 4) The site faxes and mails (if necessary) the authorization form to the clinic [;] 5) The clinic responds via fax, mail or website upload. If the clinic requires payment, the site can facilitate that process [;] 5b) If the clinic doesn't respond, the site automatically completes a HIPAA complaint on behalf of the patient." Attached as **Exhibit S** is a true and correct copy of this article.

88.     Prior to this time, Qpid.me had never announced its design concept and strategy to crowdsource non-compliant health care providers by generating HIPAA complaints directly from the website. As far as I am aware, that was a novel concept no one had previously announced or developed whether as an independent function, or as part of an integrated web platform, like Qpid.me, that combined the capability to both access health records and police non-compliance.

89.     This is a development concept and platform that materialized through my considerable time and effort, and based on my substantial industry knowledge and direct work on the operational side of Qpid.me. From the time I founded Qpid.me until October 2012, I was responsible for processing the users' requests for their medical records, and working with them to address any problems that arose. One of the primary problems I realized in my experience is that medical providers would rather err on the side of not sharing information in the interest of preserving patients' privacy rights and to avoid violating HIPAA's terms. In so doing, however, they at times unduly restricted and impaired patients' access to their records.

90.     It is from this experience and realization that I came up with the concept to allow users to file HIPAA grievances directly from Qpid.me's website. By giving the users the ready capability to file a complaint without much additional effort, and through increased use and awareness of this function, I am hopeful that

19

1  health care providers will be encouraged to better understand their rights and

2  obligations under HIPAA, which in turn will improve the overall accessibility of

3  health records.

4        91.    I believe that the added function to crowdsource non-compliant

5  health care providers by generating HIPAA complaints directly from the website is

6  a feature that distinguishes Qpid.me from any other platform in the industry.  This

7  functionality also provides a platform for Qpid.me to expand its business platform

8  beyond providing users with access to the health records, and ultimately provide a

9  source of income.  For example, the function provides an opportunity for Qpid.me

10  to develop products and services for healthcare providers, which will provide

11  significant revenue opportunities to Qpid.me. Additionally, this functionality may

12  lead to grants and other funding from entities or investors interested in policing

13  HIPAA compliance.

14        92.    Qpid.me and its consultants and employees who were apprised

15  of this concept, all of whom signed Confidentiality Agreements, were expressly

16  advised not to disclose this concept to anyone until Qpid.me had built a functional

17  Clinic Locator.  However, in breach of that agreement and his Confidentiality

18  Agreement, Mr. Schrom disclosed this information to the world.

19        93.    Moreover, Mr. Schrom's Hacking HIPAA article gives Mr.

20  Schrom and his company, Epi.md, with credit for Qpid.me's proprietary business

21  platform:  "And staying true to the vision of Epi.md, a patient's clinical information

22  isn't what defines who they are.  So, the site will slowly expand to take in

23  additional data that's relevant to a person's well-being."  *See* **Exhibit S**.

24  This directly evidences that Mr. Schrom was competing with Qpid.me through

25  Epi.md, and using Qpid.me's proprietary business platform to do so, in direct

26  breach of Section 4 of the Transition Agreement.

27        94.    I was upset upon seeing Mr. Schrom's article, and did not

28  compliment him in August 2012 as he represents.  On January 29, 2013, I wrote

1   Mr. Schrom an email requesting that he remove the Hacking HIPAA blog post

2   pursuant to his Confidentiality Agreement.  Attached as **Exhibit T** is a true and

3   correct copy of this email.

4          95.    Mr. Schrom indeed removed the blog post for an approximate

5   two month period.  However, he subsequently put the blog post back up after we

6   filed this lawsuit.

7          96.    I am informed and believe that Mr. Schrom is still competing

8   and or intending to compete with Qpid.me through Epi.md or another endeavor,

9   and will use Qpid.me's proprietary and confidential information to do so.

10         97.    Mr. Schrom's conduct has caused me a lot of distress.  I've

11  devoted my life to Qpid.me since its founding and have made a substantial personal

12  financial investment to make it a success.  I trusted Mr. Schrom with the

13  development and maintenance of Qpid.me's most valuable asset – its technology.  I

14  am now forced to conclude that Schrom took advantage of me, lied to me, and

15  never intended to keep any of his promises, so that he could take Qpid.me's money

16  and use Qpid.me's confidential and proprietary information to hurt Qpid.me with a

17  competing business to enrich himself.

18      I declare under penalty of perjury under the laws of the United States of

19  America that the foregoing is true and correct.

20      Executed on June 24, 2013 at Los Angeles, California.

21

22  _____

23                  Ramin Bastani

24

25  309418325.1

26

27

28

21