# Exhibit A

# QPID.ME, INC.

## CONFIDENTIAL INFORMATION AND
## INVENTION ASSIGNMENT AGREEMENT

*Employee Name:* John Schrom

*Effective Date:* _____

     As a condition of my becoming employed (or my employment being continued) by Qpid.me, Inc., a Delaware corporation, or any of its current or future subsidiaries, affiliates, successors or assigns (collectively, the "Company"), and in consideration of my employment with the Company and my receipt of the compensation now and hereafter paid to me by the Company, I agree to the following:

    1.    **Relationship.** This Agreement will apply to my employment relationship with the Company. If that relationship ends and the Company, within a year thereafter, either reemploys me or engages me as a consultant, I agree that this Agreement will also apply to such later employment or consulting relationship, unless the Company and I otherwise agree in writing. Any such employment or consulting relationship between the Company and me, whether commenced prior to, upon or after the date of this Agreement, is referred to herein as the "Relationship."

    2.    **Duties.** I will perform for the Company such duties as may be designated by the Company from time to time or that are otherwise within the scope of the Relationship and not contrary to instructions from the Company. During the Relationship, I will devote my entire best business efforts to the interests of the Company and will not engage in other employment or in any activities detrimental to the best interests of the Company without the prior written consent of the Company.

    3.    **Confidential Information.**

        (a)    **Protection of Information.** I understand that during the Relationship, the Company intends to provide me with information, including Confidential Information (as defined below), without which I would not be able to perform my duties to the Company. I agree, at all times during the term of the Relationship and thereafter, to hold in strictest confidence, and not to use, except for the benefit of the Company to the extent necessary to perform my obligations to the Company under the Relationship, and not to disclose to any person, firm, corporation or other entity, without written authorization from the Company in each instance, any Confidential Information that I obtain, access or create during the term of the Relationship, whether or not during working hours, until such Confidential Information becomes publicly and widely known and made generally available through no wrongful act of mine or of others who were under confidentiality obligations as to the item or items involved. I further agree not to make copies of such Confidential Information except as authorized by the Company.

        (b)    **Confidential Information.** I understand that "Confidential Information" means information and physical material not generally known or available outside the Company

and information and physical material entrusted to the Company in confidence by third parties. Confidential Information includes, without limitation:  (i) Company Inventions (as defined below); (ii) technical data, trade secrets, know-how, research, product or service ideas or plans, software codes and designs, developments, inventions, laboratory notebooks, processes, formulas, techniques, biological materials, mask works, engineering designs and drawings, hardware configuration information, lists of, or information relating to, employees and consultants of the Company (including, but not limited to, the names, contact information, jobs, compensation, and expertise of such employees and consultants), lists of, or information relating to, suppliers and customers (including, but not limited to, customers of the Company on whom I called or with whom I became acquainted during the Relationship), price lists, pricing methodologies, cost data, market share data, marketing plans, licenses, contract information, business plans, financial forecasts, historical financial data, budgets or other business information disclosed to me by the Company either directly or indirectly, whether in writing, electronically, orally, or by observation.

       (c)    **Third Party Information.**  My agreements in this Section 3 are intended to be for the benefit of the Company and any third party that has entrusted information or physical material to the Company in confidence.

       (d)    **Other Rights.**  This Agreement is intended to supplement, and not to supersede, any rights the Company may have in law or equity with respect to the protection of trade secrets or confidential or proprietary information.

4.    **Ownership of Inventions.**

       (a)    **Inventions Retained and Licensed.**  I have attached hereto, as <u>Exhibit A</u>, a complete list describing with particularity all Inventions (as defined below) that, as of the Effective Date, belong solely to me or belong to me jointly with others, and that relate in any way to any of the Company's actual or proposed businesses, products, services, or research and development, and which are not assigned to the Company hereunder; or, if no such list is attached, I represent that there are no such Inventions at the time of signing this Agreement.

       (b)    **Use or Incorporation of Inventions.**  If in the course of the Relationship, I use or incorporate into a product, process or machine any Invention not covered by Section 4(d) of this Agreement in which I have an interest, I will promptly so inform the Company.  Whether or not I give such notice, I hereby irrevocably grant to the Company a nonexclusive, fully paid-up, royalty-free, assumable, perpetual, worldwide license, with right to transfer and to sublicense, to practice and exploit such Invention and to make, have made, copy, modify, make derivative works of, use, sell, import, and otherwise distribute such Invention under all applicable intellectual property laws without restriction of any kind.

       (c)    **Inventions.**  I understand that "<u>Inventions</u>" means discoveries, developments, concepts, designs, ideas, know how, improvements, inventions, trade secrets and/or original works of authorship, whether or not patentable, copyrightable or otherwise legally protectable.  I understand this includes, but is not limited to, any new product, machine, article of manufacture, biological material, method, procedure, process, technique, use, equipment, device, apparatus, system, compound, formulation, composition of matter, design or

configuration of any kind, or any improvement thereon. I understand that "Company Inventions" means any and all Inventions that I may solely or jointly author, discover, develop, conceive, or reduce to practice during the period of the Relationship, except as otherwise provided in Section 4(g) below.

(d)     **Assignment of Company Inventions.**  I agree that I will promptly make full written disclosure to the Company, will hold in trust for the sole right and benefit of the Company, and hereby assign to the Company, or its designee, all my right, title and interest throughout the world in and to any and all Company Inventions and all patent, copyright, trademark, trade secret and other intellectual property rights therein. I further acknowledge that all Company Inventions that are made by me (solely or jointly with others) within the scope of and during the period of the Relationship are "works made for hire" (to the greatest extent permitted by applicable law) and are compensated by my salary. I hereby waive and irrevocably quitclaim to the Company or its designee any and all claims, of any nature whatsoever, that I now have or may hereafter have for infringement of any and all Company Inventions.

(e)     **Maintenance of Records.**  I agree to keep and maintain adequate and current written records of all Company Inventions made or conceived by me (solely or jointly with others) during the term of the Relationship. The records may be in the form of notes, sketches, drawings, flow charts, electronic data or recordings, laboratory notebooks, or any other format. The records will be available to and remain the sole property of the Company at all times. I agree not to remove such records from the Company's place of business except as expressly permitted by Company policy which may, from time to time, be revised at the sole election of the Company for the purpose of furthering the Company's business. I agree to deliver all such records (including any copies thereof) to the Company at the time of termination of the Relationship as provided for in Sections 5 and 6.

(f)     **Patent and Copyright Rights.**  I agree to assist the Company, or its designee, at its expense, in every proper way to secure the Company's, or its designee's, rights in the Company Inventions and any copyrights, patents, trademarks, mask work rights, moral rights, or other intellectual property rights relating thereto in any and all countries, including the disclosure to the Company or its designee of all pertinent information and data with respect thereto, the execution of all applications, specifications, oaths, assignments, recordations, and all other instruments which the Company or its designee shall deem necessary in order to apply for, obtain, maintain and transfer such rights, or if not transferable, waive such rights, and in order to assign and convey to the Company or its designee, and any successors, assigns and nominees the sole and exclusive right, title and interest in and to such Company Inventions, and any copyrights, patents, mask work rights or other intellectual property rights relating thereto. I further agree that my obligation to execute or cause to be executed, when it is in my power to do so, any such instrument or papers shall continue during and at all times after the end of the Relationship and until the expiration of the last such intellectual property right to expire in any country of the world. I hereby irrevocably designate and appoint the Company and its duly authorized officers and agents as my agent and attorney-in-fact, to act for and in my behalf and stead to execute and file any such instruments and papers and to do all other lawfully permitted acts to further the application for, prosecution, issuance, maintenance or transfer of letters patent, copyright, mask work and other registrations related to such Company Inventions. This power of attorney is coupled with an interest and shall not be affected by my subsequent incapacity.

(g) **Exception to Assignments.** I understand that the Company Inventions will not include, and the provisions of this Agreement requiring assignment of inventions to the Company do not apply to, any invention which qualifies fully for exclusion under the provisions of applicable state law, if any, attached hereto as Exhibit B. In order to assist in the determination of which inventions qualify for such exclusion, I will advise the Company promptly in writing, during and after the term of the Relationship, of all Inventions solely or jointly conceived or developed or reduced to practice by me during the period of the Relationship.

5. **Company Property; Returning Company Documents.** I acknowledge and agree that I have no expectation of privacy with respect to the Company's telecommunications, networking or information processing systems (including, without limitation, files, e-mail messages, and voice messages) and that my activity and any files or messages on or using any of those systems may be monitored at any time without notice. I further agree that any property situated on the Company's premises and owned by the Company, including disks and other storage media, filing cabinets or other work areas, is subject to inspection by Company personnel at any time with or without notice. I agree that, at the time of termination of the Relationship, I will deliver to the Company (and will not keep in my possession, recreate or deliver to anyone else) any and all devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings, blueprints, sketches, laboratory notebooks, materials, flow charts, equipment, other documents or property, or reproductions of any of the aforementioned items developed by me pursuant to the Relationship or otherwise belonging to the Company, its successors or assigns.

6. **Termination Certification.** In the event of the termination of the Relationship, I agree to sign and deliver the "Termination Certification" attached hereto as Exhibit C; however, my failure to sign and deliver the Termination Certification shall in no way diminish my continuing obligations under this Agreement.

7. **Notice to Third Parties.** I agree that during the periods of time during which I am restricted in taking certain actions by the terms of this Agreement (the "Restriction Period"), I shall inform any entity or person with whom I may seek to enter into a business relationship (whether as an owner, employee, independent contractor, or otherwise) of my contractual obligations under this Agreement. I also understand and agree that the Company may, with or without prior notice to me and during or after the term of the Relationship, notify third parties of my agreements and obligations under this Agreement. I further agree that, upon written request by the Company, I will respond to the Company in writing regarding the status of my employment or proposed employment with any party during the Restriction Period.

8. **Solicitation of Employees, Consultants and Other Parties.** As described above, I acknowledge and agree that the Company's Confidential Information includes information relating to the Company's employees, consultants, customers and others, and that I will not use or disclose such Confidential Information except as authorized by the Company. I further agree as follows:

(a) **Employees, Consultants.** I agree that during the term of the Relationship, and for a period of twelve (12) months immediately following the termination of the

Relationship for any reason, whether with or without cause, I shall not either directly or indirectly solicit, induce, recruit or encourage any of the Company's employees or consultants to terminate their relationship with the Company, or attempt to solicit, induce, recruit, encourage or take away employees or consultants of the Company, either for myself or for any other person or entity.

(b) **Other Parties.** I agree that during the term of the Relationship, and for a period of twelve (12) months immediately following the termination of the Relationship for any reason, whether with or without cause, I shall not use any Confidential Information of the Company to negatively influence any of the Company's clients or customers from purchasing Company products or services or to solicit or influence or attempt to influence any client, customer or other person either directly or indirectly, to direct any purchase of products and/or services to any person, firm, corporation, institution or other entity in competition with the business of the Company.

9. **At-Will Relationship.** I understand and acknowledge that, except as may be otherwise explicitly provided in a separate written agreement between the Company and me, my Relationship with the Company is and shall continue to be at-will, as defined under applicable law, meaning that either I or the Company may terminate the Relationship at any time for any reason or no reason, without further obligation or liability, other than those provisions of this Agreement that explicitly survive the termination of the Relationship.

10. **Representations and Covenants.**

(a) **Facilitation of Agreement.** I agree to execute promptly, both during and after the end of the Relationship, any proper oath, and to verify any proper document, required to carry out the terms of this Agreement, upon the Company's written request to do so.

(b) **No Conflicts.** I represent that my performance of all the terms of this Agreement does not and will not breach any agreement I have entered into, or will enter into, with any third party, including without limitation any agreement to keep in confidence proprietary information or materials acquired by me in confidence or in trust prior to or during the Relationship. I will not disclose to the Company or use any inventions, confidential or non-public proprietary information or material belonging to any previous client, employer or any other party. I will not induce the Company to use any inventions, confidential or non-public proprietary information, or material belonging to any previous client, employer or any other party. I acknowledge and agree that I have listed on Exhibit A all agreements (*e.g.,* non-competition agreements, non-solicitation of customers agreements, non-solicitation of employees agreements, confidentiality agreements, inventions agreements, etc.), if any, with a current or former client, employer, or any other person or entity, that may restrict my ability to accept employment with the Company or my ability to recruit or engage customers or service providers on behalf of the Company, or otherwise relate to or restrict my ability to perform my duties for the Company or any obligation I may have to the Company. I agree not to enter into any written or oral agreement that conflicts with the provisions of this Agreement.

(c)     **Voluntary Execution.**  I certify and acknowledge that I have carefully read all of the provisions of this Agreement, that I understand and have voluntarily accepted such provisions, and that I will fully and faithfully comply with such provisions.

11.     **General Provisions.**

(a)     **Governing Law.**  The validity, interpretation, construction and performance of this Agreement shall be governed by the laws of the State of California, without giving effect to the principles of conflict of laws.

(b)     **Entire Agreement.**  This Agreement sets forth the entire agreement and understanding between the Company and me relating to its subject matter and merges all prior discussions between us.  No amendment to this Agreement will be effective unless in writing signed by both parties to this Agreement.  The Company shall not be deemed hereby to have waived any rights or remedies it may have in law or equity, nor to have given any authorizations or waived any of its rights under this Agreement, unless, and only to the extent, it does so by a specific writing signed by a duly authorized officer of the Company, it being understood that, even if I am an officer of the Company, I will not have authority to give any such authorizations or waivers for the Company under this Agreement without specific approval by the Board of Directors.  Any subsequent change or changes in my duties, obligations, rights or compensation will not affect the validity or scope of this Agreement.

(c)     **Severability.**  If one or more of the provisions in this Agreement are deemed void or unenforceable to any extent in any context, such provisions shall nevertheless be enforced to the fullest extent allowed by law in that and other contexts, and the validity and force of the remainder of this Agreement shall not be affected.  The Company and I have attempted to limit my right to use, maintain and disclose the Company's Confidential Information, and to limit my right to solicit employees and customers only to the extent necessary to protect the Company from unfair competition.  Should a court of competent jurisdiction determine that the scope of the covenants contained in Section 8 exceeds the maximum restrictiveness such court deems reasonable and enforceable, the parties intend that the court should reform, modify and enforce the provision to such narrower scope as it determines to be reasonable and enforceable under the circumstances existing at that time.

(d)     **Successors and Assigns.**  This Agreement will be binding upon my heirs, executors, administrators and other legal representatives, and my successors and assigns, and will be for the benefit of the Company, its successors, and its assigns.

(e)     **Remedies.**  I acknowledge and agree that violation of this Agreement by me may cause the Company irreparable harm, and therefore agree that the Company will be entitled to seek extraordinary relief in court, including, but not limited to, temporary restraining orders, preliminary injunctions and permanent injunctions without the necessity of posting a bond or other security (or, where such a bond or security is required, I agree that a $1,000 bond will be adequate), in addition to and without prejudice to any other rights or remedies that the Company may have for a breach of this Agreement.

(f)   **Advice of Counsel.**  I ACKNOWLEDGE THAT, IN EXECUTING THIS AGREEMENT, I HAVE HAD THE OPPORTUNITY TO SEEK THE ADVICE OF INDEPENDENT LEGAL COUNSEL, AND I HAVE READ AND UNDERSTOOD ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT.  THIS AGREEMENT SHALL NOT BE CONSTRUED AGAINST ANY PARTY BY REASON OF THE DRAFTING OR PREPARATION HEREOF.

*[Signature Page Follows]*

The parties have executed this Agreement on the respective dates set forth below, to be effective as of the Effective Date first above written.

**THE COMPANY:**

QPID.ME, INC.

By: _____
(Signature)

Name:  Ramin A. Bastani
Title:  CEO

Address:
Post Office Box 480131
Los Angeles, California 90048

Date: _____5_/_11_/_11_____

**EMPLOYEE:**

JOHN SCHROM

_____
(Signature)

Address:
Post Office Box 80013
Minneapolis, Minnesota  55408

Date: _____

The parties have executed this Agreement on the respective dates set forth below, to be effective as of the Effective Date first above written.

**THE COMPANY:**

QPID.ME, INC.

By:_____
             (Signature)

Name:  Ramin A. Bastani
Title:  CEO

Address:
Post Office Box 480131
Los Angeles, California 90048

Date:_____

**EMPLOYEE:**

JOHN SCHROM

_____
(Signature)

Address:
Post Office Box 80013
Minneapolis, Minnesota  55408

Date:___5/3/2011_____

**EXHIBIT A**

**LIST OF PRIOR INVENTIONS**
**AND ORIGINAL WORKS OF AUTHORSHIP**
**EXCLUDED UNDER SECTION 4(a)**

| Title | Date | Identifying Number or Brief Description |
|-------|------|----------------------------------------|
| Epicenter | 3/2011 | Population management and visualization tool for medical providers and administration. |

____  No inventions, improvements, or original works of authorship

____  Additional sheets attached

Signature of Employee: _John Sch_____

Print Name of Employee:  JOHN SCHROM

Date: _5/31/2011_____

OHS West:260000133.1

## EXHIBIT B

Section 2870 of the California Labor Code is as follows:

(a)     Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information except for those inventions that either:

(1)     Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or

(2)     Result from any work performed by the employee for the employer.

(b)     To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a), the provision is against the public policy of this state and is unenforceable.

## EXHIBIT C

### TERMINATION CERTIFICATION

This is to certify that I do not have in my possession, nor have I failed to return, any devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings, blueprints, sketches, laboratory notebooks, flow charts, materials, equipment, other documents or property, or copies or reproductions of any aforementioned items belonging to Qpid.me, Inc., a Delaware corporation, its subsidiaries, affiliates, successors or assigns (collectively, the "Company").

I further certify that I have complied with all the terms of the Company's Confidential Information and Invention Assignment Agreement signed by me, including the reporting of any Inventions (as defined therein), conceived or made by me (solely or jointly with others) covered by that agreement, and I acknowledge my continuing obligations under that agreement.

I further agree that, in compliance with the Confidential Information and Invention Assignment Agreement, I will preserve as confidential all trade secrets, confidential knowledge, data or other proprietary information relating to products, processes, know-how, designs, formulas, developmental or experimental work, computer programs, data bases, other original works of authorship, customer lists, business plans, financial information or other subject matter pertaining to any business of the Company or any of its employees, clients, consultants or licensees.

I further agree that for twelve (12) months from the date of this Certification, I shall not either directly or indirectly solicit, induce, recruit or encourage any of the Company's employees or consultants to terminate their relationship with the Company, or attempt to solicit, induce, recruit, encourage or take away employees or consultants of the Company, either for myself or for any other person or entity.

Further, I agree that for twelve (12) months from the date of this Certification, I shall not use any Confidential Information of the Company to negatively influence any of the Company's clients or customers from purchasing Company products or services or to solicit or influence or attempt to influence any client, customer or other person either directly or indirectly, to direct any purchase of products and/or services to any person, firm, corporation, institution or other entity in competition with the business of the Company.

Date:_____          **EMPLOYEE:**

                                       JOHN SCHROM


                                       _____
                                       (Signature)

OHS West:260000133.1

# Exhibit B

**QPID.ME, INC.**
P.O. Box 480131
Los Angeles, CA  90048

December 30, 2011

John Schrom

Dear John:

Qpid.me, Inc., a Delaware corporation (the "Company"), and you have mutually agreed to the terms of employment set forth in this letter agreement (the "Transition Agreement"), effective as of January 1, 2012 (the "Effective Date").  The Transition Agreement will supersede and replace the offer letter between you and the Company dated as of May 10, 2011 in its entirety (the "Offer Letter").

1.   **Position.**  You will work on a part-time schedule to be mutually agreed upon between you and the Company's CEO to (a) provide transition services related to the services and projects that you worked on for the Company, including (without limitation) answering questions and providing information and documentation with respect to your services and projects, and (b) work on certain projects to be mutually agreed upon between you and the Company.  By signing this letter, you confirm with the Company that you are under no contractual or other legal obligations that would prohibit you from performing your duties with the Company.  You acknowledge and agree that your services for the Company will not conflict with any other agreement that you have signed with another entity or person and that you will not enter into any agreement that conflicts with this Transition Agreement or prohibits you from providing service to the Company.

2.   **Compensation and Employee Benefits.**  You will be paid a salary at the rate of $4,000 per month, payable on the Company's regular payroll dates.  The Company will continue to pay your premium under the Company's health plan.

3.   **Equity.**  The Company's Board of Directors has approved for you a right to purchase 1,000,000 shares of the Company's Common Stock (the "Shares") subject to a four-year vesting schedule, with the first 25% of the Shares becoming vested on July 13, 2012, if you continue providing service to the Company until such date.  As of the date of this Transition Agreement, you have not purchased any of the Shares.  Even if you had purchased the Shares, you acknowledge and agree that you would not be vested in any of the Shares as of the Effective Date and you would not become vested in the first 25% of the Shares until July 13, 2012.  You hereby agree that you will not purchase the Shares and that you do not and will not have any rights or interests in any of the Company's capital stock, including (without limitation) the Shares, any other shares of the Company's Common Stock or any option to purchase shares of the Company's Common Stock.

4.   **Confidential Information and Invention Assignment Agreement.**  You have signed the Company's Confidential Information and Invention Assignment Agreement (the

OHSWEST:261423011.4

"CIIAA"), which remains in full force and effect and a copy of which has been attached as Exhibit A. All terms not defined herein are as defined in the CIIAA. You acknowledge and agree that you have complied with and will continue to comply with the terms and conditions of the CIIAA.

You represent and warrant that epi.md, including (without limitation) its business and anticipated business, is not related to and does not conflict with and is not competitive with the Company, including (without limitation) its business and anticipated business. You represent and warrant that except for the benefit of the Company and solely to the extent necessary to perform your obligations to the Company, you did not and will not use any of the Company's Confidential Information or Inventions, including (without limitation) no use of such Confidential Information and Inventions in connection with epi.md or Rock Health or your services related to or on the behalf of epi.md, Rock Health or any other business.

You acknowledge and agree that as you provided service to the Company prior to the Effective Date and continue to provide service to the Company on and after the Effective Date, you have taken and will take all action necessary to ensure that all Company Inventions belong to the Company and that you will continue to comply with Section 4 of the CIIAA, including the requirement to assign all Company Inventions to the Company and to assist the Company secure its rights in all Company Inventions.

You agree that while you are providing services to the Company, you will not engage in any of the following: you will not provide services to the Company at the same time that you are working for another person or entity (including, without limitation, epi.md or Rock Health); you will not provide services to the Company from another person or entity's worksite (including, without limitation, the offices of epi.md or Rock Health); you will not provide services to any other person or entity (including, without limitation, for your own benefit or for the benefit of epi.md or Rock Health) that relates to the Company's business or actual or demonstrably anticipated research or development; and you will not use equipment, supplies, facilities, confidential information or trade secret of another person or entity (including, without limitation, epi.md or Rock Health). For example, if you are working for epi.md or Rock Health from 9:00 am to 5:00 pm PST, then such work should not be related to the Company's business or actual or demonstrably anticipated research or development, you will work for the Company following 5:00 pm PST at a location other than the epi.md or Rock Health office and you will not use a laptop belonging to epi.md or Rock Health.

5.    **Employment Relationship.** Employment with the Company is for no specific period of time. Your employment with the Company will be "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause or notice. Any contrary representations that may have been made to you are superseded by this offer. This is the full and complete agreement between you and the Company on this term. Although your job duties, title, compensation and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express written agreement signed by you and the Company's CEO. You acknowledge and agree that upon your termination of employment by the Company or your resignation from employment with the Company, you will not be eligible to receive any severance payment or benefit.

6.　　**Outside Activities.** Other than epi.md and Rock Health, you agree that you will inform the Company's CEO of any other employment, consulting or other business activity in writing, but you do not need to obtain the consent of the Company's CEO to engage in such activities.  In addition, while you render services to the Company, you have not and will not assist any person or entity in competing with the Company, in preparing to compete with the Company or in hiring any employees or consultants of the Company.

7.　　**Withholding Taxes.**  All forms of compensation referred to in this letter are subject to applicable withholding and payroll taxes.

8.　　**Entire Agreement.**  This Transition Agreement supersedes and replaces any prior understandings or agreements, whether oral, written or implied, between you and the Company regarding the matters described in this Transition Agreement, including (without limitation) the Offer Letter.

*[Signature Page Follows]*

If you wish to accept this offer, please sign and date the enclosed duplicate original of this letter and return it to me.

Very truly yours,

QPID.ME, INC.

By: _____   1/3/12
(Signature)

Name:  Ramin Bastani
Title:    CEO

ACCEPTED AND AGREED:

John Schrom
(PRINT EMPLOYEE NAME)

_____
(Signature)

1/3/2012
Date

OHSWEST:261422011.4

## EXHIBIT A

**Confidential Information and Invention Assignment Agreement**

# Exhibit C



Ramin Bastani <ramin@qpid.me>

## Revised Wireframes

5 messages

---

**Sean Crockett** <sean@qpid.me>                    Wed, Nov 7, 2012 at 9:04 AM
To: Ramin Bastani <ramin@qpid.me>, John Schrom <john@qpid.me>, Tony
Webster <tonywebster@gmail.com>

Hey guys,

Great call yesterday! Per our convo, I'm attaching the revised wireframes.

Please review these and let me know if anything is missing or misinterpreted. I left
my notes from the call at Ramin's house -- so everything in here is based 100% on
memory.

Thanks!
Sean


--
Sean Crockett
www.Qpid.me
Spread the Love, Nothing Else!

T:   @QpidMe
F:   Facebook
P:   623-3-QPIDME (623-377-4363)

---

📄 **Qpid.me - Web Wireframes.pdf**
9546K

---

**Ramin Bastani** <ramin@qpid.me>                    Fri, Nov 9, 2012 at 7:21 AM
To: Sean Crockett <sean@qpid.me>
Cc: John Schrom <john@qpid.me>, Tony Webster <tonywebster@gmail.com>

John and Tony --- do the wireframes look accurate to what's been discussed?

Do we need a call to discuss or are you already starting to build?

I spent time with our LAUSD contact and everything is set for Nov. 26th (the day the teachers can start teaching Qpid.me)!!

I'm in meetings until 4pm (PST) today in Palo Alto - so we can talk after if needed. Lmk.

[Quoted text hidden]
--
Ramin Bastani
www.Qpid.me
Spread the Love, Nothing Else!

T:  @QpidMe
F:  Facebook
P:  623-3-QPIDME (623-377-4363)

---

**Ramin Bastani** <ramin@qpid.me>                    Tue, Nov 13, 2012 at 8:43 PM
To: Sean Crockett <sean@qpid.me>
Cc: John Schrom <john@qpid.me>, Tony Webster <tonywebster@gmail.com>

John and Tony --- where are we on development??  Please give me an update.
[Quoted text hidden]
--
Ramin Bastani
Qpid.me, Inc.
Spread the Love, Nothing Else!

T:  @QpidMe
F:  Facebook
P:  310-925-6220

---

**John Schrom** <john@qpid.me>                       Wed, Nov 14, 2012 at 6:34 AM
To: Ramin Bastani <ramin@qpid.me>
Cc: Sean Crockett <sean@qpid.me>, Tony Webster <tonywebster@gmail.com>

Hey-- I'm in the middle of midterms (on my way to my first one right now) and, as discussed, need to be focused on studying until the end of the day today.  So, I don't have any updates.

I was thinking on the plane... is there a reason why we need to launch version two

with the LAUSD launch?  Are there specific features that LAUSD requires that the current site doesn't meet (e.g., clinic locator, text your zip code and get clinics)?
 I'm confident we can produce a version two in time for the launch, but at this point it would be at the expense of testing... meaning there will be bugs and some incomplete features.  I'm wondering if it makes sense to further focus down to make sure the current version has exactly what LAUSD needs, and then push back a version two launch for a few months.  This also might make sense if you are planning on imminently hiring a CTO, and that I'm not filling that position -- If I were them, I would like to be involved in the planning process, and not walk in to a new web service that I'm now responsible for directing the development of.

The need for completely restructuring the data base and user flows comes more from implementing NPIs, messaging, and a few other features.  If those can be put off until after the launch, we can pretty easily add other functionality.

Let me know!
John
[Quoted text hidden]

---

**Ramin Bastani** <ramin@qpid.me>                          Wed, Nov 14, 2012 at 7:16 AM
To: John Schrom <john@qpid.me>
Cc: Sean Crockett <sean@qpid.me>, Tony Webster <tonywebster@gmail.com>

John, call me when you're done with your test.

And to be clear, this is one of the most critical points in the company (that I've spent several years and my life savings on) and I want to figure out the best path forward over the phone.

Good luck on your test.
[Quoted text hidden]

# Exhibit D

Sean

--

Sean Crockett
Qpid.me, Inc.

m: 415.509.7045
q: Qpid.me Profile - check my STD status!
Twitter | Facebook

---

**Sean Crockett** <sean@qpid.me>                 Sun, Nov 25, 2012 at 3:43 PM
To: Tony Webster <tonywebster@gmail.com>, John Schrom <john@qpid.me>
Cc: Ramin Bastani <ramin@qpid.me>

Hey guys,

We just added the following things to the dropbox folder:

- FAQ (users)
- How to share from your phone copy
- images for how to share from your phone.

Please let us know what we're missing and/or what we can help you with. Also
please let us know when you're free for a call.

Thanks!
Sean
[Quoted text hidden]

---

**John Schrom** <john@qpid.me>                 Sun, Nov 25, 2012 at 4:44 PM
To: Sean Crockett <sean@qpid.me>
Cc: Tony Webster <tonywebster@gmail.com>, Ramin Bastani <ramin@qpid.me>

Hi Sean and Ramin,

Thanks for the update -- so is all of the copy in and final?

We're working off the new server, and so pieces are being put together at:
http://q1.qpid.me.  You can see the homepage right now, most of the registration
is hooked up but isn't completed.  The population-specific SMS commands are live
in staging.

I'm concerned that we're not going to be able to finish before the deadline tomorrow.  I didn't realize there would be so many changes and late finalizations (I think your last email said there's still more coming?), so it's really difficult to hit a moving target.

I have to run over to my parents' to deal with some family stuff, but I'll be back online later.  When is the absolute latest this needs to be live (e.g., on what date are teachers going to start teaching this in classrooms?)?  Are there multiple stages that we can launch the new site in (e.g., new SMS features, new homepage, new account pages)?

Thanks,
John
[Quoted text hidden]

---

**Ramin Bastani** <ramin@qpid.me>                    Sun, Nov 25, 2012 at 5:01 PM
To: John Schrom <john@qpid.me>
Cc: Sean Crockett <sean@qpid.me>, Tony Webster <tonywebster@gmail.com>

Yes, that was all the copy.

Tomorrow is the day....from what he's told me, he's going to send out an email to all the teachers about Qpid.me along with our "educator site."  I'm not sure if that means the teachers will start teaching it tomorrow or if that means they will start teaching on Tuesday.  The teachers will likely be getting the posters on Tuesday.  BUT all of this isn't up to me and I've told him for a long time now that we'll be ready on 11/26.

I'm sorry to hear things aren't well at home and hope all is okay.  You or Tony please give me a call asap so I can understand where we are...


Ramin
310-925-6220


[Quoted text hidden]
--
Ramin Bastani
Qpid.me, Inc.

# Exhibit E

# 2012 Recovered Git Repository
**(40 pages of "commits" in 11 months)**

--In Reverse Chronological Order –

**commit** 3aa05fbbee304b2ef1bb69d9781dfb3da7f38181
**Author:** John Schrom <john@john.mn>
**Date:**  Sat Dec 1 16:37:27 2012 -0600

   show 404 error

commit 60ddb8d4c33e117148887656fb3a7857514f0878
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 16:37:18 2012 -0600

   Changing poster from jpg -> pdf

commit d11ed9aea22dab0959e925a9565204361df69023
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 16:14:55 2012 -0600

   still more bugs

commit af7afdad208c836659ede4ed75f6235b1b8bad2e
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 16:13:54 2012 -0600

   Bugs fixed on server

commit cf7f54998863667ac0242682bbc3cfa35266b86b
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:56:20 2012 -0600

   debugging

commit fc32c805ed411df8365bafb32821b4f513f9c853
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:54:47 2012 -0600

   for fucks sake

commit 755924a8fbeb9a4865b46dc1545111ef5ad7a9e4
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:53:08 2012 -0600

temporary -- debugging

commit bca4c35086aec22fc11c90ebd7103599e71e3c64
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:52:02 2012 -0600

temporary changes -- debugging

commit b7dc1db33b962a0ee13b5d4cfa6440fbd75cf34e
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:49:41 2012 -0600

debugging

commit 801acbf5530ffbb080307ef33457391844fa0a65
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:48:34 2012 -0600

debugging

commit 21756312b60ceae0bd3b992cbe90d08a8f1104dc
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:47:40 2012 -0600

debugging

commit b8e3685f18341cf360128f7cb33f4535d8b1f5a7
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:46:36 2012 -0600

debugging

commit ddf768644d3a87f9a0987ed156fd332b4bf6ffd2
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:45:33 2012 -0600

debugging

commit eeeb1caf2b0991936cd7bc64f021c5c0eef7654d
Author: John Schrom <john@john.mn>
Date:  Sat Dec 1 15:11:29 2012 -0600

Relative dates on dashboard

commit 544fc2a90d8fb2906953292676402aecead0ba26
Author: John Schrom <john@john.mn>

Date:   Sat Dec 1 15:08:08 2012 -0600

   SigPad changes

commit 521b5a65ddccc8ef5bc5217b3afdf6bd2baa95f3
Author: John Schrom <john@john.mn>
Date:   Sat Dec 1 15:07:54 2012 -0600

   Hooking up forgot_password

commit 080d30d31238b6e178540bd30e1cee0a3627e27b
Author: John Schrom <john@john.mn>
Date:   Sat Dec 1 15:07:40 2012 -0600

   Changing routes for profile img handling

commit af70abcb71dd26c4990cf084cc51a890490ca8d2
Author: John Schrom <john@john.mn>
Date:   Sat Dec 1 15:07:20 2012 -0600

   Hooking up dashboard

commit ea162e677a03ad14ab218188a8c3c47dfa4c1c7a
Author: John Schrom <john@john.mn>
Date:   Sat Dec 1 15:06:17 2012 -0600

   Trying to fix sigpad

commit fa10378c6958459ba28f7d2209a148d3c666de4b
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 13:15:01 2012 -0600

   Moved login modal to footer, added route for forgot-password

commit d8ceda07b5a75c1c09eb04eb536dd92ed67ade7a
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 13:12:11 2012 -0600

   Skeleton for results requests

commit 9f58fc12f98e3661161388a1d27660d7c952e584
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 13:06:31 2012 -0600

   Minor changes

commit 0bb5e7b1af83e1fbf9ea3cc3417512bcf89fab6f
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 13:06:18 2012 -0600

    .htaccess for MAMP

commit ccfbcf0a2d5d07a81e36d257d6ff73df014fcd61
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 13:05:17 2012 -0600

    Skeleton for Request

commit bac113ef5c83fd0a681f4df629ae73e971f22d03
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:47:41 2012 -0600

    remove index.php -- causing errors with nginx

commit 12d64f5a8cbca1c62803bd586fbca8cadba7ea1d
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:41:58 2012 -0600

    Skeleton for account dashboard

commit 08f98b78ab55f1dd31a543f2f9cf60f2cbf074bf
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:41:48 2012 -0600

    Changing direction for registrations

commit 2fe54ec0c04820f236dc60a13e51ac49debfe8a7
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:41:26 2012 -0600

    negligible

commit 9aa071ed6d4ef932909b770a480d4b0bfbd80e27
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:38:54 2012 -0600

    Skeleton for clinic locator

commit a01d6e35f5134fcca1b6220f13aa78e1b014d0ac
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:03:26 2012 -0600

Updating TOS format

commit ff8c86ee0434f7256c97f2f2f5cbc44f6e36b5b6
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 12:03:19 2012 -0600

Building skeleton for venue locator

commit 8a256d1b39921ed6195596d4884c0cdf163c0ab0
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:56:18 2012 -0600

"Login" link changes to "Logout" when logged in

Need to update to include additional account links when logged in

commit c15efc64efaaa392d6ee6b864ac0637d6e11ce26
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:51:08 2012 -0600

Hooking up login modal

commit ce85af625e650cce8d0d6bec963c90585d340862
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:45:22 2012 -0600

Updating header

commit dd5740ca267c632cf8df701ec607e7ed01de2c16
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:45:10 2012 -0600

updated .gitignore

commit 9f91aa07d786f573f590d63bd850f2adf7855312
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:44:50 2012 -0600

negligible changes

commit bde024d770d7acb604f47cded987b64ba59c5452
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:44:38 2012 -0600

Added "For Educator" page

commit f77058a6d210e4359813caf80d1af88687087532
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:43:50 2012 -0600

    Updating assets folder

commit e7d5efcbb4dcdd099e5511282e75cca6f9fc8233
Author: John Schrom <john@john.mn>
Date:   Fri Nov 30 11:42:41 2012 -0600

    Staging /about for new design

commit 70f96316959729b8d4a65fef3e23828a06ad0e87
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 16:24:15 2012 -0600

    birthday not birthdate

commit 76c7bb7a041ef81f9e850480bb4ec4796bc999e2
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 16:22:52 2012 -0600

    bugs

commit 11031761b8c2247ee679bbf0252dbabce80a119e
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 16:21:17 2012 -0600

    bugs

commit 7c4cc904ea7beafb1dd4075d5a81978bc20f031e
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 16:19:12 2012 -0600

    Setting up registration system

commit 2950b08ad8b5d933c05b6f5386b576adb7ecad55
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 16:08:40 2012 -0600

    Framework for new signup

commit 0c2f1c9f1b71d47f6a7aae73a4f0f14f01cf4578
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:53:37 2012 -0600

Tony's shit

commit 747c0decd0fdf7850f535de8240fc0a10cb08ce1
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:22:47 2012 -0600

   removing debugging stuff

commit 1428ea7cc8ec3fd157db1c551a508bacfd96c8db
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:19:20 2012 -0600

   testing

commit 31504691ca881290de67d283e7b6fe509d2fbc69
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:18:26 2012 -0600

   bug fixes

commit 25d78b32eeafdd79b431c45320f9e5501bcaee30
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:17:02 2012 -0600

   Bug fixes

commit f76918bf152986fc530007793bea450b7021e62b
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:13:45 2012 -0600

   Fixing "MORE" for population specific

commit c6055c264ead0ba32e9a0acaf89bde9064ba67ce
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:09:29 2012 -0600

   testing more

commit 87850f4f89f9b491fbf4759a13f0d31f0d173b94
Author: John Schrom <john@john.mn>
Date:   Sun Nov 25 15:04:27 2012 -0600

   testing

commit c1deb995c36828f42fc30be48f9bf33c02ebd9b2
Author: John Schrom <john@john.mn>

Date:  Sun Nov 25 15:00:56 2012 -0600

   change parse to more

commit 1f3756447e5bf68d46e9d2e4b7585f5f5ec98500
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 14:54:39 2012 -0600

   changing URL

commit b2e605c1e79702f2bc6dc330a92a6866832dce55
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 14:51:47 2012 -0600

   changing parse to lgbt 90028

commit b233f68e167d3aadbd5a70835b39565cb69351e8
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 14:51:34 2012 -0600

   Database changes for q2 server

commit f9eb0c8123546e59f1259d21f5bf682e1afa4a44
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 00:52:54 2012 -0600

   Fixing errors

commit 5e735be20b905e9874899b129e8d8402c9cfddef
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 00:50:24 2012 -0600

   Removing dev from user data

commit d7d04777c243c207ed2ad3f72c2faeb00682bd6b
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 00:48:16 2012 -0600

   fixing spacing error

commit 19789698be9f86f9855208839098d260babf505f
Author: John Schrom <john@john.mn>
Date:  Sun Nov 25 00:44:54 2012 -0600

   Bug fixes for SMS handler

commit b2cd3b6bf22d5204c0841f58d5066ced5b2c7e03
Author: John Schrom <john@john.mn>
Date:  Sat Nov 24 15:35:03 2012 -0600

   bug fix

commit 14fe301bbed3b6e623298ba3c0dc661c84021625
Author: John Schrom <john@john.mn>
Date:  Sat Nov 24 15:34:06 2012 -0600

   Add last initial to user profile view

commit c545444ea97eb3972b32d897b6f7bbd32a9b35af
Author: John Schrom <john@john.mn>
Date:  Sat Nov 24 15:29:49 2012 -0600

   Changing profiles -> UID

commit 63f5df678d5681b17d4cc5406cbcb97942c95248
Author: John Schrom <john@john.mn>
Date:  Sat Nov 24 15:14:51 2012 -0600

   fixing overloaded response in API controller

commit 822471378d2d7f42b05ee629d2473b94f74da067
Author: John Schrom <john@john.mn>
Date:  Sat Nov 24 15:11:48 2012 -0600

   SMS changes, per Ramin

commit edbfa6de92876fe77fd2650b6e673339b4a742cb
Author: John Schrom <john@john.mn>
Date:  Fri Nov 23 22:57:52 2012 -0600

   Don't text admins with SMS exceptions

commit 3218704a03fdfb0861159f850663bdc0bc2de57a
Author: John Schrom <john@john.mn>
Date:  Fri Nov 23 22:55:04 2012 -0600

   temporarily remove flags

   for database compatibility

commit daf68831d89e5e0c6664d2e1de721d620893f131
Author: John Schrom <john@john.mn>

Date:   Fri Nov 23 22:52:33 2012 -0600

    adding tami

commit f5f99f46473242a3ef46869141e011d4b7df1b96
Author: John Schrom <john@john.mn>
Date:   Wed Nov 21 12:35:13 2012 -0600

    Adding "check" back in to SMS handler

commit 97ebdc61b9e62facae51969e05be92573bff5958
Author: John Schrom <john@john.mn>
Date:   Sun Nov 18 14:45:03 2012 -0600

    Adding population-specific clinic finder

commit 3d77118e4183ed44123353b3e90df894b6f22b89
Author: John Schrom <john@john.mn>
Date:   Sun Nov 18 10:09:44 2012 -0600

    Bug fixes for FIND SMS method

commit 0c64e4b5c3f80494ff30ad21092a9aa5675aab00
Author: John Schrom <john@john.mn>
Date:   Sun Nov 18 09:34:03 2012 -0600

    Implementing cloudcomm spark

commit a5b8233bb7337c327a9701eb05f187de5640bdb4
Author: John Schrom <john@john.mn>
Date:   Sun Nov 18 09:26:35 2012 -0600

    User can text "FIND [zip]" to SMS handler and receive clinics nearby

commit e191a54731e0652430563290aa7ff6d8e3944563
Author: John Schrom <john@john.mn>
Date:   Sat Nov 17 15:39:22 2012 -0600

    Reworked SMS methods, removed obsolete, and added framework for clinic finder

commit 7871f6eac7899728d80b27843222d0f3e3020871
Author: John Schrom <john@john.mn>
Date:   Tue Oct 9 08:21:30 2012 -0500

    adding sean to admins

commit e15b6c872bc5bd55919356c24649c1599c0d4e27
Author: John Schrom <john@john.mn>
Date:  Wed Oct 3 11:04:43 2012 -0500

   change base href to SSL

commit 099af3fa6afdb73a0f8e8b0d06be87de87efcfe7
Author: John Schrom <john@john.mn>
Date:  Wed Oct 3 11:02:01 2012 -0500

   updating sample fax

commit 759b17b4d297ce633884f30c898d4d09e90c221c
Author: John Schrom <john@john.mn>
Date:  Mon Oct 1 11:37:49 2012 -0500

   changing number of open requests to show from 100 -> 1000

commit b1bc6cfb77d220056d0d1222e57d568ff97f639a
Author: John Schrom <john@john.mn>
Date:  Thu Sep 27 10:03:19 2012 -0500

   Removed dates from PDF

   Changed to "as soon as possible"

commit d5ce33a5d00224b5b008645bae244d41ad50d023
Author: John Schrom <john@john.mn>
Date:  Wed Sep 26 20:00:39 2012 -0500

   redirect after auto fax

commit 394a569a5881b309ed3ebc972af16d3875ce3722
Author: John Schrom <john@john.mn>
Date:  Wed Sep 26 19:59:24 2012 -0500

   Changing default cover letter text for auto fax

commit fbd4a79ce48af1d498e29122632f92614a02607c
Author: John Schrom <john@john.mn>
Date:  Wed Sep 26 19:59:05 2012 -0500

   adjusting layout

commit 73e2c684dbe467a3f0af290f7a98515529ed1261
Author: John Schrom <john@john.mn>

Date:   Wed Sep 26 19:50:33 2012 -0500

   bug fix - load correct model

commit 88c8cf48ed381f07373b16112dd52a260716e556
Author: John Schrom <john@john.mn>
Date:   Wed Sep 26 19:48:35 2012 -0500

   bug fix

commit 29f259e3d41614c967aaa38ee5909aee9e07182f
Author: John Schrom <john@john.mn>
Date:   Wed Sep 26 19:45:35 2012 -0500

   Adding auto fax option to request view

commit 9b3fec230a8af5d717477901949a49c8671aaf45
Author: John Schrom <john@john.mn>
Date:   Wed Sep 26 19:34:41 2012 -0500

   change default cover page language

commit 33f6d068acb88ea6fdf97590093846b9da4f639d
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:45:25 2012 -0500

   adjusting width parameters

commit 084b511a965cbcc0e2ff537ba638ac6a17e09d9c
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:41:14 2012 -0500

   bug fix

commit 479c30a5e4004e27b5b1d12b26ec244bf7321823
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:40:16 2012 -0500

   adding back in options for sigtojson

commit 02cc5ccf7061dfe6c3bdb5b439e02b6810f61055
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:37:31 2012 -0500

   removing imagesx

commit 6e574f00c13187179e503e938c2a2d319ac46366
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:36:29 2012 -0500

    bug fix

commit a319a8c9496fff8cf7449790d386bc1a6881dde5
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:34:05 2012 -0500

    generalizing ratio calculation

commit 383fcb75dd3e747ec020eef161f633b651fc0bf5
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:32:50 2012 -0500

    generalizing image height/width parameters

commit 89b05d126387cbfa14cd10cece9cccd6734a0661
Author: John Schrom <john@john.mn>
Date:   Fri Sep 21 11:27:19 2012 -0500

    fixing sig resize issue

commit c9676dfe62497c984738d03b539251662311e884
Author: John Schrom <john@john.mn>
Date:   Thu Sep 20 21:04:05 2012 -0500

    fixing double bug

commit 18b5d7362419f6d010c2d9c4bb1a260f7643302b
Author: John Schrom <john@john.mn>
Date:   Thu Sep 20 21:02:35 2012 -0500

    double bug

commit 6197f971c4cbf8a8ea4a2e680e5ea2ad438d9b02
Author: John Schrom <john@john.mn>
Date:   Thu Sep 20 14:45:14 2012 -0500

    make get_queue distinct

commit 8f21e9cc235d308da1c9aeb51e1cf11d68f49a1a
Author: John Schrom <john@john.mn>
Date:   Thu Sep 20 14:43:11 2012 -0500

fixing request duplications

commit a429e9ed3b017317dd1cf7317cda7afd95413f2e
Author: John Schrom <john@john.mn>
Date:   Thu Sep 20 14:36:21 2012 -0500

   add distinct to request_hx model

commit d59748609cf5b06b357159d8962e91ff243fef84
Author: John Schrom <john@john.mn>
Date:   Thu Sep 20 14:24:16 2012 -0500

   Removing day of week from authorization page

   hopefully fixes formatting issues

commit 28a05350a2d0fc20896ed2e134aaffbdf1927f13
Author: John Schrom <john@john.mn>
Date:   Tue Aug 21 13:07:25 2012 -0500

   fixing logic

commit 28510d595e23d9345e187c3c2566aa126655781f
Author: John Schrom <john@john.mn>
Date:   Tue Aug 21 13:02:45 2012 -0500

   adjusting values

commit 37ea666ec95a29b8d87b6a8fe5b47d6dc2611029
Author: John Schrom <john@john.mn>
Date:   Tue Aug 21 13:00:39 2012 -0500

   handle false date values

commit 13b5244582d3157c3024c77ef8d8ae3a82f52379
Author: John Schrom <john@john.mn>
Date:   Tue Aug 21 12:47:58 2012 -0500

   don't default test dates

commit fb3da05652b59edb262ccc191f7451a931e4b0f4
Author: John Schrom <john@john.mn>
Date:   Tue Aug 21 12:32:18 2012 -0500

   fixing page number/phaxio problem

commit 1031eb839d79eaca04fe15d1abebf2109b07df2f
Author: John Schrom <john@john.mn>
Date:  Thu Aug 16 11:58:56 2012 -0500

  Additional PDF changes per Ramin

commit d13b88279e7b851830b8ac79e262286d5ac2f49c
Author: John Schrom <john@john.mn>
Date:  Wed Aug 15 12:20:23 2012 -0500

  auto set text for initial request

commit b58c4082434ac8eac87cd30dad45330a608ef580
Author: John Schrom <john@john.mn>
Date:  Wed Aug 15 12:15:48 2012 -0500

  fix pdf bugs

commit 35527e88ae1bcc3a408a6f39f70ab0f5addce17d
Author: John Schrom <john@john.mn>
Date:  Wed Aug 15 12:13:27 2012 -0500

  fixing alignment issues in fax

commit 2489fb2a4ca02aaee03c625848514a9455c8e3aa
Author: John Schrom <john@john.mn>
Date:  Wed Aug 15 12:09:56 2012 -0500

  fixing bug

commit c29ce0540f755a5b0e8fb23203913d4907d1c65b
Author: John Schrom <john@john.mn>
Date:  Wed Aug 15 12:02:22 2012 -0500

  Changing PDF language

commit 73dac6d27797c77ef7e25900d700285e17bb8bd0
Author: John Schrom <john@john.mn>
Date:  Wed Aug 15 11:51:25 2012 -0500

  Updating auto-emails per Ramin

commit 8e1d5ea538ab151fbba9a7e1fb4d45b5240efae7
Author: John Schrom <john@john.mn>
Date:  Fri Jul 27 20:45:30 2012 -0500

Add request fulfillment email text

commit b95208e7be08d03e149332001bf5a977853bc55d
Author: John Schrom <john@john.mn>
Date:   Fri Jul 27 18:48:17 2012 -0500

Email user when request is fulfilled

commit 1bccfcb8b89f181dfb144eb7cca6c7d7d0f9054e
Author: John Schrom <john@john.mn>
Date:   Fri Jul 27 18:44:10 2012 -0500

add history when SMS sent for fulfilled request

commit f1608767842853a648328890972632b7801ddd6e
Author: John Schrom <john@john.mn>
Date:   Fri Jul 27 18:41:46 2012 -0500

Add "cisco" SMS method

commit 38b8f9681c374303f7aa254ce8aa6f656f5900e0
Author: John Schrom <john@john.mn>
Date:   Sun Jul 22 16:33:14 2012 -0500

fix bugs

commit 922e5063ed7cb0bcb94d1c20cd4251aafa5ca9c1
Author: John Schrom <john@john.mn>
Date:   Sun Jul 22 16:30:44 2012 -0500

Add line breaks to result hx

commit 509e06683e62cfc78a0afe063ff56b23a90bd3bc
Author: John Schrom <john@john.mn>
Date:   Sun Jul 22 16:22:55 2012 -0500

add update email text to request hx

commit 0afd1db2bb1e22e3e4824e93e05f5afa8170534f
Author: John Schrom <john@john.mn>
Date:   Sun Jul 22 16:10:34 2012 -0500

add ability for admins to modify user information

commit bac175e2ae434c36634a7a5c5b8940c7eccbbc9f
Author: John Schrom <john@john.mn>

Date:   Sat Jun 30 15:19:52 2012 -0500

　　Generate all PDFs when request generated for verified clinic

commit e37fa9916b9e8774ecd4668d55f749268d49b7f4
Author: John Schrom <john@john.mn>
Date:   Sat Jun 30 15:12:44 2012 -0500

　　Added generate PDF endpoint

commit ee20f85dbf500352623d90cc685158ef4b7d011c
Author: John Schrom <john@john.mn>
Date:   Sat Jun 30 14:55:51 2012 -0500

　　fixing bug

commit 32181ff05d0dcafb1edd7407baad5b5a23be0d1a
Author: John Schrom <john@john.mn>
Date:   Sat Jun 30 14:53:36 2012 -0500

　　adding information about state requirements

commit 74447867a8da12514cf3c20b84215fbd35614c5f
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 15:07:03 2012 -0500

　　Email admins when new fax received

commit f16909e4e650abd78527dce9bb6177d3b44c3438
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 15:02:03 2012 -0500

　　testing auto-complete of queue

commit 7334dd42e196e3db0ad06df57b37681434acfae1
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 15:01:03 2012 -0500

　　bug fix?

commit 2314c1cca56c659fc25e714cba973bd996a31c2c
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 14:48:57 2012 -0500

　　Clear request queue

commit 2b7ade5dcd42ca25f64ad6a3a389d2b6f3abb2ce
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 12:38:16 2012 -0500

   Updating subjects of auto-emails

commit f80238490a7952b009860b144bad1bfcb8bca22f
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 12:35:52 2012 -0500

   Fixing SMS date bug

   date calculation only takes results that are within the past year

commit dd8472dfcc0fef1f3226b456997114ab9db526d5
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 12:20:02 2012 -0500

   fixing doc_id problem

commit e872ec437a9082eb3100fab4a3fba2531cc14b03
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 12:17:48 2012 -0500

   bugs

commit 8150a23330aa95b6a06791cd0e14021015faef8f
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 12:16:48 2012 -0500

   changing mail type to text

commit 54ccd3ca43310cff8878a5487569e02c2c08d71f
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 12:00:10 2012 -0500

   look for activated users when processing faxes

commit 09f56e87283b00d720b903b55041aa005b2b0991
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:58:17 2012 -0500

   testing

commit 321bbd7cba2816c9d846e10fcf671bb65196470c
Author: John Schrom <john@john.mn>

Date:   Fri Jun 22 11:56:43 2012 -0500

   testing

commit dcf5e07a5e33e88a00b47c4fd061d4995ddd2110
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:50:15 2012 -0500

   fucking semicolons

commit 8cb7badf1429c4926785ac1ee91ad01fe01219e5
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:43:53 2012 -0500

   checking api functions

commit 221677cc02354d5b929ea8c7aac434cb3143a2e8
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:40:29 2012 -0500

   checking on email

commit e1f0b917ecddbffd02b67a623857fcae697422e9
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:37:13 2012 -0500

   fixing bugs

commit 300ab5ad59aaa294d38623704e69edeecd5c4ba3
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:32:54 2012 -0500

   adding jquery

commit a0fba4ffc4b02e919871912cca6d04dda3611c3d
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 11:32:25 2012 -0500

   Setting up auto-email

commit d1541cbcaf659f23a4950362d19364e2a90a6ed7
Author: John Schrom <john@john.mn>
Date:   Fri Jun 22 10:29:33 2012 -0500

   bug fix for queue system

commit 74ed2ff0497cc5f3068afc6f4b39513134f3ccc9
Author: John Schrom <john@john.mn>
Date:   Thu Jun 21 20:38:47 2012 -0500

   Fixing date display in user request hx view

commit 70f953a8a956874021664c9dcc610e1859ceb5b7
Author: John Schrom <john@john.mn>
Date:   Thu Jun 21 20:30:36 2012 -0500

   remove profiler

commit 4efbe632fb9b2c7c94e70d582f9c3d43e34b651e
Author: John Schrom <john@john.mn>
Date:   Thu Jun 21 20:30:28 2012 -0500

   updating view

commit dd4b83e7de1d65673c1917324d6544de27620a8e
Author: John Schrom <john@john.mn>
Date:   Thu Jun 21 20:24:18 2012 -0500

   bug fix

commit 0b613dc4be2b6bd927df0c8ed9245ec79dbbf7c0
Author: John Schrom <john@john.mn>
Date:   Thu Jun 21 20:24:11 2012 -0500

   adding date to user request view

commit 2d5205fb1c294652c8ad71345309a978bdc092ec
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 19:37:51 2012 -0600

   updated email content for sharing

commit 75652b7dc5c784497b477fb4ceabd65a9966de87
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 19:37:30 2012 -0600

   updated how to share page

commit 09a2e6b6163d6d1bc66769d0644600530172b72a
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 18:50:44 2012 -0600

users can not view PDF tools, only the PDF

commit c4265519d3031087de4c3f3f712ba201e893ccc0
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 18:46:20 2012 -0600

Adding user's ability to view faxes

commit d4a1ae88eb2be25618730344f0680a84b67411c7
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 18:32:58 2012 -0600

Adding "verified" clinic search function

commit 7144798554e555bdeac2c06980ee7969d6f798da
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 18:32:40 2012 -0600

Adding bullets to some ULs

commit 5779f825a369638786fddda0183deb47db37c5cc
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 17:49:46 2012 -0600

changed "profile name" to "user name" in error message

commit ac217fa8e0901bc4b7ff910a275b8b96104f1a1d
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 17:46:18 2012 -0600

Updating "confirm" method within profile controller to use TTLs

commit 91955a39788aca0a4b11e196ed1c1e549da55188
Author: John Schrom <john@john.mn>
Date:   Tue Jun 12 17:38:14 2012 -0600

Added parsing test to API controller

commit 18347375804b2e91c0f565289cdab4a69f63af0d
Author: John Schrom <john@john.mn>
Date:   Fri Jun 1 11:26:51 2012 -0700

Adding SMS disclaimer to footer on home page

commit 26cfd0c9c8b45dda3ac34c62ce500af3fc05abea
Author: John Schrom <john@john.mn>

Date:   Fri Jun 1 09:07:54 2012 -0700

   fixing bug

commit 2922346c8a0746bfe967582cdb238089a69a86cf
Author: John Schrom <john@john.mn>
Date:   Thu May 31 09:03:00 2012 -0500

   giving up on fixing this bug :(

commit 57427d44d6425a76ecba0a110854bf04ab1f763f
Merge: aa92f2a 175e6eb
Author: John Schrom <john@john.mn>
Date:   Thu May 31 08:58:39 2012 -0500

   Merge branch 'master' of qpidme.beanstalkapp.com:/qpidme

commit aa92f2ad92ffaa3d8f841d4857df434ed6748451
Author: John Schrom <john@john.mn>
Date:   Thu May 31 08:58:12 2012 -0500

   WHY WON'T THIS WORK?

commit 175e6eb1a37f55ad3613284e4fa10cee75a6026c
Author: John Schrom <john@john.mn>
Date:   Wed May 30 16:04:49 2012 -0500

   changing hardcoded image

commit e787d11e699d76cee901c70e1d447c70e0166c13
Author: John Schrom <john@john.mn>
Date:   Wed May 30 16:00:53 2012 -0500

   hardcode sig image

commit d621ca01ba18941c1d6a53d72ccf5bb4a02e0710
Author: John Schrom <john@john.mn>
Date:   Wed May 30 15:19:34 2012 -0500

   testing

commit f23f3c8bf1cb42cef850e5d8b87684b4403e56e7
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:47:33 2012 -0500

   testing other method

commit 8bd7a3fe9b3c7a8db67b043be3e5c7b705e6f55b
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:37:13 2012 -0500

   resizing in SigJsonToImage

commit 282d53e0e8b0f54d30df55427f598fbcc75fb53f
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:31:49 2012 -0500

   readding image resizing

commit 681de51bbe649d5d489610cc3581717707b579c0
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:24:59 2012 -0500

   adjusting PDF

commit 787202a0e90b59053fcbcc1247f7d4ada8ad6e2c
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:22:46 2012 -0500

   other changes

commit 1885d4284e0b5ffc96755e901ed7228d04fee9fc
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:17:46 2012 -0500

   PDF changes?

commit 84e999701d10473e803ef1407818a6e218881f35
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:16:21 2012 -0500

   testing

commit 168444ff2a3d157294dd9f45267db85e2f69cffe
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:14:47 2012 -0500

   testing

commit e41ec0cc04f057630e90ffd2fc3c268e946c7123
Author: John Schrom <john@john.mn>
Date:   Wed May 30 10:09:12 2012 -0500

switch to cezpdf for image resizing?

commit eb1db97d3770eaa48a2a36f425d9d7d508ef44c0
Author: John Schrom <john@john.mn>
Date:  Wed May 30 10:02:07 2012 -0500

changing permissions issues

commit ca6f4c1552b8ec946cf9b379b811a305970d3f32
Author: John Schrom <john@john.mn>
Date:  Wed May 30 09:53:15 2012 -0500

debugging (leave temp image on server)

commit 4e480c553627d2923a99543445f1f04dfeb5d76d
Author: John Schrom <john@john.mn>
Date:  Wed May 30 09:44:34 2012 -0500

debugging (leave temp image on server)

commit 2155add76289c9ab6e163c75b94c0b392346f079
Author: John Schrom <john@john.mn>
Date:  Fri May 25 10:20:27 2012 -0500

bug

commit 144e12eb5a88255738b54a30024c86287b6f7ab0
Author: John Schrom <john@john.mn>
Date:  Fri May 25 10:19:28 2012 -0500

resize sig to 580px

commit 62169b5a8670348845e660f4548c49d1fe46e322
Author: John Schrom <john@john.mn>
Date:  Fri May 25 10:16:09 2012 -0500

changing sig size in PDF

commit ec82b987f6ef1e62442b8e43a69a13c53746217f
Author: John Schrom <john@john.mn>
Date:  Fri May 25 10:09:30 2012 -0500

Remove request number from user request view

commit 45b7ffe16a2f07a780bc3cf305c406325cffef1b

Author: John Schrom <john@john.mn>
Date:   Fri May 25 10:06:43 2012 -0500

    changing test calculation to ttls

commit 40bbc2745b09701936b4ca5e0506db043405d590
Author: John Schrom <john@john.mn>
Date:   Fri May 25 09:54:59 2012 -0500

    adding ttls for tests

commit f22e65d6163d2d09c3403fdd108ae07b8f0fe0b5
Author: John Schrom <john@john.mn>
Date:   Fri May 25 09:54:43 2012 -0500

    text changes per ramin

commit b272559a453f449145bfcab1de9b9dbee7692ef5
Author: John Schrom <john@john.mn>
Date:   Fri May 25 09:54:34 2012 -0500

    changing profile -> username; auto generate share code

commit 3cfc7713af8ca6355728923d2a5bb881fbf99efd
Author: John Schrom <john@john.mn>
Date:   Fri May 25 09:54:04 2012 -0500

    added sample fax

commit 8a3953749bf41dc9d76f9398737641cc3d44952a
Author: John Schrom <john@john.mn>
Date:   Fri May 25 09:53:31 2012 -0500

    prepping auto-email

commit e0b0dbec2da88175be706707ebc279fb133bcc9c
Author: John Schrom <john@john.mn>
Date:   Fri May 25 09:53:09 2012 -0500

    changing signature options

commit be249050b7cec4092092eeac4a086d1ab6dc6572
Author: John Schrom <john@john.mn>
Date:   Wed May 16 09:30:36 2012 -0700

    second sms for send

commit 6c840981f6eb2cfeaa92888adf82064f2997d825
Author: John Schrom <john@john.mn>
Date:  Tue May 15 21:30:34 2012 -0700

   added fulfillment area on PDF view

commit 78eee4de8d03a51f4512a43068dbb874580a988e
Author: John Schrom <john@john.mn>
Date:  Tue May 15 21:09:21 2012 -0700

   changing "verify" to "confirm"

commit dfe09a4fdcce446f079dacb98d681304b113e208
Author: John Schrom <john@john.mn>
Date:  Tue May 15 21:02:17 2012 -0700

   made user and venue searches case insensitive

commit 92fc3b6d66b16cfe0b16b41396f3c5a06f55349a
Author: John Schrom <john@john.mn>
Date:  Tue May 15 20:28:44 2012 -0700

   Creating non-admin "venue" users

commit 6b58a7fcb273dc424d940c58ce568610c72dc83a
Author: John Schrom <john@john.mn>
Date:  Fri May 4 16:49:28 2012 -0700

   verify->confirm

commit b68318a92da0b392d6dc04728f27522b5751d284
Author: John Schrom <john@john.mn>
Date:  Fri May 4 16:41:46 2012 -0700

   Moved "not tested" to collapsable box

commit 258e1eaaa8a15ba086f690e192803e3e388af260
Author: John Schrom <john@john.mn>
Date:  Sun Apr 29 20:48:05 2012 -0500

   Venue Search

commit d8814420d5bd111a913574a3dca7e49866d4b66f
Author: John Schrom <john@john.mn>
Date:  Sun Apr 29 20:33:08 2012 -0500

Added user search function

commit e54c1ec01f390ab6877499cc17841022acdffaae
Author: John Schrom <john@john.mn>
Date:   Wed Apr 11 19:28:52 2012 -0700

keep password when error

commit 8da742b33ceb58bb4f6494f26a39c3e50d65f0b4
Author: John Schrom <john@john.mn>
Date:   Wed Apr 11 19:23:45 2012 -0700

adding delete account

commit 9018fa4430105a4d19a38a53f3e2cc64cc3abe85
Author: John Schrom <john@john.mn>
Date:   Wed Apr 11 18:35:01 2012 -0700

13 yo -> 14 yo

commit 08c4dbc670c6408d9d3bb27b6aad8fefb6b231e6
Author: John Schrom <john@john.mn>
Date:   Wed Apr 11 18:34:49 2012 -0700

changing link in "fax received" emails

commit 19024d22955623a7e8b238fa28dafaacd184fa6e
Author: John Schrom <john@john.mn>
Date:   Sun Apr 8 18:28:02 2012 -0700

fixing profile bug

commit 72f0a4e8c416b222ceaa25ab64049d435b3d37fe
Author: John Schrom <john@john.mn>
Date:   Fri Apr 6 10:22:50 2012 -0700

Removing request hx from user view

commit 02630fc1b3c060ed6ff6e7b244e927341ffafe63
Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 15:46:09 2012 -0700

oops

commit 8df0e0fcaf309412fbed6aeee97abe43bae972f6

Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 15:42:38 2012 -0700

    added nl2br

commit 179952b2d0832565513c31c432397c3fd2dc2f73
Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 15:37:26 2012 -0700

    redirect after creating document

commit b2d09d057a8f5655d2253453ee54f53e61298aa8
Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 15:34:29 2012 -0700

    Add quick link to push

commit e6b82a0410f27457fadbd8615272b5b4551cf887
Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 15:16:44 2012 -0700

    Added ability to re-do signature

commit d716da2e1efd1fc41681a51d5563be2a4eb3b32d
Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 15:00:07 2012 -0700

    Added "Report Profile" link to profile pages

commit 8fa189295bbd73999870cd754fab3ed24d0d7d15
Author: John Schrom <john@john.mn>
Date:   Sat Mar 31 14:13:38 2012 -0700

    Adding birth year

commit 29cfe493f740f194b7e2e9da13b2d20105387dee
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:58:03 2012 -0500

    minor bug fixes

commit 32055dd35a20e8a8e86a597fb2f9d25a3a193335
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:47:17 2012 -0500

    removed address/phone requirements for venues

commit 4ede359e9a7f33e12bb0deaf75ef1f42be4ff3ea
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:44:27 2012 -0500

    removed migrate method

commit 7136180f7ca5861546074542265c53c210e1dac2
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:43:14 2012 -0500

    little fix

commit ce481512101b216df698ef73f785fd0cf7a18165
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:41:36 2012 -0500

    Moving profile images from user bins to general

commit 53b76e1e3b493005591500c6a624c08293105877
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:41:22 2012 -0500

    removing migration method

commit 9278b2343d5f3bf02e1b65590c492a991d2c5ee5
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:28:26 2012 -0500

    Moving docs to quid bin

commit a87e7e74188b816ee362c57d2c879e08b04679a4
Author: John Schrom <john@john.mn>
Date:   Wed Mar 28 10:17:47 2012 -0500

    implementing UUIDs for request docs

commit 526b15d488b1e68363a6ca01ef9f0436be0d759b
Author: John Schrom <john@john.mn>
Date:   Sat Mar 10 15:25:59 2012 -0800

    debugging

commit 9d1edfbe72bbfc16547337ea4ce80b8e92d95cc4
Author: John Schrom <john@john.mn>
Date:   Sun Feb 26 15:55:28 2012 -0600

Bug Fixed!  Removing debugging language

commit 89fdc83875b90f478124c1fcce1dbe3717b87560
Author: John Schrom <john@john.mn>
Date:  Sun Feb 26 15:52:59 2012 -0600

I think this was the bug

commit 682af7b0dfed76f7c5dbfa9c5481b72fb28457a2
Author: John Schrom <john@john.mn>
Date:  Sun Feb 26 15:51:15 2012 -0600

testing

commit 352dacb8723afdf4007bf2e20a2f39349680af74
Author: John Schrom <john@john.mn>
Date:  Sun Feb 26 15:45:48 2012 -0600

testing date calculations

commit 03b2db5a5e7af2358fbcc7084d4c510c5ef82b06
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 13:28:27 2012 -0800

preparing for production

commit 8facb33b63809e78c0fd4d239303a171452efa39
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 13:28:20 2012 -0800

changes per ramin

commit 06b323f2d32c2a1e239613f8d6c457e17c878e91
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 13:22:05 2012 -0800

fixing 500 error

commit 2c5f031bfcdfe5a01afa216bf845660d2d59112a
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 13:17:20 2012 -0800

testing pdf page count

commit 62c615734f457d343ed1ed66f73f064f91738e52

Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 13:13:31 2012 -0800

    test

commit 67f4195712f0bc72e6268674f420d5d9af5c3131
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 13:09:51 2012 -0800

    testing

commit e8aafe7c4b27468d95eef9001906f07479cba38a
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 13:06:49 2012 -0800

    finding number of pages for PDF

commit 8ded8daea2d2fb197eabebec7d9e1fc4bec47fad
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 13:00:01 2012 -0800

    try again

commit 70456d70babe5c906d1b57f2a38618df500c7007
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 12:54:36 2012 -0800

    testing

commit d8531ccbbbe15251de76ce6f4a7ae19c1b97518e
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 10:59:30 2012 -0800

    think it's fixed

commit 6913c8a46bc33a073c57c908781b27e0bd89fa67
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 10:57:31 2012 -0800

    testing

commit 9eeb919d377fad697ed01a9ff360051d2e73fe22
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 10:56:11 2012 -0800

    adjusting PDF

commit 29a256954880ebfdf9750a586bbaaaac81f763e4
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:52:21 2012 -0800

   trying again

commit 710fc5f76c253205c3aabe92e9f03aaa5417b2a9
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:50:32 2012 -0800

   removed sig

   testing server issues

commit 0d230c8c587287535d72f3256a27bc1f06ccfc38
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:48:39 2012 -0800

   removed hipaa notice

   testing to see whats slowing down the server

commit a820f4465e01be46abb1a71b7b85a141f7f26e11
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:41:09 2012 -0800

   formatting changes

commit 88d6d9cbf929efd5e2e04a66cb8b618d51ee9bbf
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:35:15 2012 -0800

   changes per ramin

commit ac3b4d2c3cdb0bc4e898d916f45bbe501ec34b02
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:25:07 2012 -0800

   Fixed bug that wasn't displaying fax error code

commit b2ddaf0f96021b1e2dc0bc72617027d6946505e8
Author: John Schrom <john@john.mn>
Date:  Thu Feb 23 10:20:52 2012 -0800

   bug checking fax system

commit f94589fc163ec20864b2dd17cc23a72809d2c168
Author: John Schrom <john@john.mn>
Date:   Thu Feb 23 10:12:48 2012 -0800

    bug checking fax system

commit d21b1620770a4ca488f53980628a1abf2f51b4df
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 22:17:59 2012 -0800

    tweaking stats system

commit 134220dba8b4178bf93928751249c13a38e1fc82
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 22:11:18 2012 -0800

    added reopen capability

commit 4e8d2ff0702ae6bef8a6f5caaae7fc130041cb20
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:40:06 2012 -0800

    move staging -> production

commit 8b3c4a2baae7c6389ff60ffd45e3d531f32b328c
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:37:37 2012 -0800

    added popover for "first name"

commit a2102b0b495ee82bd739883df1865126047e0ebb
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:31:00 2012 -0800

    aesthetic adjustments

commit 347ec89070a5aae7958f787b720c9186d7303cf9
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:29:07 2012 -0800

    bug fix

commit fff7f2420dc15fb66b65d3e71ce1b3ee11d39f53
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:27:02 2012 -0800

bug fix

commit 251870d19ef3761adad70b4d6a323741d9357ca2
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:24:58 2012 -0800

changing faq page in fax

commit 67d0702b78eb7ffeb184ab53cfb6e9cac02df7a4
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:17:58 2012 -0800

adjusting noncompliance page

commit affac0ebf57ddc31d931ece24d9126996a75e75f
Author: John Schrom <john@john.mn>
Date:   Wed Feb 22 19:05:15 2012 -0800

testing non-compliance letter

commit be1ed4998905667fb26c93a119128c6de7b1f80e
Author: John Schrom <john@john.mn>
Date:   Tue Feb 21 21:04:33 2012 -0800

bug fix

commit 56fbcc011e48a6a34d04c8d03964b54a2eccd6b4
Author: John Schrom <john@john.mn>
Date:   Tue Feb 21 21:03:18 2012 -0800

bug check?

commit 4dc4577334d8606f93787a81715350428f72f57c
Author: John Schrom <john@john.mn>
Date:   Mon Feb 20 12:48:04 2012 -0800

Additional changes

commit 85dd4e5a9f2fcc2ee6da62c7c4660aa2fc359ab4
Author: John Schrom <john@john.mn>
Date:   Wed Feb 15 21:04:23 2012 -0800

testing

commit 30ff5484880e9ffd330a98c6e73342daeafd6715

Author: John Schrom <john@john.mn>
Date:  Wed Feb 15 20:36:33 2012 -0800

    for testing purposes

commit d8ba0e600e1a3a02594bbf4d51809327d6a302fd
Author: John Schrom <john@john.mn>
Date:  Sun Feb 5 11:35:52 2012 -0600

    removed activated users

commit 771c9dc7a74cfb641c6a35ae5770d43c0fbfee47
Author: John Schrom <john@john.mn>
Date:  Sun Feb 5 11:12:15 2012 -0600

    oops

commit eada5fb2d1967d4eadb783843bcfe775d2dbc6d9
Author: John Schrom <john@john.mn>
Date:  Sun Feb 5 11:10:02 2012 -0600

    adjusting request controller to handle auto-queue

commit 52d98020a8d8fea4b4167daac893a90549951a16
Author: John Schrom <john@john.mn>
Date:  Sun Feb 5 11:02:39 2012 -0600

    removing profiler

commit 1c2a9b4432c433e980b16dc6473a1a6cd106ce7d
Author: John Schrom <john@john.mn>
Date:  Sun Feb 5 10:58:50 2012 -0600

    auto-queue bug fixes

commit 31ef1c8c2e353dac839b9113ae2e349accc32cd8
Author: John Schrom <john@john.mn>
Date:  Sat Feb 4 18:31:45 2012 -0600

    bug fix

commit 07543e6de4500326fc28c055c9b33bc59b303d2a
Author: John Schrom <john@john.mn>
Date:  Fri Feb 3 21:46:18 2012 -0600

    bug testing

commit 8f4a7a356711be9e9542461846163e65986a8f3a
Author: John Schrom <john@john.mn>
Date:   Fri Feb 3 21:34:54 2012 -0600

    changing logging values

commit a03d2d26eb68139a6db0e68c0c7cd0b82dd172f4
Author: John Schrom <john@john.mn>
Date:   Fri Feb 3 21:32:24 2012 -0600

    Daily Stats

commit bbac578a1bb26fdcdd7e17bb5af4ff266daa4ac9
Author: John Schrom <john@john.mn>
Date:   Fri Feb 3 14:24:18 2012 -0800

    Pass a key to the send_doc method

commit 559ebf1447df23581f5ee9591525352ca4d73f88
Author: John Schrom <john@john.mn>
Date:   Fri Feb 3 13:54:01 2012 -0800

    Adding auto-queue

commit a96b2b216b0c4b7df17606f82a74cecf84089c28
Author: John Schrom <john@john.mn>
Date:   Thu Jan 19 14:28:25 2012 -0600

    change request user view

commit eebdcd8eb480b25ab08894dca65f5339da85c138
Author: John Schrom <john@john.mn>
Date:   Tue Jan 17 22:32:30 2012 -0600

    added "send email" function

commit 0d2cb216dec31550689571e5eb79772e5c255493
Author: John Schrom <john@john.mn>
Date:   Tue Jan 17 19:41:11 2012 -0600

    Fixing bug in rapid request system

commit 3ef2d844805bc7342902a50f9ed92d7c9f045ba1
Author: John Schrom <john@john.mn>
Date:   Tue Jan 17 19:31:01 2012 -0600

Changes to SMS system

per ramin's email

commit 09346dfc29cd21374e53ec4c2af31e487e7d4ca4
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 13:50:54 2012 -0600

fixing display issues

commit 129e30d07f62887abe0981c324885191e7123d99
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 13:46:04 2012 -0600

remove fax link for deleted requests

commit 0b64d46b25305705b1d3a915fd96951f365d00dd
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 13:38:24 2012 -0600

fixing fax list

commit 2de341b85141afe461de4068a1c0081da7deb5a4
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 13:06:44 2012 -0600

add unverified requests to ramin's work queue

commit 32cf247792e4acb6ff55dbe91dcebb56f620dad2
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 13:03:28 2012 -0600

move PDFs

commit 997798457830ba36428d4849033cda81b0cdbff5
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 12:27:45 2012 -0600

changing pdf handling

commit 824670d5a23a68e8dd3083b719897ca807b52346
Author: John Schrom <john@john.mn>
Date:   Tue Jan 10 11:17:45 2012 -0600

testing PDF view

commit a85b4abab1756e2ab34c6ec6700a06759663ceb4
Author: John Schrom <john@john.mn>
Date:  Tue Jan 10 11:05:17 2012 -0600

   Added divider between past/present queues

commit 37f56083647caf2389e87e1d1633e2ff9c996cff
Author: John Schrom <john@john.mn>
Date:  Tue Jan 10 10:47:53 2012 -0600

   Added work queues

commit 70ca7f82232a3c6556c5dc28d3ff2c81089d42aa
Author: John Schrom <john@john.mn>
Date:  Thu Jan 5 15:42:41 2012 -0600

   changing upload path

commit 4fef2bd956c64c2c715286e6fc7d5604d2e52185
Author: John Schrom <john@john.mn>
Date:  Thu Jan 5 15:25:31 2012 -0600

   Fixing bugs

commit 6dfd3ff03f2c0e86107ceb8d8686c3e2e126a963
Author: John Schrom <john@john.mn>
Date:  Thu Jan 5 13:37:59 2012 -0600

   Changes per ramin

commit 65b0e187e179bea63324a9b5431034381b9fb345
Author: John Schrom <john@john.mn>
Date:  Thu Jan 5 13:27:57 2012 -0600

   Change auto-send number to clinic (from test number)

commit 1e418fabe2abd7e3bfed1284937b8fad926e6434
Author: John Schrom <john@john.mn>
Date:  Thu Jan 5 13:19:23 2012 -0600

   Notify admins when fax transmission fails

commit a5d32b5b14f0783d3d5cf33fb1958f1709dd1a9d
Author: John Schrom <john@john.mn>
Date:  Thu Jan 5 13:11:59 2012 -0600

Author: John Schrom <john@john.mn>
Date:   Wed Jan 4 16:31:21 2012 -0600

    Added ability to change venues

commit fd043361c67464d96f0a4034acd4212614ee0fe6
Author: John Schrom <john@john.mn>
Date:   Wed Jan 4 16:04:03 2012 -0600

    bug fix

    forgot to load phaxio library

commit cd76dd79e6f92c7332fb4e79f83bc28bcdfff35a
Author: John Schrom <john@john.mn>
Date:   Wed Jan 4 15:56:15 2012 -0600

    Auto-fax for verified clinics

commit fbffd401ebe35afade2e85810eab09a537b24e3f
Author: John Schrom <john@john.mn>
Date:   Wed Jan 4 15:49:25 2012 -0600

    layout changes, per ramin

commit 5b4eb3f802db84599b145671c305c07f9186d2c1
Author: John Schrom <john@john.mn>
Date:   Wed Jan 4 15:39:31 2012 -0600

    Additional info handled as request_hx

commit b28831c9eef8b6730eeff7366826fbab3d65ddc6
Author: John Schrom <john@john.mn>
Date:   Wed Jan 4 15:30:46 2012 -0600

    Added "additional info" box and handling

# Exhibit F

 **GMail** by Google                Ramin Bastani <ramin@qpid.me>

# John, update please

3 messages

---

**Ramin Bastani** <ramin@qpid.me>                 Thu, Dec 6, 2012 at 2:08 AM
To: John Schrom <john@qpid.me>, Sean Crockett <sean@qpid.me>, Tony Webster
<tonywebster@gmail.com>

I didn't get one last night.

--
Ramin Bastani
Qpid.me, Inc.

Q:  Qpid.me Profile (check out my STD status!)
M:  310-925-6220

Twitter | Facebook

---

**John Schrom** <john@qpid.me>                 Thu, Dec 6, 2012 at 5:47 AM
To: Ramin Bastani <ramin@qpid.me>
Cc: Sean Crockett <sean@qpid.me>, Tony Webster <tonywebster@gmail.com>

No update, and I have class and homework all day today, so I can't touch anything
today either.  I'll get back to this work on Friday.

Sent from my iPhone
[Quoted text hidden]

---

**Ramin Bastani** <ramin@qpid.me>                 Thu, Dec 6, 2012 at 8:51 AM
To: John Schrom <john@qpid.me>
Cc: Sean Crockett <sean@qpid.me>, Tony Webster <tonywebster@gmail.com>

Ok. As requested a few days ago, just send all "access" to code asap.

[Quoted text hidden]

# Exhibit G



# Site launch?

3 messages

---

**Ramin Bastani** <ramin@qpid.me>                          Sun, Dec 9, 2012 at 11:24 PM
To: John Schrom <john@qpid.me>, Tony Webster <tonywebster@gmail.com>
Cc: Sean Crockett <sean@qpid.me>

John, haven't heard from you and hope all is okay.

What's going on with v2?

---

**John Schrom** <john@qpid.me>                          Mon, Dec 10, 2012 at 6:40 AM
To: Ramin Bastani <ramin@qpid.me>
Cc: Tony Webster <tonywebster@gmail.com>, Sean Crockett <sean@qpid.me>

We got about a foot of snow yesterday, so I spent about half of the day digging out
and helping friends/neighbors dig out.  I'm heading into the last week of classes
and finals week, so my schedule is pretty crazy.  So, rather than keep shooting to
launch each monday, I think it might be better to plan on a few weeks out.  Right
now, I'm thinking 12/31 ... that puts us past my school work, and gives more
breathing room for testing and development.
[Quoted text hidden]

---

**Ramin Bastani** <ramin@qpid.me>                          Mon, Dec 10, 2012 at 10:31 AM
To: John Schrom <john@qpid.me>
Cc: Tony Webster <tonywebster@gmail.com>, Sean Crockett <sean@qpid.me>
Bcc: Buddy Wyrick <buddy@qpid.me>

Sorry to hear about all the snow.

Please tell me you're kidding about not being ready again.  You said you were
95% done with what you needed to almost a month ago and most of the work was
up to Tony.  How come it's not done?  Where is the bottleneck now?

Please let me know when you can talk today asap.  I have to figure out what to do

now that we've missed another deadline.

Thanks!
[Quoted text hidden]
--
Ramin Bastani
Qpid.me, Inc.

Q:   Qpid.me Profile (check out my STD status!)
M:   310-925-6220

Twitter | Facebook

# Exhibit H



Ramin Bastani <ramin@qpid.me>

# What's going on?

2 messages

---

**Ramin Bastani** <ramin@qpid.me>                    Mon, Dec 10, 2012 at 10:40 AM
To: John Schrom <john@qpid.me>

John, are you okay?  What's going on?  Is there something you're not telling me?
 Aside from not having the site up in time on 11/26 for the LAUSD, you've missed
two other deadlines that you yourself set and having said that the site was 95%
done a long time ago on your side and the bottleneck was Tony.  I think you can
understand why I'm dumbfounded by your actions lately.

And I've noticed that you've disassociated from Qpid.me on LinkedIn, you've
deleted and locked all your tweets, and you've taken down your blog (I found all
this out because one of our investors was looking into our team and couldn't find
anything on you).  Btw, this was the same investor who was going to write a check
this week (just like the weeks prior) when the new site was up...I'm trying to figure
out how to explain it's not up, once again.

Give me a call and let me know what's going on....and I hope most importantly that
all is okay with your family, in case that's what's happening here.


--
Ramin Bastani
Qpid.me, Inc.

Q:  Qpid.me Profile (check out my STD status!)
M:  310-925-6220

Twitter | Facebook

---

**John Schrom** <john@qpid.me>                       Mon, Dec 10, 2012 at 12:19 PM
To: Ramin Bastani <ramin@qpid.me>

I'm ok, just really stressed by the number of things I have going on.  I thought I
said I'd try to get it done by today, but that I wasn't making that a promise.  As
we've previously discussed, we're running into a really busy time for me, and there

are simply not enough hours in the day to accomplish everything I need to get done.  I had hoped we'd get everything done over Thanksgiving, but that didn't work out... so, now I'm scrambling to find time to work on this.  I had hoped the weekend would be sufficient, but I had a ton of schoolwork/group projects come up, a snow storm, and some other personal stuff come up.  I didn't have nearly enough time.  This is why I was suggesting we step back and set a more realistic date (i.e., after finals) to finish everything.

I was 95% done, but apparently there was a miscommunication between Tony and I about who was doing what.  So, his plan is to deliver the CSS, and I'll do all of the associated HTML work.  I didn't anticipate that, but apparently that's part of what caused the mix up during the last weekend.  That changes the amount of work I have to do, and the speed with which I accomplish it.

I haven't disassociated from Qpid.me, but (for a whole lot of different reasons) I've been shifting my approach to identity/internet.  I removed anything that I'm currently working on (including epi.md and qpid.me) and, to the extent that I'm using social media, I'm not doing it under my real name.  My server is currently turned off due to some legal shit, and it'll be up again once I have time to fix some things.  This really doesn't have anything to do with Qpid.me.

I'm swamped all day today, and most of tomorrow.  Is it possible to chat later this week?
[Quoted text hidden]

# Exhibit I



Ramin Bastani <ramin@qpid.me>

---

# No update in several days

2 messages

---

**Ramin Bastani** <ramin@qpid.me>                    Thu, Dec 13, 2012 at 5:11 PM
To: John Schrom <john@qpid.me>, Tony Webster <tonywebster@gmail.com>
Cc: Sean Crockett <sean@qpid.me>
Bcc: Buddy Wyrick <buddy@qpid.me>

Hope you two have completely dug out of that insane snowfall.

Ok, so where are we on the website?  Has anything been updated?  John, I haven't heard back from you after texting you a few days ago.  And I asked you to add me as an Owner/Admin on Beanstalk days ago - can you please do that asap. Should only take 2 mins.

Looking forward to getting an update.  Thanks.

---

**John Schrom** <john@qpid.me>                    Fri, Dec 14, 2012 at 7:38 AM
To: Ramin Bastani <ramin@qpid.me>
Cc: Tony Webster <tonywebster@gmail.com>, Sean Crockett <sean@qpid.me>

I'm in the middle of finals, and haven't had any time to work on the website.  I'm working with the plan of having it done by 12/31, and don't have any time to work on anything right now.  So, I don't have any updates.

You, Sean, and Tony already have access to pull/commit/deploy -- that's what I thought you had asked for.  I'll add you guys as an admin also.

John
[Quoted text hidden]

# Exhibit J

 Ramin Bastani <ramin@qpid.me>

---

# #1 Priority: Access to all the code for Qpid.me

1 message

---

**Ramin Bastani** <ramin@qpid.me>                    Sat, Dec 1, 2012 at 6:34 PM
To: John Schrom <john@qpid.me>
Bcc: Sean Crockett <sean@qpid.me>, Ramin Bastani <ramin@qpid.me>

Hey John!  Not sure if you ever gave me the usernames + passwords for the
"code."  Either way, please send me the info right away for:

- Linode
- Beanstalk
- Twilio
- Moonshado
- Is there anything else?

Thanks!

# Exhibit K

Beanstalk IP log-in Records

| Login | Email | Method | Repository | IP | Date |
|-------|-------|--------|-----------|-----|------|
| qpidme | john@qpid.me | web | n/a | 70.36.138.239 | 4/11/12 19:36 |
| qpidme | john@qpid.me | web | n/a | 199.106.164.193 | 4/29/12 19:28 |
| qpidme | john@qpid.me | web | n/a | 12.130.117.11 | 5/4/12 16:52 |
| qpidme | john@qpid.me | web | n/a | 98.207.77.43 | 5/16/12 9:31 |
| qpidme | john@qpid.me | web | n/a | 74.95.143.116 | 5/30/12 14:03 |
| qpidme | john@qpid.me | git | qpidme | 98.210.141.128 | 6/2/12 14:46 |
| qpidme | john@qpid.me | git | qpidme | 99.68.116.189 | 6/12/12 14:34 |
| qpidme | john@qpid.me | git | qpidme | 75.140.47.178 | 6/13/12 6:28 |
| qpidme | john@qpid.me | web | n/a | 69.239.132.21 | 6/13/12 9:51 |
| qpidme | john@qpid.me | web | n/a | 12.139.57.253 | 6/15/12 15:41 |
| qpidme | john@qpid.me | web | n/a | 75.72.92.145 | 7/13/12 16:43 |
| qpidme | john@qpid.me | web | n/a | 75.72.189.54 | 7/22/12 14:23 |
| qpidme | john@qpid.me | web | n/a | 38.126.23.254 | 7/27/12 19:19 |
| qpidme | john@qpid.me | web | n/a | 71.36.148.41 | 8/16/12 10:00 |
| qpidme | john@qpid.me | web | n/a | 64.197.224.32 | 8/21/12 10:33 |
| qpidme | john@qpid.me | web | n/a | 134.84.152.53 | 9/20/12 12:50 |
| qpidme | john@qpid.me | web | n/a | 134.84.109.88 | 9/27/12 8:05 |
| qpidme | john@qpid.me | web | n/a | 96.24.59.102 | 10/1/12 9:42 |
| qpidme | john@qpid.me | web | n/a | 174.20.98.142 | 10/9/12 6:22 |
| SCrockett | sean@qpid.me | web | n/a | 76.173.173.151 | 10/31/12 8:46 |
| qpidme | john@qpid.me | git | qpidme | 75.146.161.153 | 11/30/12 11:15 |
| johnschrom | john@john.mn | web | n/a | 184.97.241.217 | 12/1/12 22:44 |
| raminbastani | ramin@qpid.me | web | n/a | 75.85.23.162 | 12/3/12 16:56 |
| SCrockett | sean@qpid.me | web | n/a | 75.85.23.162 | 12/3/12 17:11 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/7/12 18:19 |
| qpidme | john@qpid.me | web | n/a | 184.97.241.217 | 12/8/12 6:19 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 6:41 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 6:46 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 6:56 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:06 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:09 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:11 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:26 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:29 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:37 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:38 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:40 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:43 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:44 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:49 |
| qpidme | john@qpid.me | git | qpidme | 184.97.241.217 | 12/8/12 7:51 |

# Exhibit L

 Ramin Bastani <ramin@qpid.me>

# Re: [Beanstalk] I'm a customer with a question

**Beanstalk Support** <support@beanstalkapp.com>                    Mon, Dec 17, 2012 at 11:28 AM
Reply-To: support@beanstalkapp.com
To: ramin@qpid.me

Please type your reply at the top of the email...

**Dana Chaby**
DEC 17, 2012 | 02:28PM EST

Hi Ramin,

We're showing that John's user profile deleted 3 git repositories between Dec 2nd and 4th.

Thanks,
Dana

P.S. Was this helpful? Give us feedback in one click: http://www.nicereply.com/wildbit-llc/3971239/36763

**Ramin**
DEC 17, 2012 | 02:13PM EST

Thanks, Dana. Just updgraded, but wasn't able to get much information. I
want to know when he deleted the entire git repo around 9 days ago. Can
you help me figure that out?

On Mon, Dec 17, 2012 at 10:53 AM, Beanstalk Support <
support@beanstalkapp.com> wrote:

>

**Dana Chaby**
DEC 17, 2012 | 01:53PM EST

Hi Ramin,

You are already an Admin user on the account, I think you mean changing yourself to Account owner. And no that wouldn't have any
impact on the logs.

Thanks,
Dana

[Quoted text hidden]
[[12e5356da4337da27da8fe557b38c4bb38dbe422-79949423]]

# Exhibit M

 Ramin Bastani <ramin@qpid.me>

---

## Hey

---

**John Schrom** <john@john.mn>                 Sat, Dec 15, 2012 at 3:24 PM
To: Ramin Bastani <ramin@qpid.me>

Hi Ramin,

I noticed my qpid.me gmail password was changed, and it looks like you're switching servers.  What's going on?

John

# Exhibit N

https://console.aws.amazon.com/iam/home?#security_credential

Coding   Design   market   M&A   Read Later   Pin It   Other Bookmarks

Services ▾   Edit ▾   Sean Crockett ▾   Global ▾   Help ▾

Dashboard

Details

Groups

Users

Roles

Password Policy

# Your Security Credentials

Use this page to manage the credentials for your AWS account. To manage credentials for AWS Identity and Access Mangement (IAM) users, use the IAM Console.

To learn more about the types of AWS credentials and how they're used, see AWS Security Credentials in AWS General Reference.

⊞ **Password**

⊟ **Multi-Factor Authentication (MFA)**

[ Activate MFA ]

⊟ **Access Keys**

Note: You can have a maximum of two access keys (active or inactive) at a time.

| Created | Deleted | Access Key ID | Status | Actions |
|---------|---------|---------------|--------|---------|
| Dec 22nd 2012 | | | Active | Make Inactive | Delete |
| Jan 13th 2013 | | | Active | Make Inactive | Delete |

[ Create New Access Key ]

Note: If you must retrieve existing secret access keys, use the legacy Security Credentials page and save your keys in a safe place. AWS will support the legacy Security Credentials page for a limited time to help during your transition.

⊞ **CloudFront Key Pairs**

⊞ **X.509 Certificates**

⊞ **Account Identifiers**

# Exhibit O



Ramin Bastani <ramin@qpid.me>

---

## Is the package from you?

---

**Ramin Bastani** <ramin@qpid.me>                    Thu, Dec 27, 2012 at 9:17 AM
To: John Schrom <john@john.mn>
Bcc: Sean Crockett <sean@qpid.me>

Happy holidays, John.

I received a USPS certified package yesterday (# 7011 0470 0002 5335 1690) addressed to me at Qpid.me's mailing address of Post Office Box 480131, Los Angeles, CA  90048.

The package contained one 700mb CD and its return address is Post Office Box 7597, Minneapolis, MN  55407.  After searching the address online, it appears to be from you, although the package didn't have your name or any note inside.  The CD has not been opened/viewed.

Per instructions from the ever-careful lawyers (bcc'd) please respond via email and:

- Confirm the above certified package is from you.
- Confirm there are no viruses, malware or the like that will be harmful in the CD/files.
- Confirm what is on the CD (including folders, files, signed certifications, passwords, keys, etc).


Thanks,

Ramin Bastani
Qpid.me, Inc.

Q:   Qpid.me Profile (check out my STD status!)
M:   310-925-6220

Twitter | Facebook

# Exhibit P



Ramin Bastani <ramin@qpid.me>

---

## Breach of Agreements

**Ramin Bastani** <ramin@qpid.me>                    Mon, Jan 14, 2013 at 9:53 AM
To: John Schrom <john@john.mn>
Bcc: Sean Crockett <sean@qpid.me>

John,

It's been one month and you haven't responded to this email or to the same letter
sent via certified and regular USPS mail.  Please review your obligations and sign
the attached letter and email back to me immediately.


Thanks,

Ramin Bastani, CEO
Qpid.me, Inc.

Q:   Qpid.me Profile (check out my STD status!)
M:   310-925-6220

Twitter | Facebook
[Quoted text hidden]

---

📄 **John Schrom - Breach of Agreements.pdf**
3489K

# Exhibit Q



Ramin Bastani <ramin@qpid.me>

## S3 files

**Ramin Bastani** <ramin@qpid.me>                 Wed, Jan 16, 2013 at 12:21 PM
To: John Schrom <john@john.mn>
Bcc: Sean Crockett <sean@qpid.me>

Hope you're well, John.

I'm trying hard to keep lawyers out of this (our attorney - Michael Esquivel has been bcc'd on our communication).

I'm hoping you'll do the right thing by returning to Qpid.me the information you're required to return as outlined in the letters you've received on 12/17/12 and 1/14/13.

Specifically, only you had access to sensitive user information stored in the Amazon S3 account that you shut off access to (we've confirmed this with Amazon).  I was never given access to the account or knew of it's existence.

Please immediately return and or give access to this account.

--
Ramin Bastani
Qpid.me, Inc.

Q:   Qpid.me Profile (check out my STD status!)
M:   310-925-6220

Twitter | Facebook

# Exhibit R

12/18/2012

Ramin Bastani
PO Box 480131
Los Angeles, CA 90048

Ramin,

I recently became aware of data being stored in my personal Amazon Web Services
account that I believe belongs to Qpid.me.  I have separately mailed an encrypted CD
containing the only copy of those data.  The password is the previous nameserver for
your website.

You should already have access to all other data and services for Qpid.me.  I am not
aware of any remaining copies of data in my possession.

Regards,
John



# Exhibit S

*http://john.mn/*

## *Hacking HIPAA*

My dad is a 100% disabled Vietnam vet who lives in an nice condo in downtown Minneapolis. As a result of his service-related disability, the VA provides all of his medical care for free. However, the Minneapolis VA does not have a full-time emergency room, so after-hours emergency care gets diverted to other hospitals.

A few weeks ago, my mom came home to find my dad in a worsening medical condition. She called an ambulance and he was taken to the county hospital. And I, once again, found myself standing in the emergency room, trying to help my mom provide an accurate medical history for my father to the resident. After a brief hospital stay, he was discharged and told to follow-up with his primary care provider.

So, this is a problem. Anyone who has touched our healthcare system, whether as a patient or caregiver or provider, knows that the system is horribly fragmented. Often, an ambulatory provider within a hospital/clinic system won't know that their patient was admitted to their own hospital. So, it goes without saying that trying to inform a provider in a different hospital system is nearly impossible in our current system.

This continuity of care task often falls into the laps of patients and caregivers. So, when my mom called to schedule a follow-up for my dad at the VA, she was told that he would need to come to the VA to sign an authorization for the VA to obtain his medical records from the county. This, she was told, must occur prior to scheduling the follow-up appointment.

In an age of electronic medical records, meaningful use initiatives, and a decades-old HIPAA law (that "P" stands for portability not privacy, by the way), there is absolutely no reason why my mom should have to take time off work to drive my dad to the hospital to sign a one page form to then have the privilege of scheduling a follow-up appointment after his recent hospitalization. That's ridiculous. That mentality does not benefit the patient, and it's not a sustainable activity for an organization that bears the financial risk of a patient (i.e., throwing up artificial barriers to care will only delay necessary medical care, leading to more inpatient and emergency visits). And, perhaps worst of all, this exact situation happens to thousands of times per year.

### Hacking Health Records

The easiest solution to this problem, as I testified at the Health IT Standards and Policy Committees, would be to add a requirement for EHRs to release Application Programming Interfaces (APIs). That way, applications could easily be developed to help patients have better access and use of their data. And, in fact, when we started Epi.md, we had hoped to (among other things) become the API layer on top of an EHR. That's a really hard sell to a really stagnant industry. However, if hospitals and EHR vendors aren't willing to help patients manage their medical records, then there must be a way to compel them to.

Enter HIPAA. A patient has the right to receive copies of (most of) their medical records in a manner of their choosing. They can even use digital signatures to request their medical records.

So why, then, doesn't there exist a single site that manages this process?  It's pretty simple:

1) A patient goes to a site and selects the name of their provider, clinic, or hospital

2) A patient fills in identifying information (name, date of birth)

3) A patient digitally signs the clinic's HIPAA authorization form

4) The site faxes and mails (if necessary) the authorization form to the clinic

5) The clinic responds via fax, mail, or website upload.  If the clinic requires payment, the site can facilitate that process.

5b) If the clinic doesn't respond, the site automatically completes a HIPAA complaint on behalf of the patient.

Once the records have been retrieved, the patient can direct the site to forward on documents to any provider they wish.  Further, the site digitizes the documents, and makes the data available via API for other web services.  So, web services wouldn't have to rely on a user to constantly re-enter the same information.  It would be as simple as authing Farmville to use your Facebook data.  And, staying true to the vision of Epi.md, a patient's clinical information isn't what defines who they are.  So, the site will slowly expand to take in additional data that's relevant to a person's well-being.

**Do you have this problem too?**

So, I've been hacking away at this problem, and am looking for a handful of beta testers to try it out.   Additionally, I'm very interested in seeing "After Visit Summaries" that you might receive after an ambulatory visit (it won't be shared beyond me and fellow developers).  So, if you're interested in helping shape a solution to this problem, comment below or contact me.

**Share / Save**

NO COMMENTS

AUGUST 2, 2012 • PERMALINK

Posted in HEALTH, POLICY

Tagged EHR, HIPAA, MEDICAL RECORDS

# Exhibit T


by Google

Ramin Bastani <ramin@qpid.me>

---

# Removal of "Hacking HIPAA" blog post

1 message

---

**Ramin Bastani** <ramin@qpid.me>                    Tue, Jan 29, 2013 at 5:03 PM
To: John Schrom <john@john.mn>, john@johnschrom.com, johnschrom@gmail.com
Bcc: Sean Crockett <sean@qpid.me>

Dear John,

In connection with your previous employment with Qpid.me, Inc. (the "Company"),
you entered into and agreed to be bound by the Confidential Information and
Inventions Assignment Agreement (the "CIAA") dated May 31,
2011 attached hereto and the Transitional Agreement (the "Transition
Agreement") attached hereto.

The CIAA and the Transition Agreement (collectively, the "Agreements") require
you to protect and maintain in strickest trust and confidence the
Company's Confidential Information and Inventions (as defined in the
Agreements).

The Company believes you have violated your legal duties under the Agreements
by posting "Hacking HIPAA", attached hereto in a PDF and in Screenshots 1-3
from today, on your personal blog (http://john.mn) since August 2, 2012.

Remove it immediately and provide written assurance via email that you have
done so and have not and will not post it anywhere else.


Regards,

Ramin Bastani
Qpid.me, Inc.

Q:  Qpid.me Profile (check out my STD status!)
M:  310-925-6220

Twitter | Facebook

---

**6 attachments**



**Screen Shot of Hacking HIPAA 1.png**
169K



**Screen Shot of Hacking HIPAA 2.png**
174K



**Screen Shot of Hacking HIPAA 3.png**
120K

**John Schrom - CIIAA (executed).pdf**
1177K

**John Schrom - Transitional Agreement (executed).pdf**
1116K

**John Schrom blog "Hacking HIPAA".pdf**
58K