MANATT, PHELPS & PHILLIPS, LLP
ANDREW L. SATENBERG (Bar No. CA 174840)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: asatenberg@manatt.com

Attorney for Plaintiff
QPID.ME, INC.

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. 13 CV0583 IEG  NLS** <br><br> **JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS DUE TO COUNSEL'S UNAVAILABILITY** <br><br> <u>Current Hearing Date</u>: July 8, 2013 <br> <u>Time</u>: 10:30 a.m. <br> <u>Courtroom</u>: 4D <br> <u>Judge</u>: Hon. Irma E. Gonzalez |

Case No.: 13CV0583 IEG NLS

Plaintiff Qpid.me, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendant John Schrom ("Defendant), by and through his undersigned counsel, hereby stipulate as follows:

WHEREAS, on or about May 16, 2013, Defendant filed a Special Motion to Strike and Motion to Dismiss ("Motion"), with a July 8, 2013 scheduled hearing date (Doc 9);

WHEREAS, Plaintiff retained new counsel, and on or about June 21, 2013, filed a Request for Substitution of Attorney (Doc 10);

WHEREAS, Plaintiff's new counsel, Andrew L. Satenberg, is not available for the July 8, 2013 hearing date due to prior plans to be out of the country;

WHEREAS, due to Mr. Satenberg's unavailability, the parties respectfully request that the Court continue the July 8, 2013 hearing date on the Motion to August 12, 2013, or to a date thereafter as the Court's calendar permits; and

WHEREAS, the briefing on the Motion will be completed by July 1, 2013 in accordance with the July 8, 2013 hearing date, and this request for a continuance is not being submitted for purposes of delay.

**IT SO STIPULATED AND AGREED.**

Dated: July 1, 2013          MANATT, PHELPS & PHILLIPS, LLP

                             BY:      /s/ Andrew L. Satenberg
                                   Andrew L. Satenberg
                                   Counsel for Plaintiff, Qpid.me, Inc.

Dated: July 1, 2013          GRELLAS SHAH LLP

                             BY:      /s/ Dhaivat H. Shah
                                   Dhaivat H. Shah
                                   Counsel for Defendant, John Schrom

309448801.1

1

Case No.: 13CV0583 IEG NLS