**REPLY REQUEST FOR JUDICIAL NOTICE**

**Table of Exhibits**

Pages

EXHIBIT A ................................................................................................. 1

EXHIBIT B ................................................................................................. 2

Skip Navigation

# U.S. Department of Health & Human Services

*Improving the health, safety, and well-being of America*

## Health Information Privacy

### How To File a Complaint

If you believe that a covered entity or business associate violated your (or someone else's) health information privacy rights or committed another violation of the Privacy or Security Rules, you may file a complaint with OCR. OCR can investigate complaints against covered entities and their business associates.

COVERED ENTITIES and BUSINESS ASSOCIATES - A covered entity is a health plan, health care clearinghouse, and any health care provider that conducts certain health care transactions electronically. A business associate is a person or entity that performs functions on behalf of, or provides services to, a covered entity that involve access to protected health information. For more information, please review our Understanding Health Information Privacy section or look at our responses to Frequently Asked Questions (FAQs) on our web site.

**COMPLAINT REQUIREMENTS** - Your complaint must:

1. Be filed in writing, either on paper or electronically, by mail, fax, or e-mail;
2. Name the covered entity or business associate involved and describe the acts or omissions you believe violated the requirements of the Privacy, Security, or Breach Notification Rules; and
3. Be filed within 180 days of when you knew that the act or omission complained of occurred. OCR may extend the 180-day period if you can show "good cause."

**ANYONE CAN FILE!** - Anyone can file a complaint alleging a violation of the Privacy or Security Rule. We recommend that you use the OCR Health Information Privacy Complaint Form Package. You can also request a copy of this form from an OCR regional office. If you need help filing a complaint or have a question about the complaint or consent forms, please e-mail OCR at OCRMail@hhs.gov.

**HIPAA PROHIBITS RETALIATION** - Under HIPAA an entity cannot retaliate against you for filing a complaint. You should notify OCR immediately in the event of any retaliatory action.

**HOW TO SUBMIT YOUR COMPLAINT** - *To submit a complaint, please use one of the following methods.*

If you mail or fax the complaint, be sure to send it to the appropriate OCR regional office based on where the alleged violation took place. OCR has ten regional offices, and each regional office covers specific states. Send your complaint to the attention of the OCR Regional Manager. You do not need to sign the complaint and consent forms when you submit them by e-mail because submission by e-mail represents your signature.

- File A Complaint Using Our Health Information Privacy Complaint Package
- File A Complaint Without Using Our Health Information Privacy Complaint Package
- File A Security Rule Complaint

### Omnibus HIPAA Rulemaking

> HHS announces a final rule that implements a number of provisions of the HITECH Act to strengthen the privacy and security protections for health information established under HIPAA.

### Before You File a Complaint...

**Review these questions *before* filing a complaint with OCR.**



### How to File a Health Information Privacy Complaint in Multiple Languages

中文 - Chinese
한국어 - Korean
Polski - Polish
Русский - Russian
Español - Spanish
Tagalog - Tagalog
Tiếng Việt - Vietnamese

---

HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Disclaimers | Inspector General | No FEAR Act/Whistleblower | Viewers & Players
The White House | USA.gov | HHS Archive | Pandemic Flu
U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. · Washington, D.C. 20201

```
http://www.hhs.gov/ocr/privacy/hipaa/complaints/         [Go]    APR  JUN  SEP   Close
74 captures                                                            ◀ 30 ▶     Help
14 Feb 09 - 21 Jun 13                                           2011  2012  2013
```

Skip Navigation

# U.S. Department of Health & Human Services

*Improving the health, safety, and well-being of America*

## Health Information Privacy

### How To File a Complaint

If you believe that a covered entity violated your (or someone else's) health information privacy rights or committed another violation of the Privacy or Security Rule, you may file a complaint with OCR. OCR can investigate complaints against covered entities.

**COVERED ENTITIES** - A covered entity is a health plan, health care clearinghouse, and any health care provider that conducts certain health care transactions electronically. For more information, please review our Understanding Health Information Privacy section or look at our responses to Frequently Asked Questions (FAQs) on our web site.

**COMPLAINT REQUIREMENTS -** Your complaint must:

1. Be filed in writing, either on paper or electronically, by mail, fax, or e-mail;
2. Name the covered entity involved and describe the acts or omissions you believe violated the requirements of the Privacy or Security Rule; and
3. Be filed within 180 days of when you knew that the act or omission complained of occurred. OCR may extend the 180-day period if you can show "good cause."

**ANYONE CAN FILE! -** Anyone can file a complaint alleging a violation of the Privacy or Security Rule. We recommend that you use the OCR Health Information Privacy Complaint Form Package. You can also request a copy of this form from an OCR regional office. If you need help filing a complaint or have a question about the complaint or consent forms, please e-mail OCR at OCRMail@hhs.gov.

**HIPAA PROHIBITS RETALIATION -** Under HIPAA an entity cannot retaliate against you for filing a complaint. You should notify OCR immediately in the event of any retaliatory action.

**HOW TO SUBMIT YOUR COMPLAINT** - *To submit a complaint, please use one of the following methods.*

If you mail or fax the complaint, be sure to send it to the appropriate OCR regional office based on where the alleged violation took place. OCR has ten regional offices, and each regional office covers specific states. Send your complaint to the attention of the OCR Regional Manager. You do not need to sign the complaint and consent forms when you submit them by e-mail because submission by e-mail represents your signature.

- File A Complaint Using Our Health Information Privacy Complaint Package
- File A Complaint Without Using Our Health Information Privacy Complaint Package
- File A Security Rule Complaint

---

*Before You File a Complaint...*

**Review these questions *before* filing a complaint with OCR.**



*How to File a Health Information Privacy Complaint in Multiple Languages*

中文 - Chinese
한국어 - Korean
Polski - Polish
Русский - Russian
Español - Spanish
Tagalog - Tagalog
Tiếng Việt - Vietnamese

---

HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Disclaimers | Inspector General | No FEAR Act | Viewers & Players
The White House | USA.gov | HHS Archive | Pandemic Flu | Plain Writing Act
U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. · Washington, D.C. 20201