# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN SCHROM; DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　Defendants. | CASE NO.  13-CV-583-IEG (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON MOTION TO STRIKE, MOTION TO DISMISS**<br><br>[Doc. No. 14] |

　　　Presently before the Court is the parties' joint motion to continue the hearing date on the motions to strike and to dismiss, which is presently set for July 8, 2013 at 10:30 a.m. [Doc. No. 14.] For good cause shown, the Court hereby continues the hearing date to **September 9, 2013 at 10:30 a.m.**

　　　**IT IS SO ORDERED.**

**DATED:** July 3, 2013

　　　　　　　　　　　　　　　　　　　　　_/s/ Irma E. Gonzalez_
　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**