MANATT, PHELPS & PHILLIPS, LLP
ANDREW L. SATENBERG (Bar No. CA 174840)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: asatenberg@manatt.com

Attorney for Plaintiff
QPID.ME, INC.

**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QPID.ME, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. 13 CV0583 L NLS** <br><br> **JOINT MOTION TO STAY THE MATTER AND CONTINUE PLAINTIFF'S DEADLINE TO FILE AN AMENDED COMPLAINT APPROXIMATELY 90 DAYS SO THAT THE PARTIES CAN COMPLETE EARLY MEDIATION** |

Case No.: 13CV0583 L NLS

1  Plaintiff Qpid.me, Inc. ("Plaintiff"), by and through its undersigned counsel,
2  and Defendant John Schrom ("Defendant), by and through his undersigned counsel,
3  hereby stipulate as follows:
4  WHEREAS, on or about May 16, 2013, Defendant filed a Special Motion to
5  Strike and Motion to Dismiss Plaintiff's Original Complaint (Doc 9);
6  WHEREAS, on September 9, 2013, the Court, Hon. Irma E. Gonzalez, issued
7  an order granting in part and denying in part Defendant's Motion to Dismiss, and
8  denying Defendant's Special Motion to Strike (Doc 19);
9  WHEREAS, the Court's September 9, 2013 order provided Plaintiffs 21
10  days, through and including September 30, 2013, to file an amended complaint, if it
11  so chose;
12  WHEREAS, since that time the parties have been exploring possibilities to
13  resolve this matter without the need for further litigation, and have just recently
14  agreed to participate in an early private mediation within the next 60-75 days to
15  occur in San Diego;
16  WHEREAS, Plaintiff is a private technology start-up company, and
17  defendant is an individual, and the parties believe that further expenditures on an
18  additional round of pleadings, and potentially additional pleading challenges, will
19  divert resources away from a possible settlement, and potentially render an early
20  informal resolution impractical;
21  WHEREAS, in order to allow the parties to direct their efforts and resources
22  toward resolving this matter informally, the parties respectfully request that the
23  Court stay the matter and continue Plaintiff's deadline to file an amended complaint
24  approximately 90 days through and including December 30, 2013;
25  ///
26  ///
27  ///
28  ///

1

Case No.: 13CV0583 L NLS

WHEREAS, the parties are making this request in good faith with the belief that the requested relief will afford the parties the best opportunity to resolve this matter informally without further litigation, and are not seeking a continuance for purposes of delay, or any other improper reason;

**IT SO STIPULATED AND AGREED.**

Dated: September 25, 2013    MANATT, PHELPS & PHILLIPS, LLP

BY:    /s/ Andrew L. Satenberg
Andrew L. Satenberg
Counsel for Plaintiff, Qpid.me, Inc.

Dated: September 25, 2013    GRELLAS SHAH LLP

BY:    /s/ Dhaivat H. Shah
Dhaivat H. Shah
Counsel for Defendant, John Schrom

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

310642911.1