UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., <br><br>            Plaintiff, <br><br> v. <br><br> JOHN SCHROM, <br><br>            Defendant. | Case No. 13-cv-583-L(NLS) <br><br> **ORDER GRANTING JOINT MOTION TO STAY ACTION TO PROCEED WITH MEDIATION [DOC. 21]** |

    Pending before the Court is the parties' joint motion to stay this case in order to direct their efforts and resources towards resolving this matter informally. The motion indicates that the parties have agreed to participate in private mediation. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **STAYS** this action. (Doc. 21.) The Court also **GRANTS** the parties' request to extend Plaintiff's deadline to file an amended complaint to **December 30, 2013**. Furthermore, the Court **ORDERS** the parties to file a joint motion to lift the stay no later than **December 30, 2013** if the parties are unable to reach a resolution.

    **IT IS SO ORDERED.**

DATED: September 30, 2013

                                                    M. James Lorenz <br>
                                                  United States District Court Judge