GRELLAS SHAH LLP
GEORGE GRELLAS, ESQ. (SBN 83540)
(gg@grellas.com)
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255 - 6310
Facsimile: (408) 255 - 6350

Attorneys for Defendant
JOHN SCHROM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SCHROM,<br><br>　　　　Defendant. | **Case No.: 13-cv-583-IEG (NLS)**<br><br>JOHN SCHROM'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT<br><br>**MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE APPEAL** |

Notice is hereby given that John Schrom, defendant in the above named case *Qpid.Me, Inc. v. John Schrom*, Case No. 13-cv-583-IEG(NLS), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying in Part Defendant's Motion to Dismiss and Denying Defendant's Special Motion to Strike, entered in this action on the September 9, 2013. Plaintiff's Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

                                                       Respectfully submitted,

Dated: October 2, 2013                    GRELLAS SHAH LLP

                                      By:   s/ Dhaivat H. Shah
                                                 Dhaivat H. Shah, Esq.
                                                 Attorneys for Defendant
                                                 ds@grellas.com

Grellas Shah LLP
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014

1
JOHN SCHROM'S NOTICE OF APPEAL
CASE NO. 13-cv-583-IEG (NLS)

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), defendant John Schrom identifies the following parties to this action, and their counsel of record:

1. **Appellant John Schrom.**

George Grellas (SBN 83540)
Dhaivat H. Shah (SBN 196382)
David I. Siegel (SBN 264247)
Grellas Shah LLP
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255 - 6310
Facsimile: (408) 255 - 6350

2. **Appellee Qpid.Me, Inc.**

Andrew L. Satenberg, Esq.
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Phone( (310) 312-4000
FAX: (310) 312-4224
Email: asatenberg@manatt.com

Respectfully submitted,

Dated: October 2, 2013                    GRELLAS SHAH LLP

By: ___s/ Dhaivat H. Shah___
Dhaivat H. Shah, Esq.
Attorneys for Defendant
ds@grellas.com