1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW L. SATENBERG (Bar No. CA 174840)
2  11355 West Olympic Boulevard
   Los Angeles, CA 90064-1614
3  Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
4
   Attorneys for Plaintiff
5  QPID.ME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., | Case No. 13 CV0583 L NLS |
| Plaintiff, | JOINT MOTION TO LIFT STAY |
| vs. | |
| JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Qpid.me, Inc. ("Plaintiff") and Defendant John Schrom ("Defendant"), by and through their respective counsel of record, hereby file this Joint Motion To Lift Stay pursuant to the Court's Order Granting Joint Motion To Stay Action To Proceed With Mediation (Doc 23).

WHEREAS, on September 25, 2013, the parties filed a Joint Motion To Stay The Matter And Continue Plaintiff's Deadline To File An Amended Complaint Approximately 90 Days So That The Parties Can Complete Early Mediation (Doc. 21);

WHEREAS, on September 30, 2013, the Court granted the parties' joint motion, and ordered the parties to file a joint motion to lift the stay no later than December 30, 2013 if the parties were unable to reach a resolution (Doc 23);

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT MOTION TO LIFT STAY
CASE NO.: 13CV0583 L NLS

1     WHEREAS, on December 4, 2013, the parties participated in a full day mediation before Gregory P. Lindstrom of Judicate West in San Diego, California;

    WHEREAS, the parties were unable to reach a resolution at the December 4, 2013 mediation, but continue to engage in ongoing settlement discussions with the involvement of Mr. Lindstrom;

    WHEREAS, in light of the parties' inability to informally resolve the case at the December 4, 2013 mediation, the parties respectfully request that the Court lift the stay in this matter so that the litigation can proceed in its normal course.

    SO STIPULATED AND AGREED.

Dated: December 30, 2013      MANATT, PHELPS & PHILLIPS, LLP

By:    /s/ Andrew L. Satenberg
        Andrew L. Satenberg
        *Attorneys for Plaintiff*
        QPID.ME, INC.

Dated: December 30, 2013      GRELLAS SHAL LLP

By:    /s/ Dhaivat H. Shah
        Dhaivat H. Shah
        *Attorneys for Defendant*
        JOHN SCHROM

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

311220534.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2      JOINT MOTION TO LIFT STAY
CASE NO.: 13CV0583 L NLS