UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN SCHROM,<br><br>    Defendant. | Case No. 13-cv-583-L(NLS)<br><br>**ORDER GRANTING JOINT MOTION TO LIFT STAY [DOC. 29]** |

  Pending before the Court is the parties' joint motion to lift the stay in this case.  The case was originally stayed so the parties could conduct a private mediation.  The motion indicates that the parties have participated in a private mediation, but were unable to reach a resolution. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **LIFTS THE STAY** on this action.  (Doc. 29.)

  **IT IS SO ORDERED.**

DATED: January 3, 2014

                        M. James Lorenz
                        United States District Court Judge