GRELLAS SHAH LLP
GEORGE GRELLAS, ESQ. (SBN 83540)
(gg@grellas.com)
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255 - 6310
Facsimile: (408) 255 - 6350

Attorneys for Defendant
JOHN SCHROM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN SCHROM, and individual, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.: 13-cv-0583-L (NLS)<br><br>JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>Date: March 4, 2014<br>Time: 2:30 p.m.<br>Judge: Magistrate Judge Nita L. Stormes |

JOINT MOTION TO CONTINUE
EARLY NEUTRAL EVALUATION CONFERENCE    CASE NO. 13-cv-583-L (NLS)

1  Pursuant to Civil Local Rule 7.2, plaintiff QPID.ME, Inc. ("QPID.ME"),
2  and defendant John Schrom ("Schrom") respectfully request the Court grant an
3  Order continuing the Early Neutral Evaluation conference ("ENE") for thirty
4  (30) days due to the fact that the parties have nearly reached a final settlement in
5  this matter.
6  WHEREAS, the ENE in this case is currently scheduled for March 4,
7  2014;
8  WHEREAS, no previous continuances have been requested;
9  WHEREAS, good cause exists for the continuance due to the fact that the
10 parties have reached an agreement on financial terms of a settlement and are now
11 merely finalizing a written settlement agreement;
12 WHEREAS, given the likelihood that this matter will be imminently
13 settled and dismissed, neither judicial economy nor the efficient allocation of
14 resources of the parties would best be served by having the ENE at this time.
15 WHEREAS, a continuance of the ENE will not affect any other case
16 management dates.
17 WHEREAS, for the reasons above, the parties respectfully request that the
18 Court continue the ENE for thirty days, or as soon thereafter as the Court is
19 available.
20 SO STIPULATED AND AGREED.

21 Dated: February 25, 2014         MANATT, PHELPS & PHILLIPS, LLP
22
23                                  By:_____/s/ Andrew L. Satenberg_____
24
25 Dated: February 25, 2014         GRELLAS SHAH LLP
26
27                                  By:_____/s/ Dhaivat H. Shah_____
28

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

1
2   All other signatories listed, and on whose behalf this filing is submitted, concur
3   in the filing's content and have authorized this filing.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
JOINT MOTION TO CONTINUE
EARLY NEUTRAL EVALUATION CONFERENCE   CASE NO. 13-cv-583-L (NLS)