UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SCHROM, and individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No.: 13-cv-0583-L (NLS)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE**<br><br>[Doc. No. 35] |

After fully considering the joint motion of John Schrom and QPID.ME, Inc. to Continue Early Neutral Evaluation Conference (ENE), the court finds good cause to **GRANT in part** the motion and vacate the ENE. In light of the pending settlement, the court **ORDERS**:

　　1. The ENE, currently scheduled for March 4, 2014, is **VACATED**.

　　2. The court **SETS** a telephonic Settlement Disposition Conference (SDC) for **April 4, 2014 at 9:30 a.m.** Plaintiff's counsel shall arrange the conference call. The court will vacate the SDC if the parties file dismissal papers before that time. **IT IS SO ORDERED.**

Dated: February 26, 2014

By: _____
Judge Nita L. Stormes
U.S. Magistrate Judge