MANATT, PHELPS & PHILLIPS, LLP
ANDREW L. SATENBERG (Bar No. CA 174840)
E-mail: ASatenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff
QPID.ME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| QPID.ME, INC., | Case No. 13 CV0583 L NLS |
| Plaintiff, | REQUEST FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff QPID.ME, Inc. and Defendant John Schrom ("the parties"), by and through their respective counsel of record, have settled the above-captioned action.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

312017520.1

REQUEST FOR DISMISSAL
CASE NO.: 12CV0583 L NLS

1       Plaintiff hereby requests that this Court order dismissal of this action with

2 prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, in its

3 entirety as against all Defendants, with each party to bear its own attorneys' fees

4 and costs.

5

6 Dated:   March _3/_, 2014        MANATT, PHELPS & PHILLIPS, LLP
                                                Andrew L. Satenberg

7

8                                By: _____

9                                     Andrew L. Satenberg
                                    *Attorneys for Plaintiff*

10                                     QPID.ME, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

312017520.1                        2                      REQUEST FOR DISMISSAL
                                                        CASE NO.: 12CV0583 L NLS

## CERTIFICATE OF SERVICE

I, Betty Nash, declare that:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within case. My business address is 11355 W. Olympic Blvd., Los Angeles, CA 90064.

I hereby certify that on April 1, 2014, I caused to be electronically filed the following document:

## REQUEST FOR DISMISSAL WITH PREJUDICE

with the United States District Court for the Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Dhaivat H. Shah (ds@grellas.com)

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 1st day of April, 2014.

_____
Betty Nash

312031962.1

Case No.: 13CV0583 L NLS