MANATT, PHELPS & PHILLIPS, LLP
ANDREW L. SATENBERG (Bar No. CA 174840)
E-mail: ASatenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff
QPID.ME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| QPID.ME, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 13 CV0583 L NLS <br><br> REQUEST FOR DISMISSAL WITH PREJUDICE |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff QPID.ME, Inc. and Defendant John Schrom ("the parties"), by and through their respective counsel of record, have settled the above-captioned action.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

312017520.1

REQUEST FOR DISMISSAL
CASE NO.: 12CV0583 L NLS

Plaintiff hereby requests that this Court order dismissal of this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, in its entirety as against all Defendants, with each party to bear its own attorneys' fees and costs.

Dated: April 3, 2014　　　　　　　　　Manatt, Phelps & Phillips, LLP

By:＿＿＿/s/ Andrew L. Satenberg＿＿＿
Andrew L. Satenberg
*Attorneys for Plaintiff*
QPID.ME, INC.

Dated: April 3, 2014　　　　　　　　　GRELLAS SHAL LLP

By:＿＿＿/s/ Dhaivat H. Shah＿＿＿
Dhaivat H. Shah
*Attorneys for Defendant*
JOHN SCHROM

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

312017520.1

2

REQUEST FOR DISMISSAL
CASE NO.: 12CV0583 L NLS

## CERTIFICATE OF SERVICE

I, Betty Nash, declare that:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within case. My business address is 11355 W. Olympic Blvd., Los Angeles, CA 90064.

I hereby certify that on April 3, 2014, I caused to be electronically filed the following document:

**[PROPOSED] ORDER RE REQUEST FOR DISMISSAL**

with the United States District Court for the Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Dhaivat H. Shah (ds@grellas.com)

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 3rd day of April, 2014.

*[signature]*
Betty Nash

312031962.1

Case No.: 13CV0583 L NLS