MANATT, PHELPS & PHILLIPS, LLP
ANDREW L. SATENBERG (Bar No. CA 174840)
E-mail: ASatenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff
QPID.ME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| QPID.ME, INC., | Case No. 13 CV0583 L NLS |
| Plaintiff, | WITHDRAWAL OF DOCUMENT NO. 38 |
| vs. | |
| JOHN SCHROM, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 1, 2014 Plaintiff QPID.ME, Inc. filed Document No. 38, entitled Request for Dismissal with Prejudice. This document only had Plaintiff's signature. A new Request for Dismissal with Prejudice, with signature from all parties, has been filed as Document 39. Please withdraw Document 38 from the docket.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

312054794.1

WITHDRAWAL OF DOCUMENT NO. 38
CASE NO.: 12CV0583 L NLS

Dated: April __, 2014

Manatt, Phelps & Phillips, LLP

By: _____/s/ Andrew L. Satenberg_____
Andrew L. Satenberg
*Attorneys for Plaintiff*
QPID.ME, INC.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

312054794.1

2

WITHDRAWAL OF DOCUMENT NO. 38
CASE NO.: 12CV0583 L NLS

## CERTIFICATE OF SERVICE

I, Betty Nash, declare that:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within case. My business address is 11355 W. Olympic Blvd., Los Angeles, CA 90064.

I hereby certify that on April 4, 2014, I caused to be electronically filed the following document:

**WITHDRAWAL OF DOCUMENT NO. 38**

with the United States District Court for the Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Dhaivat H. Shah (ds@grellas.com)

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 4th day of April, 2014.

*Betty Nash*
Betty Nash

312031962.1

Case No.: 13CV0583 L NLS