UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QPID.ME, INC., <br><br>          Plaintiff, <br><br> v. <br><br> JOHN SCHROM, <br><br>          Defendant. | Case No. 13-cv-583-L(NLS) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 39]** |

Pending before the Court is the parties' joint motion to dismiss this case with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **WITH PREJUDICE**. [Doc. 39.] Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 7, 2014

_____
M. James Lorenz
United States District Court Judge