FILED

APR 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| QPID.ME, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN SCHROM, <br><br> Defendant - Appellant. | No. 13-56727 <br><br> D.C. No. 3:13-cv-00583-L-NLS <br> Southern District of California, <br> San Diego <br><br> ORDER |

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation